UNITED STATES DISTRICT COURT
DISRTICT OF MASSACHUSETTS
IN ADMIRALTY

GREAT LAKES INSURANCE SE,

    Plaintiff,

                                    Case No. 4:21-cv-40087

vs.

MARTIN ANDERSSON,
    Defendant.
_____/

**PLAINTIFF'S EXPERT DISCLOSURES**

      COMES NOW the Plaintiff GREAT LAKES INSURANCE SE (hereinafter "GREAT LAKES"), by and through its undersigned attorneys, and pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Massachusetts, provides this its Expert Disclosures, as follows:

> Andrew G. Ball
> Caribbean Marine Surveyors Ltd.
> Caribbean Adjusters and Marine Surveyors Ltd.
> www.caribsurveyors.com
> IAMI #04122 | SAMS SA | MCA Master 200GT | MECAL A3
> Caribbean Marine Surveyors Ltd are Licensed Loss Adjusters in the BVI

      Mr. Ball will generally opine that vessel sailed outside the navigational limits, tha the passage planning of the vessel was completely inadequate, that the weather conditions reported would not have rendered the vessel anywhere near a state where it was unsafe to return to a nearby safe port, provided it was well maintained and had adequate crew.  Further, that the vessel was unseaworthy from the outset and the situation worsened as the voyage continued.

      Please see Mr. Ball's written report, attached hereto, which provides and indicates the following: (i) statement of expert witness's opinions, (ii) data or other information considered by

1

expert witness in forming opinions, (iii) exhibits that will be used to support or summarize expert witness's opinions, (iv) expert witness qualifications, (v) previous expert witness testimony at trial or deposition, and (vi) compensation to be paid to expert witness for testimony at trial.

Please see list of attached documents:

1. Mr. Ball's resume

2. Mr. Ball's Report dated 8/16/2021

3. Mr. Ball's Report dated 9/4/2020

4. Maps produced by Mr. Ball

5. Invoice showing Mr. Ball's compensation

Dated: September 24, 2021
Brookline, Massachusetts

           GOLDMAN & HELLMAN
           Attorneys for Plaintiff
           233 Harvard Street
           Suite 211
           Brookline, MA 02446
           Tel (617) 566-4200
           Cel (617)320-9854
           Fax (617) 566-4292

           By:      /s/ Michael I. Goldman
                  MICHAEL I. GOLDMAN ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail and by email on all counsel of record.

Dated: September 24, 2021
Brookline, Massachusetts

>GOLDMAN & HELLMAN
>Attorneys for Plaintiff
>233 Harvard Street
>Suite 211
>Brookline, MA 02446
>Tel (617) 566-4200
>Cel (617)320-9854
>Fax (617) 566-4292
>
>By:       /s/ Michael I. Goldman
>          MICHAEL I. GOLDMAN ESQ.