# CURRICULUM VITAE
## Craig Setzer
**Meteorologist**

Setzer Weather LLC
P.O. Box 268511
Ft Lauderdale, FL  33326-8511
Phone:  305-588-9845
E-mail:  CraigSetzerWeather@gmail.com

EXHIBIT

Setzer 45

**Education:**
Bachelor of Science in Meteorology
Metropolitan State College of Denver, 1987

Undergraduate work in Meteorology
University of Oklahoma, 1983

**Accomplishments:**
Emmy Award Winner, Suncoast Chapter, National Academy of Television Arts & Sciences, 2014
Silver Circle Award for distinction in the television industry, National Academy of Television Arts & Sciences, 2017

**Professional Experience:**
*September 2015 to Present.*  The Weather Company/IBM (formerly WSI) Max Ambassador acting as liaison between broadcast industry and weather graphics vendor.

*January 2022.*  Weekday evening freelance meteorologist.  WAAY(ABC) – Huntsville, AL. Short notice weather fill in for stations needing immediate weather anchor/meteorologist.

*November 2012 to January 2022.*  Chief Meteorologist, Executive Producer, Evening Weather Anchor WFOR-TV (CBS) – Miami, FL. Management duties included oversight and scheduling of weather office staff, training and implementation of weather show themes and graphical look, maintenance and control over suite of graphical and meteorological computers. Responsible for forecast and graphic animations for weathercasts. Primary producer and point person for all hurricane weather coverage. Field trial representative for TWCo/IBM weather graphics.

*Fall 2012 to Spring 2018.*  Instructor/Faculty, University of Miami, Rosenstiel School for Marine and Atmospheric Science – Miami, FL. Teaching of graduate level course work in analysis and preparation of weather forecasts, effective use of numerical models, satellite, Doppler radar, upper air data, and application to support end-users.

*Fall 2013.*  Local Implementation Team Leader, Earth Climate System, Project DataStreme, American Meteorological Society (AMS). Responsible for oversight and education of selected participants in specialized Education Program of the AMS.

*August 2013 to February 2015.*  Consultant, Project Loon, Google Corporation. Contributor in conference calls with google executives regarding stratospheric balloon internet relay project.

*January 2000 to November 2012.*  Weekday Evening Meteorologist, WFOR-TV (CBS) - Miami, FL. Included environmental reporting and production of feature segments. Primary fill-in for all weekday evening weather anchors. Weather anchor for extended on air hurricane coverage.

*September 1980 to Present.*  Storm Chaser. Intercepted and observed over 74 tornadoes and three land falling hurricanes.  Weather video airing on World News Tonight, Good Morning America, Inside Edition, Discovery Channel, and The Weather Channel.

*October 1996 to January 2000.*  Weekend Evening Meteorologist, WFLA-TV (NBC) - Tampa, FL. Weekday assignments include weather reporting, remote location live shots from hurricane landfalls.

*June 1987 to October 1996.*  Chief Meteorologist, KRDO-TV (ABC) - Colorado Springs, CO.

*August 1983 to August 1985.*  Morning-Noon Weather Anchor, KSDK-TV (NBC) - St. Louis, MO.

*CURRICULUM VITAE*

**Craig Setzer**
**Meteorologist**

**Litigation - Expert Witness Experience:**
*2010.*  Cytryn, Sanatana, et al.  Storm related injury, Deerfield Beach, FL rainfall, storm event data collection and research. Services provided for the plaintiff.

*2009.*  Stearns, Weaver, et al, Hurricane damage, south Miami-Dade, FL wind and water event research and deposition. Services provided for the plaintiff.

*2008.*  Marlow, Connell, et al, Diving accident, Nassau, Bahamas, atmospheric lighting research, report, and deposition. Services provided for the defendant.

*2007.*  Cytryn, Sanatana, et al.  Storm related power outage, Hollywood, FL rainfall, storm event research and deposition. Services provided for the plaintiff.

*2004.*  Elder, Vaccarella & Lewis, Broward County, FL building damage rainfall event estimate and deposition. Services provided for the defendant.

*1999.*  Taylor & Fulton, Canal Rd Greenhouses, Manatee County, FL wind drift herbicide spraying. Services provided for the plaintiff.

*1998.*  Zelle and Larson, severe storm partial roof collapse of K-Mart, Bradenton, FL. Included court and deposition. Services provided for the plaintiff.

*1996.*  El Paso County District Attorney, homicide involving extreme weather, Ellicott, CO. Included court and deposition. Services provided for the prosecutor.

**Licenses, Endorsements, Qualifications, and Certifications:**
FAA licensed Private Pilot, Single engine, land
FAA Licensed Unmanned Aircraft Systems, Drone Pilot

US Coast Guard (OUPV) Captains license course completion, May 2005
US Coast Guard Auxiliary Sail Endorsement course completion, May 2005
US Coast Guard Auxiliary Towing Endorsement course completion, May 2005

Amateur Radio licensed operator, General Class privileges, Primary station privileges (Call Sign KA4HWX)

FEMA, Emergency Management Institute, Community Hurricane Preparedness certification
FEMA, Emergency Management Institute, Anticipating Hazardous Weather & Community Risk certification

**Professional Memberships:**
American Meteorological Society
National Weather Association
Association of Certified Meteorologists (pending)
US Sailing
American Sailing Association
Aircraft Owners and Pilots Association

