EXHIBIT

Exhibit 30 - 6-29-2021

VARADERO ARUBA, DEPARTED 1750 ON SAT 14th DEC 2019, TWO ON BOARD. RONALD NARANJA. 18 KTS E SEA 4 FT. MOTORED E TO TO LIGHTHOUSE. TRIED TO SAIL NE TRYING TO STEER APPROX 50° TO SXM. CREW SEASICK NOT MAKING WAY TO WIND. CHANGED COURSE N TO PONCE. WEATHER NOT FORECAST TO DETERIORATE. 22-24 KT W/ HEAVIER SWELL SUN. CREW INCAPACITATED. 25-30 SUN MON SQUALLS TO 30. HEADSAIL ONLY, PARTIALLY FURLED. SUN CREW WRONG + MON. TUES NW. ENDED IN SAND. VHF REC BUT NOT SEND. CALLED SMCS BROKER ON SAT PHONE TUES MIDDAY. RECOMMENDED BOCA CHICA FOR REPAIR. ARRANGED SLIP @ BOCA CHICA MARINA W/ UNKNOWN PERSON. WAS TOLD PROCEED TO BC. INFORMED MARINA WILL NEED GUIDANCE IN. MARINA OK. ARRIVED JUST AFTER 1700. CALLED. NO ANSWER. FINALLY SOMEONE ANSWERED BUT NO ENGLISH. ASSURED SPEAKS MINIMAL SPANISH. MOVED AT 1-2 KTS BSP. LOOKING FOR ENTRANCE LIGHTS WHILE STANDING OFF. DEPTH SOUNDER RAPIDLY DECREASED. BOTH ENG ASTERN FULL. SWELL TOOK VESSEL ON ROCKS. ELEC CHARTS PROVIDED. NO PAPER CHARTS. HIT SOS ON IRIDIUM GO. VHF NO TRANSMIT. BREAKWATER UNLIT. NOT ON ELEC CHART. CREW IS DUTCH NO SPANISH. STAYED ON BOARD UNTIL LOCAL DIVER WALKED OUT. SENT SOS TO SHORE W/ LIGHT. SPOKE TO IRIDIUM PPL. THEY SAID WAIT./ WALKED ASHORE W/ ALEX COTTIER. SPOKE TO NAVY. POLICE ALSO PRESENT. POLICE WALKED ASS TO HOTEL. ASS ARRANGED TWO SECURITY

AS OF TUESDAY. CLEARED IMMIGRATION SEDS
+ MET W/ SAILORS. NOTIFIED INSURERS.

MARTIN   (800) 449-2848
         (774) 249-4194

GPS
CREW   CONTACT              ALEX
STATEMENT
FUEL   ON   BOARD