EXHIBIT

Exhibit 24 - 6/2/2021

| | |
|---|---|
| **From:** | Martin Andersson |
| **To:** | Andrew Ball |
| **Cc:** | Bill Bailey |
| **Subject:** | Re: Stranding - Melody - CSRYP/172119 |
| **Date:** | Monday, December 23, 2019 11:08:31 AM |

Andrew,
Thanks for the msg.
As for the crew, Ron, he did not speak any Spanish or at least he did not show it. Otherwise your report seems ok as far as I remember.
1) Ronald Naranja, Dutch passport NMK1K7H55, born March 23, 1976. He was on vacation in Aruba with his family. His home address is Kanaal OZ 9-51, 9431 AC Drijber, the Netherlands.
2) fuel capacity is 211 gallons and I estimate that there is maybe 150 glns left mostly in the Stb tank. Tanks are between the hulls closer to the hulls than the mast.
3) yes, please go ahead with the GPS.
4) I'll get the document printed ASAP.
Martin

Sent from my iPad

> On Dec 23, 2019, at 11:46 AM, Andrew Ball <andrew@caribsurveyors.com> wrote:
>
>
> Good Morning Martin,
>
> As discussed previously, we have a few things to follow up on:
>
> 1) Could you please send full contact information for crew member Ronaldo Naranja.
> 2) Could you clarify as to approximately how much fuel is on board in each tank and the location of said tanks as your memory will allow.
> 3) Underwriters would like to take possession of the GPS unit on board. This is relatively standard procedure. The vessel remains your property, so we do need your permission for this. If you are inclined to give it, please let me know and I will arrange for someone to remove it and FedEx it to us.
> 4) I have attached a written copy of the statement we discussed on Saturday morning. Could you please take a look at it, and if you agree return a copy with your signature certifying it. If any changes are required please don't hesitate to let me know.
>
> STATEMENT AS RECORDED PRESENTLY:
>
> The vessel departed Varadero, Aruba at approximately 1730 on Saturday December 14th, 2019. There were two people on board, Martin Andersson (Master) and Ronald Naranja (crew). The wind was approximately 18kts out of the east and the seas were approximately 4ft.
>
> The vessel motored east towards the lighthouse at the exit of Varadero and

once around the point made a northeasterly heading with an intended destination and course to steer of 050° to St Martin.

Shortly after departure, it was found that the vessel was not making good way to windward and that the crew was becoming seasick. The course of the vessel was adjusted to a more northerly course to Ponce, Puerto Rico.

Although the weather was not forecast to deteriorate, the winds picked up to an estimated 22-24kts with a heavier swell on Sunday the 15th. The crew member, Ronald Naranja, was incapacitated due to seasickness. During Sunday the 15th and Monday the 16th, the wind picked up to approximately 25kts with gusts to 30kts during squalls. The vessel was sailed using a partially furled headsail and no mainsail.

The generator was working on Saturday, Sunday, and Monday, however on Tuesday it would not start.

On Tuesday, the vessel arrived offshore of Santo Domingo. Course corrections were required to head further west in order to maintain as comfortable conditions as were possible. Here, it was discovered that the VHF radio on board would receive transmissions, but could not transmit.

The Master made a telephone call using his satellite telephone to the broker which sold him the vessel in order to determine the best port of call for repair. The time was now approximately 1200 on Tuesday December 16th. The broker recommended that he head to Boca Chica as it was the closest marine capable of performing these repairs and the Master agreed. The Master then used the satellite telephone to contact the marina in Boca Chica an arrange for slippage with an English-speaking person. At this time it was also agreed that someone from the marina would be present to guide the vessel in, as there were no local cruising guides on board the vessel.

At just after 1700 on December 16th, the vessel arrived offshore from Boca Chica. At this point the crewmember was beginning to feel better as the vessel had been in lee (and calmer seas) of the Dominican Republic for some time. It was beginning to get dark. Repeated phone calls to the marina received no answer. When someone finally answered, they did not speak English. The crew of the vessel did not speak good Spanish. Although it was understood that someone was on the way to guide the vessel in, nobody was seen.

The vessel was moving at approximately 1-2kts while maintaining what was thought to be a safe distance from the shore while looking for entrance lights.

Suddenly, the depth beneath the vessel rapidly decreased as per the depth sounder. Both engines were placed in full power astern. The vessel was taken onto a low-lying breakwater by the swell. The breakwater was not shown on the electronic charts on board. There were no paper charts on board.

The vessel was stranded. The Master sent an SOS signal on his Iridium Go device. He also sent SOS signals to the shore via morse code with a light. The

Master spoke to Iridium's SOS center via telephone, but was not provided with much assistance.

Alex Cottier, a local dive shop operator (Tropical Sea Divers) waded out to the vessel. The area behind the breakwater is a maximum of approximately 5' deep, however it spans at least 200'. At this point, the Master agreed to evacuate the vessel. He and his crew waded ashore and were greeted by officers from the local Navy and Police forces. The Navy took a statement and the Police walked the crew to a hotel. Two security guards were arranged to stay on board by the Master to prevent looting as of the night of the incident.

One Wednesday December 17th, 2019 the Master and crew cleared immigration in the Boca Chica. They met with local salvors and notified insurers of their intent to make a claim.

I hope to be back to you shortly with further information on how things are proceeding.

Best Regards,

**Andrew Ball**
Caribbean Marine Surveyors Ltd.
Caribbean Adjusters and Marine Surveyors Ltd.
www.caribsurveyors.com
IAMI #04122     SAMS SA MCA Master 200GT     MECAL A3
Caribbean Marine Surveyors Ltd are Licensed Loss Adjusters in the BVI

E: andrew@caribsurveyors.com
E2: andrew@caribbeanmarinesurveyors.com
P: +1 (284) 346-2091
C: +1 (284) 346-6242

Emergency after hours/weekends only:
E: mayday.caribsurveyors@gmail.com
C: +1 (284) 346-3999

This electronic transmission is strictly confidential and intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you have received this transmission in error, please notify us and delete the received data as soon as possible.