**EXHIBIT**

Cooley 32



