**Personal Accomplishments:**
*2020* – Lauderdale to Key West Race, navigator Jahola, ECRCA - Performance Cruiser, 1st place
*2018* – Best Weather Personality, CCNN Media Excellence Award
*2017* – Best Weather Anchor, Miami New Times
*2009* – Lauderdale to Key West Race, navigator Commotion, PHRF-3, 1st place
*2003* – Regatta Time In Abaco, owner Mistral, PHRF-2, overall series winner
*2002* – Biscayne Bay Yacht Racing Association, owner Mistral, PHRF-2, overall series 2nd place

*CURRICULUM VITAE*

# Craig Setzer
# Meteorologist

**Professional Activities:**

*January 2022.*  Operation Sierra Storm Weather & Climate Conference participant, South Tahoe, CA.

*April, 2003 to 2019.*  World Meteorological Organization RA-IV Hurricane Workshop class instructor, National Hurricane Center, Miami, FL.

*July 2021, 2019, 2018, 2017, 2016.* Ft Lauderdale Greater Chamber of Commerce keynote speaker, Ft. Lauderdale, FL.

*April 2021, 2019, 2018.*  National Tropical Weather Conference participant, South Padre Island, TX.

*May 2010 to 2016*.  Marine routing/delivery weather for SV Contingency, St John USVI to Newport, RI.

*November 2010 to 2016*.  Marine routing/delivery weather SV Contingency, Newport, RI, Bermuda, St John USVI.

*August 2013 to December 2016.*  Tropical weather expert guest blogger for WeatherNationTV.com

*February 2013.*  Strictly Sail Miami.  Wind / wave generation and forecasting seminar presenter. Bayside Marina, Miami, FL.

*January 2013, 2012.*  Weather & Climate Summit participant, Breckenridge, CO

*November 2011, 2012.*  Rosenstiel School of Marine and Atmospheric Sciences, University of Miami. Recognition and forecasting of severe weather outbreaks, guest lecturer, Coral Gables, FL.

*April 2011, 2012, 2013.*  Governor's Hurricane Conference, Hurricane Risk Session, Broward Convention Center, Ft Lauderdale, FL. "Defining Hurricane Risk to the TV Viewer" presentation

*July 2011.*  Weather forecast consultant for Miami location filming of "Rock Of Ages"

*January 2011.*  Steamboat Weather Summit participant, Steamboat Springs, CO.

*June 2009 to August 2013.*  Weather forecast consultant for Miami location filming of "Burn Notice"

*April 2009.*  Bahamas Weather Conference participant, Nassau, Bahamas

*March 2009, 2008.*  Intradepartmental Hurricane Conference participant, St. Petersburg, FL.

*April 2008.*  Weather forecast consultant for filming of "Marley and Me" movie

*April 2006.*  Weather forecast consultant for filming of "Hoot" movie

*May 2006.*  AMS Tropical Meteorology Conference attendee, Monterey, CA.

*May 2005.*  "Being Weather Wary when Boating" presentation, Eastern Shore Aventura Yacht Club

*May 2004.*  AMS Hurricane Research Conference attendee, Miami Beach, FL.

*May 2003.*  Forecasted, observed, and pursued destructive EF3 long track tornado in northeast Missouri

*July 2002.*  "Hurricane Preparedness for Boaters" presentation, Blackpoint Marina, Miami-Dade Parks Dept.

*June 2001.*  Forecast, observed, and pursued large EF2 tornado in Almena, KS.

*Sept 1999.*  Hurricane Floyd, observed and reported on landfall, Wilmington, NC.

*Sept 1998.*  Hurricane Earl, observed and reported on landfall, Panama City, FL.

*July 1997.*  Hurricane Danny, observed and reported on landfall, Gulf Shores, AL.

*April 1997.*  "Visual and Doppler observations of a Great Plains Tornado", Severe Storms and Doppler Radar Conference, Des Moines, IA.

*CURRICULUM VITAE*

**Craig Setzer
Meteorologist**

**Community Service in South Florida:**

*August 2013.* Broward Center for Performing Arts, Volunteer Appreciation Dinner. Master of Ceremonies. Ft. Lauderdale, FL.

*May 2013.* Miami Seaquarium Ropes Course challenge fundraiser for charity. Took 1st place and won $2500 plus 100 park passes for Boys & Girls Club of Broward County.

*March 2013.* Pollo Tropical Surf Board Challenge fundraiser for charity. Took 1st place and won $1000 for Boys & Girls Club of Broward County.

*April 2012.* Broward Children's Center, Black & White Fundraiser Event, Master of Ceremonies, Ft. Lauderdale, FL.

*March 2012.* American Diabetes Association, Participant and Contributor, Miami-Seaquariam Fundraising Event, Miami, FL.

*May 2002-2010.* HospiceCare of Southeast Florida, Inc., Chairperson, Member of Planning Committee, Master of Ceremonies, Annual Hospice Regatta, Ft Lauderdale, FL.

*Nov 2001-2009.* Broward Coalition to End Homelessness, Master of Ceremonies, Annual Fundraiser Auction/Luncheon, Ft Lauderdale, FL.

*2000-2012.* Public Education and Schools, Guest Speaker at Career Days and Functions, Miami Dade and Broward, FL.