1

1          UNITED STATES DISTRICT COURT

2          DISTRICT OF MASSACHUSETTS

3   -------------------------------------x

4   GREAT LAKES INSURANCE, SE,

5              Plaintiff/Counter-Defendant.

6   v.                    No. 4:20CV40020DHH

7   MARTIN ANDERSSON,

8              Defendant/Counter-Plaintiff.

9   -------------------------------------x

10

11

12          CONTINUED DEPOSITION OF ANDREW BALL, a

13   witness called on behalf of the Defendant,

14   taken pursuant to the provisions of the

15   Massachusetts Rules of Civil Procedure,

16   before Linda Bernis, a Registered

17   Professional Reporter and Notary Public in

18   and for the Commonwealth of Massachusetts,

19   held in Tortola, British Virgin Islands,

20   on Friday, January 21, 2022, commencing

21   at 10:00 a.m.

22

23

24

⬆

2

1        APPEARANCES:

2

3        LAW OFFICE OF MICHELLE NIEMEYER

4              By Michelle Niemeyer, Esq.

5              244 Biscayne Boulevard

6              Miami, Florida 33132

7              Counsel for the Defendant

8

9        GOLDMAN & HELLMAN

10             By Michael Goldman, Esq.

11             800 S.E. Third Avenue

12             Fort Lauderdale, Florida 33316

13             Counsel for the Plaintiff

14

15       (Present via Zoom)

16

17

18

19

20

21

22

23

24

3

1                    I N D E X

2      Continued Deposition of:      Direct

3      ANDREW BALL

4      By Ms. Niemeyer                 5

5

6

7                    E X H I B I T S

8      Exhibit No.                    Page

9      Exhibit 35 Expert Disclosure    9

10     Exhibit 36 Photographs         61

11     Exhibit 37 Photographs         64

12     Exhibit 38 Photographs         72

13     Exhibit 39 Report 9/4/20      107

14     Exhibit 40 Chart              110

15     Exhibit 41 Chart              118

16     Exhibit 42 Report 8/16/21     150

17

18

19

20

21

22

23

24

4

1                    PROCEEDINGS

2            THE STENOGRAPHER:  This is Linda

3    Bernis, a Registered Professional Reporter

4    and Notary Public in the Commonwealth of

5    Massachusetts.

6            This deposition is being taken

7    remotely.  The witness is appearing remotely

8    from Tortola, British Virgin Islands.

9            The attorneys participating in

10   this proceeding acknowledge their

11   understanding that I am no physically

12   present in the proceeding room, nor am I

13   physically present with the witness and that

14   I will be reporting this proceeding

15   remotely.  They further acknowledge that in

16   lieu of an oath administered in person, the

17   witness will verbally declare his testimony

18   in this matter under the pains and penalties

19   of perjury.  The parties and their counsel

20   consent to this arrangement and waive any

21      objections to this manner of proceeding.

22              Please indicate your agreement by

23      stating your name and your agreement on the

24      record, after which I will swear in the

                                                        5

1       witness.

2               MS. NIEMEYER:  Michelle Niemeyer

3       counsel for Martin Andersson, and I agree to

4       consent.

5               MR. GOLDMAN:  Michael Goldman

6       counsel for Great Lakes, and we consent.

7               (Witness sworn.)

8

9               DIRECT EXAMINATION

10      BY MS. NIEMEYER:

11  Q.  Good morning and welcome back.

12  A.  Thank you.

13  Q.  Third time at this rodeo, Mr. Ball.  You're

14      a brave man.

15              You've been named as an expert

16      witness in this matter and that's why you're

17      here today.  Are you aware of that?

18  A.  Yes.

19  Q.  And I'm going to start the deposition by

20          showing you a document which was filed by,

21          or served on us.  And I'm going to share

22          that document.  Give me one second so I can

23          do that through the Zoom call.

24                    I'm going to share this document,

                                                        6

1           which has the title on it Plaintiff's Expert

2           Disclosures naming you at Caribbean Marine

3           Surveyors Limited as an expert.

4                    Mr. Ball, have you seen this

5           document?

6     A.    Yes, I saw it at the very least yesterday in

7           the file, but, I believe, I've seen it

8           before that as well.

9     Q.    Have you reviewed the part that describes

10          the scope of your opinion?

11    A.    Yes, that second paragraph after the address

12          there.

13    Q.    Yes.

14    A.    That's fairly equivalent to what's written

15          in our report as well.

16    Q.    Okay.  Is there anything about that that is

17          inaccurate in any way that we should know?

18    A.    Let me read it one more time so we get it

19          perfectly accurate.

20     Q.   Okay.

21     A.   That's correct.

22     Q.   We will be going through the records that

23          are named in here.  It refers to a statement

24          of expert witness' opinions, data, or other

7

1           information.  These are the things that were

2           attached, and then it attaches a number of

3           things including your resume, an August 16th

4           report, a September 4th report, maps you

5           produced and an invoice about your

6           compensation.

7                  Mr. Ball, are there any other

8           written materials that you produced that

9           were not included in this list?

10     A.   To my recollection, no.

11     Q.   One of the things that is listed as number

12          two, we'll talk about the opinions but I

13          want to get into what number two is about.

14          Data or other information considered by the

15          expert witness in forming your opinion.

16                  Can you describe for me what was

17          considered when you formed your opinion?

18    A.    We would have listed that in our report.

19          Let me just go back since it's been quite

20          some time since we wrote this stuff.

21          Obviously, we would have considered the

22          verbal statement from Mr. Andersson

23          following the incident.  Probably some of

24          the documents filed with his second account

                                                        8

1           as well.  We would have looked, as long as

2           we could find it and the report should say

3           if we could or couldn't, into reported

4           weather at the time.  And, of course, the

5           particulars of the vessel itself and what we

6           know about that vessel.  I suppose we could

7           include navigational charts in there as

8           well.

9     Q.    Is it fair to say that part of your expert

10          opinion derives from your personal

11          observations of the vessel at the site where

12          it was grounded?

13    A.    Absolutely, yes.  Physical observations of

14          the vessel, I suppose, you could call those

15          personal.

16    Q.    And they were your observations, correct,

17        you were the person who was there?

18   A.   Correct.

19   Q.   When you say Mr. Andersson's verbal

20        statement after the incident, what statement

21        are you referring to?

22   A.   There's a statement we took at a bar, a

23        coffee shop, I think, probably a couple of

24        days after the incident, and he later signed

9

1         and sent back to us.

2    Q.   Now, that statement you just said at a bar

3         and then you said at a coffee shop.  Which

4         was it?

5    A.   It was a coffee shop.

6    Q.   Do you recall what time of the day you had

7         that conversation?

8    A.   I think, I probably would have written it on

9         the statement.  We can see if we can find

10        it.

11   Q.   We can look, give me one second, I have that

12        for you.  I'm going to share another.

13             First, let's mark as Exhibit 1 the

14        expert disclosure.

15             Actually, Linda -- Mike, what did

16          we mark yesterday.

17                    MR. GOLDMAN:  Just a moment.  We

18          parked up to 34 so the next should be 35.

19                    MS. NIEMEYER:  Linda, we're going

20          sequentially including the ones from the

21          other deposition.  This will be number 35.

22                    (Exhibit 35 marked

23                      for identification.)

24     Q.   I'm going to go ahead and stop sharing this

                                                    10

1           document.

2      A.   And I have that date for you.

3      Q.   We won't need it right away.  So why don't

4           you answer the question and we will go back

5           to it.  Give me the date as long as you're

6           going to.

7      A.   It was December 21st, according to our

8           report of December 23rd of 2019.

9      Q.   Do you recall what time of day you actually

10          sat down and spoke with Mr. Andersson?

11     A.   No, but I seem to recall having breakfast,

12          so probably in the morning.

13     Q.   Do you remember if it was before or after

14          you visited the boat?

15   A.   To my recollection, afterwards.

16   Q.   The things that were said to you there was a

17        statement, when you say there was a

18        statement taken that he signed afterwards,

19        is it accurate to say you took notes during

20        that and then you wrote it up later?

21   A.   Correct.  And you have those.

22   Q.   Okay.  We will look at those.  There is a

23        handful of things that I want to look at

24        with you to see if they were relevant to the

                                                    11

1         opinion.

2              The opinion that you made, I want

3         to get back to that for a second.  First, I

4         want to get to the basis of it.  So you had

5         this conversation.  You had physical

6         investigation that you particularly took

7         part in.  Was there anyone else involved in

8         that with you?

9    A.   Mr. Andersson was there.  There were a

10        number of security guards on the boat.

11        There was a man that we were considering as

12        a salvager, had moved to salvage.  I can't

13        remember whether he came to the boat or met

14          us on the beach afterwards, but he might

15          have been there.

16    Q.    What was your mission at that point, were

17          you expecting to be an expert witness when

18          you went to the boat that day?

19    A.    No.  We sort of approach all of these things

20          in the aspect that anything we write will

21          come under question at some point, or it

22          could.  But at the same time, we didn't have

23          a predetermined outcome.  The intention at

24          that point was really to assess the scope of

                                                          12

1           damages to the boat.

2     Q.    Did you, at that point, had you considered,

3           for instance, you mentioned that there was

4           the meeting with Mr. Andersson.  Were you

5           privy to information that had been sent to

6           Mr. Bailey of your company about the

7           circumstances of the event?

8     A.    Yes, I would have been privy to everything

9           that was sent to Bill.  Obviously, this is

10          something where we had to move pretty fast

11          right before the holidays, so there would

12          have been some gaps, I don't want to say I

13    know 100 percent of what he knew because, of

14    course, as soon as I got word I jumped on a

15    plane and headed out to a fairly remote area

16    of the Caribbean.  I sort of tried to absorb

17    as much information as I can.  But, again,

18    the scope of what I was there to do is to

19    investigate the loss.  The rest of it

20    becomes potentially relevant later but the

21    physical evidence is what we are there to

22    look at.

23  Q.  Are there any particular things that you're

24    asked to look for when you're doing this

13

1    type of investigation by the insurance

2    company that don't involve the condition of

3    the boat?

4  A.  Part of what we investigate is cause of

5    loss.  If we saw a boat that there was

6    clearly a failure in routine maintenance or

7    it was clearly unseaworthy due to its

8    equipment, we would opine that it was

9    unseaworthy due to its equipment, then those

10    are the sort of things we would note.

11        It's not so much, it's not like we

12          have a specific checklist, it's just sort of

13          a standard industry practice.  I can't say

14          that they say, alright, we want you to check

15          A, B and C, but it's somewhat inferred that

16          that's our responsibility as part of

17          investigating the loss responsibly.

18     Q.   Are you expected to have a familiarity with

19          the policy language and what's in it before

20          you go?

21     A.   That depends whether we're acting as an

22          adjuster or not.

23     Q.   What were you acting as in this instance?

24     A.   In this case, I don't believe we were acting

                                                    14

1           as an adjuster.

2      Q.   Do you have an adjuster's license?

3      A.   Yes.  Here in the BVI, fondly enough, they

4           license the company not the individual and

5           our company is licensed in the BVI.

6      Q.   Do you personally have any education as an

7           insurance adjuster or in insurance matters

8           specifically?

9      A.   Not outside of Caribbean Marine Surveyors,

10          no.  I mean, you could consider the first

11          couple of years of what I did as an

12          apprenticeship perhaps, but I don't have a

13          formal education in it, no.

14     Q.   Have you been asked to provide any kind of

15          expert opinion related to application of the

16          insurance policy to the circumstances here?

17     A.   You mean in terms of contract law type deal?

18     Q.   In terms of whether there are policy

19          provisions that apply to this incident?

20     A.   Our office has, absolutely.

21     Q.   Do you know if you're expected to give that

22          kind of opinion in this case?

23     A.   I'm not sure I understand the question.

24     Q.   Do you know whether, for instance, if this

                                                        15

1           case were go to trial have you been asked to

2           be a witness to testify about policy

3           provisions or about how it would apply to

4           the case?

5      A.   No, I don't believe that's a correct

6           statement, if I understand it correctly.

7      Q.   Is it fair to characterize your involvement

8           or your expertise more in relation to the

9           boat itself and to seaworthiness or boat

```
10         handling?
11    A.   Yes, my expertise is not in law, it's not in
12         contract provisions, it's in boats and
13         seafaring effectively.
14    Q.   With that, I would like to go to a different
15         document, which has been provided to us,
16         which is your resume.  A lot of these things
17         have been marked already so we will use them
18         again.  It's Exhibit 17.
19    A.   I do have your One Drive here in front of
20         me, if that helps.
21    Q.   So Exhibit 17 -- I'm just scrolling.  Do you
22         see that?
23    A.   Yes.
24    Q.   Is this your resume?
```

16

```
1     A.   It is indeed.
2     Q.   Is it a current version of your resume?
3     A.   It was current when we submitted it.  Since
4          then, I'm in the process of opening another
5          yacht management firm here.  But other than
6          that, yes.
7     Q.   I want to ask you a little bit about your
8          background, generally.  I gather from this
```

9          that you are from Canada originally?

10    A.   I am indeed.  Let me qualify that because

11         that's sort of a difficult question.  Born

12         in France; raised in England until I was 11;

13         high school and university in Canada.  So

14         not entirely originally, but yes.

15    Q.   Are your parents French or English or both?

16    A.   They are dual citizens of England and Canada

17         both of them.  And both of them have a mixed

18         history again throughout their lives.

19    Q.   Okay.  That's interesting.

20              So you finished your upper school

21         so-to-speak in Ontario; is that correct?

22    A.   My secondary school, yes.

23    Q.   And then I see a BFA in technical production

24         at Ryerson University.  Where is that?

                                              17

1     A.   Ryerson is in Toronto.  I think it's

2          important to note here that that is a study.

3          I never finished that degree.

4     Q.   You studied.  What is technical production?

5     A.   That is actually, you could call it

6          technical theatre.  Being what they would

7          call in high school a techy.

8   Q.   I'm not saying anything because I was one of

9        those people myself.  I was making costumes

10       for theatre.

11            You studied technical production

12       and then you left there, or you left that

13       program and you went into a bachelor of

14       commerce program; is that correct?

15   A.   Correct.

16   Q.   And did you graduate from that program?

17   A.   I did not.

18   Q.   And then you went on to -- and I wasn't

19       certain what this acronym meant.  What does

20       FdSc mean?

21   A.   That is a British definition.  And it's, I

22       suppose you could consider it somewhere

23       between a college diploma and a university

24       degree.  Effectively, I went to a cadetship

                                          18

1        there in order to do a lot of my yachting

2        paperwork all at once.  So I did my yacht

3        master's, which is a certificate of

4        competency, my STCW which is the standards

5        of training and certification for watch

6        keepers which is things like firefighting,

7        first-aid, sea survival, etcetera.

8              I did a rescue boat certification,

9        power boat certification, diesel engine

10       certification, a number of certifications

11       all in one.  And they were all sort of, I

12       don't mean to call them vocational, hands-on

13       type of certifications.

14             As far as cadetship they had

15       enrolled everybody in this foundations

16       degree in order to sort of create some more

17       academic paperwork out of it.  Which, again,

18       I actually never completed.

19   Q.  So this degree program, is it fair to say

20       that that was a program intended to prepare

21       you to work in the marine world and as crew

22       on a boat or as an engineer or something

23       like?

24   A.  No, not really, no.  The other

                                                    19

1        qualifications were hiring crew, for

2        instance.  We would never look for this

3        degree.  I think it was sort of more

4        designed as a way to utilize the other

5        qualifications that everybody needed to do

```
 6          anyway.  And sort of fill in some gaps to

 7          create a, more of an academic degree out of

 8          it per se.  I would liken it to, you know,

 9          in university education we sort of had all

10          the specialized classes in what we were

11          studying, and then there were the electives

12          that really had nothing to do with it but

13          made you a well-rounded student and

14          obviously sort of taught a little bit more

15          about the discipline of studying and

16          learning.

17               I would count what this added to

18          that cadetship as sort of those elective

19          classes, if you will.

20     Q.   What was the cadetship all about?

21     A.   The cadetship was, basically, they had set

22          up a program as a sort of a zero to hero

23          program for people that wanted to go into

24          super yachts.  So it was combination of
```

20

```
 1          classroom and at sea learning along with

 2          work placements, per se, or, well, they

 3          didn't really place us, but there were work

 4          phases of the program, because as a mariner
```

5       part of what you have to do is not just a

6       case of classroom studying and studying with

7       an instructor you also have to generate sea

8       time.  The realm of yachting I'm in most

9       people, I think the minimum sea time for an

10      yacht master is something like 3,000 miles.

11      It's quite small.  Whereas, if you wanted to

12      go up to master 3,000 gross ton, sort of the

13      ticket you would have to drive big crew

14      ships and cargo ships type thing, and, of

15      course, 350 foot yachts.  There's not too

16      many of those around.  Then you have to

17      generate sea time in various tonnage

18      categories.  So it's a bit of a stair

19      climbing exercise, you can't just jump

20      straight in.

21              The program was designed, you sort

22      of do half a year at school, you do the

23      certifications you can, go away for half a

24      year, get placed on a yacht of the correct

21

1       tonnage, generate your sea time then come

2       back and climb the next step and so on.

3               For me, I went out to the

4          Caribbean, I got hired up in what we would

5          call the small craft yachting industry,

6          which is mostly under 24 meters, you'll see

7          there's a few on here that I have done that

8          are over because the licenses are actually

9          based on tonnage.  So I got sucked into this

10         and offered a couple of jobs and climbed the

11         ladder a different way, per se.

12   Q.    Okay.  So you were hired on and decided not

13         to go back and continue on that?

14   A.    Correct.  There's two ways; sort of North

15         Pole and South Pole thing, two opposites.

16         The school I was attending was in the UK,

17         where they are based on the Mediterranean

18         season.  There you would do your industry

19         phase in the summer, you would go to class

20         in the winter.  Here, of course, our high

21         season is the winter and our hurricane

22         season when we shut down is in the summer,

23         so it just didn't work.

24   Q.    In 2000, I gather, was time when you took

22

1          off and you started working full-time?

2    A.    Correct.

```
3    Q.   I see here you also have studying marine

4         surveying, yacht and small craft surveying

5         at the International Institute of Marine

6         Surveying.

7    A.   Correct.

8    Q.   You're studying that now?

9    A.   Yes, I kind of thought it would be useful to

10        have another piece of paper and maybe

11        actually finish one.  That is something I

12        have been doing for quite some time.  I

13        started that when I started working for

14        Caribbean Marine Surveyors back in 2016.

15        Then in 2017 we got hit with two Category 5

16        hurricanes here.  I didn't have power for

17        eight months.  We were also incredibly busy.

18        I learned a lot more in sort of trial by

19        fire than in the course.

20              My feeling on the course material

21        now is, there's not a lot of new material

22        I'm learning.  There's a couple of gaps to

23        fill in.  It's more of a box ticking

24        exercise to me.  But, obviously, I deferred
```

23

```
1         the course after the hurricanes and
```

2          restarted more recently, I think, shortly

3          before the Pandemic hit.

4     Q.   I want to just go down to there's more

5          qualifications at the bottom of your resume

6          and I don't want to ignore those.  On the

7          second page.  It says, Supplementary

8          Qualifications.

9               Are there qualifications here that

10         were relevant to your assessment of this

11         situation and what you ultimately gave as

12         your opinion?

13    A.   I would say so, yes.  It's certainly not an

14         exhaustive list, but it is sort of the upper

15         notes of it.

16               International Association of Marine

17         Investigators, well, it's what it says.  I

18         am part of them which is a form of

19         accreditation again.  If I had a, for

20         instance, a history of poorly assessing

21         claims and incidents people could report me

22         to them and they would take away my

23         accreditation there.

24    Q.   Let's go through these one at a time.  With

```
 1            the International Association of Marine

 2            Investigators, is there any kind of a test

 3            or threshold credit you have to have to be

 4            able to be part of that organization?

 5    A.    To join, no.  Well, sorry, I probably

 6            shouldn't say that.  There isn't a test per

 7            se.  But I'm pretty sure they would have

 8            asked me for a resume at the very least.

 9            Pretty much all of these organizations want

10            some sort of resume, some sort of

11            demonstration that you are somehow qualified

12            and/or experienced and perhaps some

13            references.

14    Q.    Is there some kind of a board that selects

15            then who gets to be part of it?

16    A.    Correct.  Most of these also have multiple

17            levels of accreditation.  The people that

18            sort of want to stick more initials on their

19            e-mail and resume you can go and do the

20            test.

21                    One of the things that we really

22            end up having a problem with down here is,

23            for instance, in the BVI we're working with

24            MCA standards, so that's the British
```

1          standards and not the U.S. Coast Guard

2          standards.  Most of these organizations even

3          though they have international in the title

4          or claim to be international test only on US

5          standards which is not something that we

6          use.  There's a lot of crossover.  The

7          standards are pretty equivalent to each

8          other, but their very small intricacies are

9          not.  Small things, like in England they

10         want solid propane lines on a boat and in

11         the US they want flexible ones.  The

12         standard of safety is still there, but the

13         small materials, the small type of

14         approvals, things change.

15    Q.   And the Society of Accredited Marine

16         Surveyors Surveyor Associate, commonly

17         referred to as the acronym SAMS?

18    A.   Correct.

19    Q.   How do you qualify to belong to SAMS as a

20         surveyor associate?

21    A.   Same thing; I believe, when I signed up, it

22         was quite some time ago, you submit a

23         resume, you probably need some references as

24         well, and they do make, they would have

1          needed a resume because they do make an

2          assessment towards a later upgrade in terms

3          of how many years of experience as a

4          surveyor your resume is equivalent to.  So

5          when I applied with them, being accredited

6          by them is actually a condition of our

7          insurance.

8                  When I signed up with them, I had

9          just signed on with Caribbean Marine

10         Surveyors, it was my first surveying job,

11         and I think they gave me a year or two in

12         equivalent experience before I even actually

13         stepped foot in the field.

14    Q.   Did they have any kind of a test of your

15         skills to be able to qualify?

16    A.   They did have a test.  I'm not sure if there

17         was a skill based component.  A lot of these

18         organizations have some sort of a quiz on

19         their code of ethics which is obviously the

20         most important part to them as you join.  I

21         know SAM will not let you in at least

22         without passing that test.  We've had a

23         couple of other staff members join lately.

24          I honestly can't recall if there's anything

                                                        27

1           skill based in that testing.

2      Q.   Marshall Islands IMI Qualified Individual.

3           What is that?

4      A.   The Marshall Islands' shipping registry

5           effectively is IMI.  I'm qualified by them,

6           again, based on resume to certify boats

7           under 24 meters on behalf of the Marshall

8           Islands.

9                Part of what we do is not just

10          inspections for insurance companies, but we

11          also inspect for flag states.  The next item

12          on the list will come to this as well, but

13          this one is particular to anything with a

14          Marshall Islands flag.

15     Q.   That's a common flag for mega yachts,

16          correct?

17     A.   It is.  We don't do mega yachts.  But by

18          definition mega yacht is over 24 meters so

19          we do under 24 meters.  That's in waterline

20          length not length overall, probably not

21          relevant but just to be particular.

22               Marshall Islands is a common sort

23          of flag of convenience, if you will.  They

24          used to have some fairly lax safety

28

1          regulations.  They have actually gotten a

2          lot better, a lot stiffer on their

3          regulations.  We are seeing less and less

4          people flag Marshall Islands because it's

5          different and difficult.

6     Q.   It's putting you out of business in other

7          words.

8     A.   Sort of.  I don't get to write the rules, I

9          just get to follow them.

10    Q.   What is this acronym MECAL A3?

11    A.   MECAL, I actually have no idea what it

12         stands for or if it's an acronym or just a

13         word.  It is a British certifying authority

14         for the MCA.  The way that the MCA, which is

15         the Maritime Coast Guard Agency, which is

16         sort of the British version of their

17         shipping registry; if you will, the way they

18         work is they will, when a boat is flagged

19         under registry, whether it's BVI, Bermuda,

20         Cayman, UK, etcetera, the only people that

21         can certify those boats as compliant are on

22          a short list of certifying authorities.  And

23          there's probably 10 or 15 of them.  And so

24          MECAL is one of those certifying

                                                29

1           authorities.  They accredited me as one

2           there surveyors to do coding inspections.

3           The A3 designation is basically the sort of

4           level of surveyor you are within the

5           organization.  It determines sort of what

6           you can do, how much scrutiny is applied to

7           what you do.  And, basically, A is the top

8           level, I believe, and 3 basically limits me

9           back down to 24 meters, and we really have

10          no desire to do anything above that.

11    Q.    So this is specific to the physical plant of

12          a boat and inspecting that physical plan and

13          its systems, correct?

14    A.    Correct.  So MECAL accredits us for purchase

15          surveys, damage surveys, build surveys.

16          It's all engineering based.

17    Q.    MCA/RYA Master of Yachts 200 ton.

18    A.    So that's my latest certificate of

19          competency which basically allows me to sail

20          anything up to 200 tons with up to 12 paying

21      passengers onboard.

22   Q.   American vernacular that would be your

23        captain's license, correct?

24   A.   Yes, the equivalent would be sort of U.S.

30

1        Coast Guard 200 ton, there's some

2        inconsistencies but that's the closest

3        thing.

4    Q.   What do you have to do to qualify for that

5        certification?

6    A.   Don't count me on the specifics here, but

7        ballpark something like 3,000 sea miles, a

8        shore base exam, and at sea exam, that took

9        about four days.  There's a certain number

10       of skipper passengers at night that have to

11       be over a certain distance, a certain number

12       of skipper passenger in general that have to

13       be over a certain distance.  Those distances

14       are not measured in hours they are measured

15       in miles, but each of them took more than 24

16       hours.  To be honest, I would have to go

17       back to the syllabus and see exactly what it

18       was.  It's quite extensive.  To do a

19       commercial yacht master program most people

20          aren't going to do that, well, they are

21          certainly not going to do that in less

22          two months.

23     Q.   Is this something that is typically you're

24          building that experience as you're working

                                                    31

1           on boats?

2      A.   You don't have to.  It really varies.  Where

3           I was in the UK there were actually a lot of

4           kids that hadn't been to university, they

5           sort of wanted to go a gap year sail around

6           on super yachts and live large.  The program

7           was quite attractive to those people.  And

8           they could come and do a zero to hero.  Most

9           of them wouldn't pass.  It's a bit like

10          learning to fly, you can't go from nothing

11          to everything.  You're better off taking it

12          slow and learning to fill in the gaps.

13               In my case, I have been sailing

14          since I was pretty small, probably seven or

15          eight.  So I went to get the paperwork so

16          that I could work commercially.

17     Q.   This was the culmination really of why you

18          went to, was no Ryerson, the school in

19        England?

20    A.    United Kingdom Sailing Academy, yes.

21    Q.    Right.

22    A.    Which was tied in with, whatever it was, the

23          University of Plymouth.

24    Q.    You completed what you needed to do to get

                                                          32

1           that credential which was your goal for that

2           program to begin with?

3     A.    Correct.

4                 The other thing I will say about

5           the master yacht program, just to give it a

6           little bit of context, years ago, probably

7           at least 20 years ago, the yacht master

8           program was designed by RYA, Royal Yachting

9           Association, as a recreational program.  It

10          was designed to give people more confidence

11          on their own boats and probably get them a

12          break on their insurance as well.  It just

13          makes the layman safer.

14                It then evolved and the MCA

15          realized that they didn't really have any

16          method to train people for small craft.  So

17          the MCA recognized it as a commercial

18          license provided it came with a valid

19          seafaring medical and the standards of

20          training and certification for watch keeping

21          which is we talked about earlier, which is

22          the firefighting, the first aid, the sea

23          survival.  That's something that is common

24          to anybody that works anywhere in the world

                                                        33

1          commercially on a boat, you have to have

2          that, even if you're a shopkeeper on a crew

3          ship.

4      Q.   That's the Master of Yachts.  Now, the BVI

5          Boatmaster Grade II, what's that?

6      A.   The BVI has its, basically, revenue

7          generating fee.  Even though they are an MCA

8          registry they don't recognize the MCA

9          licenses straight off the bat and have

10          decided that they need to, now they issued

11          an endorsement on that license.  Back when I

12          started here you had to go through a

13          separate licensing process with the Virgin

14          Islands Shipping Registry, which also

15          involved its own testing regimen.  It was

16          somewhat partial.  They basically took the

17          yacht master at its face value in terms of

18          sea time.  In terms of the hands-on

19          knowledge seafaring skill, but they did do a

20          written test on some of their local small

21          commercial vessels code and just some of the

22          broader points that everybody really should

23          know, probably in a way just to qualify that

24          the yacht master is somewhat real.

                                                34

1               There was a period, or at least

2           there's rumor to be a period back in the

3           nineties where the yacht masters were, they

4           called them picnic factories you could sort

5           of go out to the Med and pay for a nice

6           vacation and come back with the yacht

7           master.  And the RYA cracked down on that.

8      Q.   MCA STCW 95 basic crew training, what is

9           that?

10     A.   That is the standards of training and

11          certification for watch bookkeepers.  That's

12          the licensing, I won't call it licensing,

13          certification I was talking about that every

14          seafarer has to have.  It's under

15          international convention.

16          So that involves, at the time it

17      involved four modules and they've added a

18      fifth now.  So there was a firefighting

19      module where you spend three or four days in

20      a firehouse.  Full SVA, full host teams,

21      proper firefighter training.  There's a

22      day-long first aid course which is similar

23      to what you would consider as your St. John

24      Ambulance, EFR, or whoever you use.  Except

                                                    35

1       it's a little more spun towards the marine

2       environment, and, of course, it is

3       standardized through this convention.

4          Then there's what they call

5       personal safety in social responsibility,

6       which sort of blends between a number of

7       things.  Some of it is just about

8       situational awareness, making sure you've

9       got a good head of your shoulders.  The

10      other is almost more of an ethics course,

11      don't go from port to port knocking up

12      random people.  At least they are teaching

13      it.

14          And then there is the sea survival

15          module which basically involves things like

16          combating hypothermia; you'll get in a pool

17          because it does have to be in confined water

18          and learn how life raft works, what's in it,

19          how to roll it over if it's upside down when

20          it deploys.  The finer point.  In honesty, I

21          just witnessed one of these courses last

22          week.  And I think it's a far cry from

23          anything that you would actually need to

24          know in a real situation, but at the same

                                                    36

1          time at least you know sort of what you're

2          looking at and what's there in terms of the

3          equipment.

4                  Since then they've added another

5          module, I'm trying to remember what it is

6          now.  It was probably six or seven years

7          ago, I had to do an on-line course.  It

8          wasn't hands-on learning it was basically

9          just a test.  They revised the convention in

10         2010 and they've added another module just

11         to sort of fill in the gap, I guess, as part

12         of that revision.

13                 At that time, I did that, but, of

14          course, I'm not working commercially anymore

15          so I haven't renewed any of that, I let it

16          all lapse.  My yacht master doesn't expire

17          but the commercial endorsement on it does

18          because that's based on the medical and

19          STCW.

20     Q.   Now, what about the RYA Powerboat Level II?

21     A.   Powerboat Level II, again, they've actually,

22          it wasn't a commercial qualification when I

23          did it, they've turned it into one.  It's a

24          small powerboat course.  It's a common

37

1           course for the super yachting crew because

2           it enables them to drive the small tenders.

3           It takes what you do in that yacht master

4           and sort of it, it doesn't adopt the yacht

5           master because it's a separate thing.  You

6           could probably do a Powerboat Level II in

7           probably three days, I think, over a

8           weekend.  It's a high speed maneuverable

9           small boat driving course.

10     Q.   How about the RYA Safety Boat course?

11     A.   That's a little bit different.  That's a

12          qualification for driving safety boats.

13      When I say safety boats, water sports,

14      escort boats, etcetera.  It's not so much

15      open navigation it's more close to people in

16      the water, close to hazards.  There's a

17      little bit more technical skill in that

18      course in terms of making sure you're not

19      injuring the people that in normal

20      situations would not be hanging out around

21      your propellers.

22   Q.  RYA Diesel Engine Certification.

23   A.  That was a much more basic diesel course

24      that I have done since then.  The Royal

                                                           38

1      Yachting Association puts on a diesel course

2      which, I think, it's only about a day or

3      two, and it sort of teaches you the basics

4      of diesel engines; how to change your

5      filters, how to troubleshoot your engine in

6      a very simple sense.

7          When I signed on as a service

8      manager, which I'm sure we will get to that

9      later, I actually did a number of additional

10     courses mainly through JCB in terms of

11     mechanics, hydraulics, electrics, etcetera.

```
12    Q.    PADI Divemaster?

13    A.    Master diver, I can't teach.  That was

14          intentional.  The next step up is an

15          instructor certificate.  And really didn't

16          want to take on liability for that.  I can

17          take out unlicensed or uncertified divers in

18          confined water for a discover course but I

19          can't certify people.  It's effectively

20          recreational certification for scuba without

21          mixed gases, etcetera, in sort of the PADI

22          arsenal, if you will.

23    Q.    MCA GMDSS Certificate.

24    A.    GMDSS is the global maritime distress safety
```

39

```
1           system or signaling system.  It's

2           effectively a trumped up way of having a

3           long range communications license.  So that

4           enables me, I think that one enables me for

5           SSB, a number of different long range

6           communication technologies for when you're

7           at sea.  It is not a hand license.  To do a

8           hand license you have to be able to actually

9           build the radio for components and I just,

10          you're not going to do that at sea anyway.
```

11   Q.   I can see that.  Especially in bad

12        conditions.

13             And then you have a BVI driver's

14        license.

15   A.   I had a Canadian one as well.  Yes, I have

16        like a car driver's license.

17   Q.   Is that relevant in some way to this case?

18   A.   No, I think it was relevant when I put the

19        resume together.  Probably a job where I was

20        going to need to drive or something.

21   Q.   See attached PDF with additional

22        certificates.  I don't believe we ever

23        received any.

24   A.   I don't imagine you have that.  That was,

                                             40

1         again, probably something that carried over

2         on the resume.  I would have updated the top

3         but not the bottom probably.  I'm happy to

4         send through that PDF that I put together.

5              Basically, within it it's got

6         copies of the aforementioned certificates

7         just to show they are real.  It's got a

8         number of certificates I got from JCV, for

9         instance.

10    Q.    What is JCV?

11    A.    Stands for John C. Banford, but it's a

12          company that makes, actually, excavators,

13          farm equipment, big yellow machines.

14          Excavators, backhoes, bulldozers, cranes,

15          tele handlers, etcetera.

16                Long story short, and I'm sure

17          you're going to move up anyway, when I was

18          the service manager at Parts & Power on

19          there, I effectively represented the

20          distributorships for a number of the major

21          machinery manufacturers; not just engines,

22          power generation, refrigeration, etcetera,

23          that provides to the small craft industry.

24          And so at the time, JCB had these courses

                                                      41

1           going that they were offering for free.  I

2           sort of said, well, you know, I could do

3           with some paperwork so I signed up and sort

4           of blasted through those.

5     Q.    They weren't marine-related, though, it

6           sounds like, they were more land based

7           construction equipment?

8     A.    I think that really depends how you look at

```
 9          it.  There's not much about an engine that

10          is marine.  When we marinize a diesel engine

11          the only thing we really change is the

12          cooling system, that's it.  We change heat,

13          heat exchange via the air and a radiator for

14          heat exchange by the water.  There are some

15          components that will change for corrosion

16          resistance, etcetera.  But the functionality

17          of a diesel engine or generator or

18          refrigeration, etcetera, is fundamentally

19          the same.

20    Q.    And we do have then, I'm just going to run

21          through this somewhat quickly.  You've been

22          with Caribbean Marine Surveyors since

23          February 2016, correct?

24    A.    Correct.
```

                                                    42

```
 1    Q.    Is that your only experience as a marine

 2          surveyor?

 3    A.    That's correct.

 4    Q.    And is that also your only experience in

 5          dealing with issues of insurance?

 6    A.    Correct.

 7    Q.    Have you had any, outside of your hands-on
```

8          experience, have you had other experience or

9          other education in that timeframe related to

10         insurance or related to vessels like the one

11         that was damaged in this case?

12    A.   Certainly, there would have been a number

13         of -- so as part of the accreditations; be

14         it, Society of Accredited Marine Surveyors,

15         International Association of Marine

16         Investigators, or MECAL at the very least,

17         we are required to do, some of them call it

18         continuing education, some call it

19         continuing professional development,

20         etcetera.  We have to do a certain number of

21         hours or certain number of courses every

22         year.

23              Obviously, studying with the

24         International Institute of Marine Surveying

                                                    43

1          as well, but there have been a number of

2          classes, seminars, etcetera, that I would

3          have attended that would have been

4          investigation based.  I'm sure that I

5          probably attended one or two with people

6          like ADYC that was sort of Marine Insurance

```
 7              101.  Just more out of curiosity for what

 8         they say.  But the bulk of my education has

 9         really come from the mentorship of my boss.

10    Q.   Who is your boss?

11    A.   Bill Bailey.

12    Q.   What's his role in that company?

13    A.   He's the owner of the company.  I think his

14         father was the founder, actually.  But he's

15         probably been at it for 25, 30 years now.

16         He's also, of course, the authority on all

17         of reports as well.

18    Q.   Do you have any kind of educational

19         qualification related to navigation?

20    A.   Well, yes, yacht master involves a

21         significant amount of shore based training

22         and certification as well.  There are

23         separate certificates, the surveyor portion

24         of that yacht master does generate its own
```

                                                        44

```
 1         certification.

 2    Q.   Are you qualified to teach navigation?

 3    A.   No.

 4    Q.   Do you have educational background in

 5         weather?
```

6    A.    Yes, meteorology again is part of the yacht

7          master syllabus.

8    Q.    Are you qualified to teach meteorology?

9    A.    No.

10   Q.    Do you have any specialized education

11         related to catamaran or the handling of

12         catamarans?

13   A.    Specialized education, I would say no.  In

14         terms of experience probably a lot more than

15         average.  Our market here is somewhat unique

16         in that probably 95 percent of our vessels

17         are catamarans.  And I'm sure as we go

18         through the resume you'll see that near

19         everything that I have run is catamaran.

20              When it comes to experience through

21         the investigations and the surveys we do,

22         again, sort of 90, 95 of what we look at is

23         catamarans, which is very unusual.

24   Q.    I'm going to skip down to the jobs related

                                                      45

1          to captain positions.  The M/Y The

2          Collection, was that a catamaran?

3    A.    No, that was a mono hull.  That was a 105

4          foot motor yacht with 5,000 horsepower in

5       it.  Basically, a huge Italian powerboat

6       that does about 40 miles an hour.  Bit of a

7       freak of an engineering really.

8    Q. And it says 2018 to present.  Do you still

9       work with them sometimes?

10   A. Here and there, yes.  I probably haven't

11      been on that boat since the start of the

12      Pandemic.  I'm still their relief captain,

13      but the boat is not going anywhere anyway.

14   Q. It also mentions you're the relief captain

15      of the S/Y Necker Belle.  And it says that

16      that boat is 105 foot CMN custom carbon

17      fiber catamaran.  What does CMN stand for?

18   A. Chanteau something -- it's a french

19      shipyard.  Long story short, this boat used

20      to belong to Sir Richard Branson, and I've

21      done a number of engineering projects on it

22      previously.  They offered to hire me as a

23      full-time captain and I actually declined.

24          The captain who was onboard asked

                                              46

1       if I would step on as relief while he was on

2       vacation and I agreed.  I've had a couple of

3       inquiries, again, from them since then and

4       had to decline because of the Pandemic,

5       again, I just haven't been able to travel to

6       them.

7               That boat was built as a

8       performance catamaran.  It was built to go

9       fast; hence, why it's all built from carbon

10      fiber.  Unfortunately, when Richard bought

11      it he decided to also make it more of a

12      luxury yacht, put a lot of weight on it and

13      now it does nothing very well.

14              It's bit like having a Ferrari and

15      putting a bunch of cinderblocks in the

16      trunk.

17  Q.  Where was that boat located when you worked

18      on it?

19  A.  That was in Florida.

20  Q.  What were the conditions when you were

21      sailing that boat?

22  A.  Pretty flat, really.  We didn't do a whole

23      lot of sailing on that boat while I was on

24      it as the relief captain because a lot of

47

1       what we were doing was refit at that time.

2       It was in the off-season.  It just had a new

3       buyer.  So we were fitting, we were

4       rebuilding engines, generators, interior,

5       etcetera, and there were various sea trials

6       that needed to occur for that.  We weren't

7       out chartering or cruising.

8    Q.  I'm going to come down, we've got the job as

9       the service manager at Parts & Power

10      Limited, that's the one we talked about.

11          Was there anything that you did in

12      that job that was related to the operation

13      or sailing of catamarans or seafaring

14      skills?

15   A.  In terms of seafaring, no.

16   Q.  Were you involved with any kind of, at that

17      point professionally navigation?

18   A.  No, not in that role.

19   Q.  SAR Tech, Virgin Islands Search and Rescue.

20      That's January 2012 to present.  Is that a

21      part-time position?

22   A.  It's a volunteer position.

23   Q.  And what does that involve exactly?

24   A.  I'm a search and rescue technician,

                                                    48

1       basically, I drive the search and rescue

2          boat.  I also have some medical

3          qualification to go with it.  I try not to

4          be the medic.

5               We do the equivalent of what the

6          U.S. Coast Guard would do for you guys but

7          not in an enforcement role.  We are strictly

8          search and rescue.

9               Here we have sort of like the booze

10         cruise capital of the world so we get quite

11         busy in season.  We'll have in season five

12         or six calls a week.  Normally right in the

13         middle of the night at the most inopportune

14         time.  Normally alcohol induced, but

15         probably about 90 percent of the calls we do

16         are of a medical nature, not a lot of search

17         or rescue.  It's go pick up Joe that fell

18         down the stairs or cut off his finger, had a

19         heart attack, had a seizure, an allergic

20         reaction.

21              I assume you're going to ask

22         questions about conditions so that's any

23         conditions.  We have been out in any

24         conditions; to the point you can't see over

```
1          the wave in front of you or you can't see

2          anything because it's pitch black, you know,

3          we go, that's it.

4    Q.    Is it fair to assume you're using a

5          powerboat for that role?

6    A.    That's correct.  That is not a catamaran.

7    Q.    Manager/Captain/Engineer of SY Ma Ha.  Can

8          you tell us about that.

9    A.    So that was a 57-foot catamaran, a 2009

10         boat.  We ran that for charter here, which

11         is doing the resume in reverse.  But when I

12         was at Moorings, I got headhunted by a

13         private yacht owner that said I want you to

14         come and run my boat.  And this boat was

15         near brand new when I got it.  It had one

16         other crew on it who had very quickly been

17         hired and fired.  I got hired to run not

18         only the boat but the business as well.

19               So we did six passenger term

20         charters a week at a time, professional chef

21         onboard.  And that was mainly around the

22         BVI.  We did also do St. Martin, St. Barts.

23         We also would go up to the U.S. in the

24         summer so I would sail up to Cape Cod where
```

1           he had a house and leave it so I could go on

2           vacation.

3                    The conditions on that varied,

4           again, obviously on charter in the BVI part

5           of the reason why it's such a great place to

6           chart is it's generally pretty benign.

7           Moving between islands to reposition for

8           charters not so much the case.  I think, the

9           only time in my career that I have ever been

10          sea sick was actually going from the BVI to

11          St. Martin, so that can get pretty nasty.

12          Certainly up in Cape Cod you've got a full

13          tidal range up there and we were out on days

14          where it was so soupy that you actually

15          couldn't see the walkers on the bow from the

16          stern.

17   Q.     I'm going to ask you, this is more a

18          question to get it clear on the written

19          record for people who may or may not be

20          fully aware of the geography.  When you

21          mentioned going from the BVI to St. Martin,

22          where is the BVI in relation to St. Martin?

23   A.     From closest point to closest point St.

24          Martin is 74 miles to the east of the BVI.

1      Which is straight up wind and straight up

2      current.

3  Q.  Is it a fair characterization to describe

4      the BVI as being between Puerto Rico and

5      St. Martin?

6  A.  Yes, correct.

7  Q.  Again, I'm just trying to kind of generate a

8      visual, a written picture of what the map

9      would look like if someone is reading it and

10     doesn't have that in front of them.

11        So Puerto Rico would be west of the

12     BVI on an east/west line and if you kept

13     going, more or less, you would hit

14     St. Martin, correct?

15  A.  More or less, yes.  It would go from west to

16     east, Puerto Rico, Spanish Virgin Islands,

17     which is part of Puerto Rico, depends how

18     you look at it, U.S. Virgin Island, the

19     British Virgin Islands, and then St. Martin,

20     Anguilla, St. Barts, are all sort of in one

21     clump.  And at that point the Caribbean

22     turns much more southerly.  You get to

23     Antigua first and then it goes much more

24          southerly.

                                                  52

1     Q.    Is it fair to describe as St. Martin, more

2           or less, the kind of northeastern corner if

3           you made the Caribbean a box?

4     A.    It's pretty close, yes.  I would say that

5           Antigua would make the very tip of that

6           corner, but St. Martin is definitely in the

7           corner, yes.

8     Q.    So this was roughly a four year period of

9           time that you were the captain managing and

10          acting as captain on this charter/private

11          yacht, correct?

12    A.    Correct, yes.

13    Q.    During that time, did you ever sail that

14          private yacht along the course that Mr.

15          Andersson took during this --

16    A.    No.

17    Q.    -- his voyage from Aruba to?

18    A.    No.

19    Q.    Okay.  Have you done that crossing, have you

20          sailed from Aruba and ended up at the

21          northern or northeastern part of the

22          Caribbean?

23   A.   From Aruba, specifically no.  I've just done

24        Grenada twice.  That's actually not on the

53

1         resume.  I mentioned that I started out, or

2         I'm in the process of starting up a yacht

3         management firm.  Just by happenstance come

4         last fall, I got a call from a yacht owner

5         who said my captains has Covid, there's two

6         hurricanes heading towards the boat and I

7         don't have insurance to be this far north,

8         what do I do?

9              I ended up picking the boat on

10        very, very short notice.  It was a good way

11        get off the rock for the first time after

12        Covid and rip the band-aid off.  But, yes, I

13        made a rush down there on a 60-foot sailing

14        catamaran.  Put the boat to bed for the

15        summer.  Needless to say, that captain got

16        fired.

17             I later then was asked to manage

18        the boat, hire new crew.  So I went down to

19        bring it back up and orient the new crew.

20   Q.   Now, prior to that you were a captain for

21        The Moorings for, it looks like about a

22          year, is that correct, less than a year?

23    A.    Less than a year, yes.  That was very much

24          so -- long story short, I came to the BVI to

                                                54

1           do my dive master with my girlfriend at the

2           time.  We had just finished the

3           Mediterranean season.  We still thought we

4           were going to go and work on big super

5           yachts and we were waiting to go to the

6           Lauderdale show.  We just said let's pat out

7           the resumes where we can.

8                 We got down here, we got hired up

9           by Festiva, which you see on there.  They

10          were offering cabin charters, so if you

11          don't book the whole boat you just book a

12          cabin on 44-foot sailing catamarans, which

13          is a really terrible thing to sell to

14          people.  We did three charters with them and

15          then the Moorings hired us.  In that time,

16          we did 21 charters from January to June, all

17          sort of five to seven days.  And that pace

18          is just not sustainable.  It's pretty quick

19          to burnout so we were quite happy to get on

20          to a private boat.

21          When I say private boat, I do want

22       to be specific on that because I'm dealing

23       with that with the government here now.

24       Private, recreational, commercial, all those

55

1        words get mixed in, so this yacht was

2        privately owned when we talk about Ma Ha,

3        but it was operating commercially.  So

4        paying passengers commercial operation.

5    Q.  Right.  It was owned by an individual who

6        paid for the expense of the boat, or hoped

7        to by having a charter operation, correct?

8    A.  The LLC had an individual beneficial owner,

9        yes.

10   Q.  Okay.  Festiva and The Moorings are similar

11       organizations, correct, except The Moorings

12       has a different structure of the kind of

13       vacation they offer?

14   A.  They have a different business model.  One

15       of the things I will add to that just to put

16       it in a little more context.  The vessel I

17       was responsible for, the 46-foot catamaran,

18       however in between charters we also did a

19       number of things like all of their photo

```
20          shoots which meant that actually we probably
21          took out every vessel, every type of vessel
22          that was in their fleet at some point.  They
23          would have gone up to sort of 55-foot.  I
24          think at that time the largest they had a
```

                                                    56

```
1          was a 62-foot catamaran.  We sort of fill in
2          on other boats if there was a crew short,
3          etcetera.  The same thing while I was on the
4          Ma Ha.  At that time, I can remember doing a
5          week on 68-footer because the crew was not
6          available.  If I put that on the resume we'd
7          be going on for days.  But it helps to give
8          some context to a range of different
9          vessels.
10     Q.  Is it fair to say that experience at both
11          Festiva and at The Moorings was confined in
12          the BVI area?
13     A.  I think so.  I think, we have may done a
14          couple of St. Martin trips with The
15          Moorings.
16     Q.  Did you do any overnight passages?
17     A.  Oh, yes, absolutely.  The best time to do a
18          passage like the passage to St. Martin is at
```

19          night.  The wind generally lays down a

20          little bit and the sea is a little bit

21          flatter.

22     Q.   And specifically with The Moorings, so you

23          would go to St. Martin from the BVI and that

24          crossing would be, how long would that take,

57

1           roughly?

2      A.   Depends on the boat.  On that boat probably,

3           if you put on the engine on about 16 hours.

4           If you try to sail it at least twice at

5           much.  Just because it's straight up wind

6           and you can't sail in straight up wind.

7                It varies by the boat.  If we look

8           at the Ma Ha, Ma Ha was a much, much faster

9           boat, she was probably 40 percent faster and

10          same with Necker Belle.

11     Q.   I think we can say we're done with your

12          resume.  I didn't ask because you're so

13          experienced in being a witness in this case

14          that I didn't think to go through the ground

15          rules.  I know you're experienced with this.

16          Please don't hesitate if you need a break to

17          let me know.

```
18                    MR. GOLDMAN:  I was going to cut in

19          and say can we take a break, please.

20                    MS. NIEMEYER:  Of course.

21                    (Short recess taken.)

22    Q.    I'm going to come back now and we're going

23          to, a couple of things.  There's one thing I

24          want to look at before we get into actually
```

                                                                58

```
 1          talking about the statements that you

 2          created.

 3                    You did say that your observations

 4          were part of your assessment overall, right?

 5    A.    Correct.

 6    Q.    I wanted to just, first of all, I realized

 7          we have some photographs and I want to take

 8          a look at those with you for a moment.  Let

 9          me share the screen here.

10                    Mr. Ball, I'm showing you one of a

11          set of 24 photographs.  It looks like you

12          can see the top part that shows how many

13          pages as well the picture, correct?

14    A.    Correct.

15    Q.    So this is page 1 of that set and it's Bates

16          numbered ABB000363.  And I just wanted to
```

17          ask if you could let me know, it was

18          produced as part of a production with your

19          initials on it.  Did you take that

20          photograph?

21     A.   I believe so.

22     Q.   Is this then the vessel Melody on the

23          breakwater where it's photographed?

24     A.   Correct.

                                                    59

1      Q.   Do you have any recollection of seeing this

2           that breakwater at another tide point?  Do

3           you know what tide that is?

4      A.   No.  But it remained above water for the

5           entire time I was there.  Now, it's

6           possible -- well, I'm going to speak to

7           spring tide and leach tide because tides go

8           through ranges where one week you'll have a

9           very high range in tide where it goes very

10          low very high and the next week that range

11          will be a lot less.

12               I can't speak to what the range was

13          when I was there, but certainly it was only

14          a few days after the incident so it wouldn't

15          have been massively different.  I did not

16          see it submerged at any point.

17    Q.    Okay.

18    A.    The other thing on that, while I was there,

19          the highest point on that was probably at

20          least a foot and a half, two feet above the

21          water.  And the tidal range in the Caribbean

22          really isn't much, probably not that much.

23          I don't know what the tidal range for that

24          specific port is, but certainly if I looked

                                                      60

1          down here right now we would probably get a

2          foot of tide and that's it.

3    Q.    I just want to go through, and I'm going to

4          do this somewhat quickly and if you want me

5          to stop at any particular picture, let me

6          now, but you want you to tell me after we've

7          gone through this grouping is just to

8          confirm that these are photos you took while

9          you were there and that's what you saw at

10          the time.

11              Do you know whose boat that was?

12    A.    No.  In shore of this breakwater there's a

13          lagoon.  Basically on the beach you have all

14          the hotels, resorts, but there are a number

15          of fishing boats, water sports boats, tour

16          boats, etcetera, that are sort of hanging

17          out in that lagoon.  It was a fairly high

18          traffic area while I was there.

19                   MR. GOLDMAN:  Can I cut in for one

20          moment.

21                   MS. NIEMEYER:  Sure.

22                   MR. GOLDMAN:  Just a procedural

23          request.  Can we be sure to read the Bates

24          number as we switch from photo to photo so

                                                    61

1           we can find it later.

2                    MS. NIEMEYER:  Yes.

3                    MR. GOLDMAN:  You did on the first

4           one.

5                    MS. NIEMEYER:  Where I asked about

6           the boat was, I think, it was the number

7           ending in 365.  Michael, so you know, this

8           was a grouping which is from Bates 363 to --

9           let me see, I'm sorry, I have this written

10          down -- 363 to 386 is what I'm scrolling

11          through.  When I provide it to the court

12          reporter I will provide that grouping as the

13          exhibit.

14          Let's mark this as 36.  Exhibit 36

15          will be Bates range 363 to 386 with the

16          prefix letters AB000 on them.

17               (Exhibit 36 marked

18               for identification.)

19   Q.   We are going to kind of scroll through.

20          Mr. Ball, AB000385 within that

21          exhibit, it looks like it's kind of dark,

22          and it shows the ship behind the boat.  Was

23          the shipping channel fairly close to where

24          the boat was?

                                                    62

1   A.   I think that probably depends on your

2          definition of close.  That's probably at

3          least a quarter mile that you can see

4          between the ship and vessel in that photo.

5   Q.   Do you recall about what time of day that

6          was when you took that photo?

7   A.   I imagine that may have actually been the

8          same time of day.  It may be just a passing

9          cloud.  I don't know.  I was certainly there

10          for more than, I was there overnight so I

11          may have may have gotten various photos

12          throughout the day because I didn't leave

13          the area.  I don't know.  My best guess is

14          same time of day.

15      Q.  Were the photos you provided produced

16          sequentially to how they would have been

17          taken?

18      A.  Yes, the file numbers would have been

19          generated by whatever I took it with either

20          a camera or phone so they should be

21          sequential.  To be honest, there may also be

22          metadata in the photo file itself that will

23          say things like what camera it was taken

24          with, what time it was taken, etcetera.

                                                        63

1       Q.  It appears what I have is PDF which were

2           Bates labeled.  That's a little different.

3           The next one, this last page this is 24 of

4           24 of this grouping, I see a photograph with

5           a business card.  Is that your fingers in

6           that picture?

7       A.  Yes, that's my fingers.

8       Q.  And your computer screen in front of us?

9       A.  No, that's not my computer screen.  That's a

10          menu on the table at the restaurant where we

11          took Mr. Andersson's statement.  And that

12          handwriting in the back you will match,

13          that's part of the copy of the statement

14          that you have.

15     Q.   You would have taken this at the time while

16          you were sitting with Mr. Andersson

17          interview him, correct?

18     A.   Yes.  If I were to make a guess as to why I

19          took this photo at that time I probably got

20          the card from him.

21     Q.   Does this refresh your recollection at all

22          about the order of when you spoke with him

23          versus when you saw the boat?

24     A.   Not particularly.  But if these are in order

♠

                                                          64

1           and we get to the one where I am on board

2           later, then yes, absolutely.

3      Q.   I'm going to go to another grouping of

4           photos.  We are going to stop that one and

5           start the next.

6                (Pause)

7      Q.   This grouping has the Bates numbers AB000353

8           to 362.  This is actually prior to the group

9           you looked at before, just to be clear, in

10          the Bates numbering.  But it's not clear to

11          me whether that's going to be the numbers

12          that were made by your camera, that's the

13          numbers that were made on a PDF to produce

14          them.

15     A.   I can certainly check.  I'm happy to do

16          that.

17                    MS. NIEMEYER:  We will call this

18          Exhibit 37.

19                    (Exhibit 37 marked

20                     for identification.)

21     Q.   Exhibit 37 is 353 to 362.

22                    Can you tell us what this is that

23          we're looking at right now?

24                    MR. GOLDMAN:  Can I jump in for a

                                                      65

1           moment?

2                     MS. NIEMEYER:  Yes.

3                     MR. GOLDMAN:  Looking at the files,

4           and I saved them as a PDF in sequence of

5           their file name, which to my eye does not

6           appear to contain time or date data.  But if

7           you'd like, I'm happy to produce these in

8           that format so you can see.

9                     MS. NIEMEYER:  Okay.  What I want

10          to know is just clarify the sequence of the

11          timing of it.

12     Q.   Right now is what is important, let's just

13          get a picture in our head.  What is this we

14          are looking at?

15     A.   This is the cockpit of Melody where she's

16          stranded.

17     Q.   For land lovers the port is the left side of

18          the boat, correct?

19     A.   Correct.  And the stern is the back.

20     Q.   Would you say it's fair to say that you're

21          probably standing at about the middle of

22          that cockpit area looking towards the left

23          side of the boat?

24     A.   Based on the frame probably, I probably had

66

1           my back to what we would call the combing,

2           where something like that seat would be on

3           the right hand side.  Overall, that's pretty

4           close to the middle, but in terms of the

5           cockpit that would be as far to the right as

6           could you get.

7                These photos are often hard to get

8           based on the angle of the camera so you got

```
 9          to sort of put the camera above your head

10          and stand back and take the photo.

11    Q.    Just so that it's clear, we see that there's

12          canvas around and on top.  Can you describe

13          what it looked like while you were there in

14          that area?

15    A.    In what sense?

16    Q.    Was the entire cabin area enclosed like

17          this?

18    A.    Yes.  Basically, this photo doesn't really

19          show the sea state very well.  But they had

20          waves breaking over the starboard end, the

21          back right corner of the boat.  And they had

22          some, well, some guys that were performing

23          security onboard in the salon who had been

24          sleeping on the floor because the cabins
```

                                                  67

```
 1          were a wash.  In one case on the corner they

 2          sort of rigged up a bed sheet or something

 3          to stop that water from coming in.  They

 4          used the canvas enclosing the cockpit as

 5          well as adding to it just to try and keep

 6          the water out.

 7    Q.    Is it fair to say that on that starboard
```

8       side there was protection from waves

9       splashing in on things that were in the boat

10      at that side of the boat, at least once the

11      security guards were there?

12   A. There was certainly an effort made, yes.  I

13      wouldn't say it was weather tight but it was

14      the best they could do.

15   Q. And if you were to turn around, would you

16      see a steering wheel and seat and something

17      similar to what you see on the left side of

18      the boat on the right or the starboard side

19      of the boat?

20   A. I believe so.  I believe there should be

21      some photos of that, though.

22   Q. Would it have been your typical practice to

23      take pictures of the starboard and the port

24      side areas of the boat when you were

                                                    68

1       surveying the boat like this?

2    A. Generally speaking, yes.

3    Q. I'm going to go through like we did before

4       and just crews through here, and let me know

5       that, let's confirm that unless we're told

6       otherwise these are the pictures you took or

```
 7          part of them and we'll go from there.

 8          There's 10 of these.

 9               What is this?

10     A.   This is the mid-shift of the cockpit looking

11          off the back of the boat.  That's one of the

12          main winches.  Basically that canvas that

13          you see if that wasn't there you would be

14          looking almost straight off the back of the

15          boat if you were in line with that wind.

16     Q.   That canvas is protecting the back part of

17          the boat from the elements at this point

18          while it's sitting there?

19     A.   Correct.  And you can see they've wedged

20          some cushions in the gap just to try and

21          help.  What you see there in the foreground

22          as well that wooden frame is part of one of

23          the bunks in one of the forward cabins.  It

24          just gives a little bit of insight on how
```

                                                    69

```
 1          wet the cabins were.

 2     Q.   Is that the starboard corner or back right

 3          corner?

 4     A.   It is indeed.  Like I said before, good

 5          effort, but a bed sheet isn't going to stop
```

6          a whole lot of water.  It's the best you can

7          do.  It will stop some spraying.  There's

8          quite a sea rolling across that stern as

9          well.

10    Q.    This --

11    A.    It looks like a security man.

12    Q.    Right.  Inside the cabin, correct?

13    A.    Correct.  And that's looking forward.

14    Q.    Inside isn't necessarily relevant.  This

15          appears to be the galley; is that correct?

16    A.    That's correct.  That's the galley on the

17          starboard forward the right front side of

18          what we would call the salon.  So the area

19          in the middle between the two holes raised

20          up.

21    Q.    This area?

22    A.    That's the port side of the same thing.  The

23          left side where sort of the couch is and the

24          table.

                                                        70

1     Q.    The snacks being consumed by the security

2          guards probably, correct?

3     A.    Liquid and solid it appears.

4     Q.    This here, what do you see, I see a man

```
 5              inside and a man outside.  But this area to

 6              the back is that, what is that?

 7       A.     That's part of the galley on the port side

 8              of the salon.  So left back by the salon.

 9              Looks like he's got sort of a wet bar there.

10              Looks like an ice maker under the counter.

11       Q.     The galley again with better light?

12       A.     Yes.

13       Q.     And this is --

14       A.     Actually, that gives some good context, we

15              were talking about the waterline on the

16              breakwater.  If you look at that rock in the

17              foreground you can sort of see the growth on

18              it which would indicate where sort of the

19              mean high tide would be.

20                   Then behind that, just to give some

21              idea as to the size that's a door that is

22              sitting on top of the rocks.  That rock

23              behind the door is probably two to

24              three feet tall based on the tide at the
```

                                                              71

```
 1              time of the photo.  Which actually might be

 2              good thing, you know, we know what time the

 3              photo was taken so we could look at the tide
```

4       tables for that time.

5   Q.  Okay.  Then this same thing -- okay.  I just

6       want to go to the next one.  We've got three

7       groupings of photos that were produced to us

8       that seem to be the ones we were told you

9       took.  I'm going to stop sharing that

10      grouping.  We are going to share again.

11          (Pause)

12          MR. GOLDMAN:  Michelle, will you be

13      marking this as 38?

14          MS. NIEMEYER:  The next grouping,

15      yes.

16  Q.  The next grouping is Bates AB000291 to 351.

17      This appears to be either sunrise or sunset.

18      I know these numbers precede the numbers of

19      the others, and one thing I wasn't certain

20      of was, it was my understanding that you got

21      delayed and had to get there somewhat late

22      and saw the boat the day after you

23      originally planned.  Does that mean this

24      would have been morning photos?

                                                    72

1   A.  I do remember we started in the morning and

2       the water was bloody cold.

3    Q.   Presumably, looking left from the south

4         facing shore east would be where the light

5         is coming from, that would be the morning,

6         correct?

7    A.   Correct, should be.

8              (Exhibit 38 marked

9              for identification.)

10   Q.   As we go through here, again, just tell me

11        if anything pops out that you feel like you

12        want to say something was relevant to your

13        opinion.  Otherwise, I just want to get them

14        itemized and, you know, to clarify for sure,

15        you're the one that took these pictures and

16        these are part of what you, this experience

17        was part of what you considered.

18              The sailboat in the background is

19        the Melody, correct?

20   A.   Correct.

21   Q.   For instance, in this one here, 294?

22   A.   That's Melody, yes.  Basically, the hotel I

23        stayed in was at one end of the beach, and

24        as walked there, I just kept snapping

                                                    73

1         photos.

2    Q.    Beautiful walk to work that day.

3                It looks like you were kind of back

4          at the place where you were in the beginning

5          of those other photos, correct?

6    A.    Correct.

7    Q.    A little different angle.  Is this as you

8          were heading in to look at the boat?

9    A.    It may have just been, more than likely, I

10         just hit the zoom function on it.  So that

11         lagoon through in between the shore and what

12         we're calling the breakwater, which I'll

13         come to that in a moment, it sort of varied

14         between two or three feet deep and let's

15         call it five feet deep, at one point we were

16         up to our neck.  We did manage to, pretty

17         much, wade or walk most of the way across.

18         I don't think I was ever actually off my

19         feet per se.

20   Q.    If this was taken after that, I would assume

21         the other was a Zoom photo; otherwise, you

22         would have been there.

23                That's the dingy from the boat?

24   A.    That's the dingy from the boat, yes.  I

```
 1          imagine they had either left it there for

 2          the security guards or -- I don't know.  But

 3          it's obviously on the opposite side

 4          breakwater.  It's possible it got washed

 5          across.  It's also possible they just moved

 6          it to preserve it.

 7               But if I was a security guard, I

 8          wouldn't want to be left alone on a boat

 9          that's potentially breaking apart without a

10          means of escape.

11     Q.   You can see here places where it looks like

12          rocks came through the hull, correct?

13     A.   Yes.

14     Q.   This is actually what I wanted to show.  Is

15          this the starboard side of the boat?

16     A.   It is, so we're looking from the bow back

17          here.  A couple of frames after this is

18          where the waves knocked me off my feet.

19     Q.   So you're looking from the front of the boat

20          to the back of the boat?

21     A.   Correct.

22     Q.   And this is the starboard or right side of

23          the boat from about, what, the mid-line and

24          a little forward of it?
```

1  A.  No, this is probably from the bow back just

2      based on the logo there.  If you go back a

3      couple of frames it will probably show us

4      that that logo is on the bowels of the boat

5      rather than the mid-shift.

6  Q.  Okay.

7  A.  You can sort of see in this frame, which is

8      322, where the wave is hitting the stern but

9      you can't actually see where it's hitting,

10     if that makes sense.

11 Q.  Right.  This is the photo I wanted to point

12     out, 322 was the photo where you could see

13     that the wave is breaking on the stern.  Was

14     that kind of the typical wave action where

15     the boat was situated that the waves would

16     break on the stern and flash like that?

17 A.  It was certainly getting regularly hit with

18     waves like this.  When I took these photos,

19     you can see there's a sequence of photos

20     here to show the waves.  What I try and do

21     is wait for the larger sets, because waves

22     come in varied frequency.  I wait for the

23     larger set so do a stream like this, because

24     waves are actually incredibly difficult to

76

1       photograph to give them sort of contact to

2       their destructive force.

3              I knew after I looked at this boat

4       that I would be recommending to underwriters

5       that it was a constructed total loss.  But

6       Obviously if that was going to come into

7       question, I wanted to be able to demonstrate

8       that it simply would have broken up there on

9       the reef before we could get any real aid to

10      it.

11  Q.  This particular shot, which is number

12      AB000322, I want to flag that for the

13      record, demonstrates that the action of the

14      water as the wave is breaking is essentially

15      hitting at the stern in the right side of

16      the boat and flashing up, correct?

17  A.  Correct.

18  Q.  Is that a close-up of similar, you said you

19      did a series?

20  A.  That's the wave as it sort of worked its way

21      along the starboard top side and came closer

22      to me.  If there was a wave I didn't want to

23      be underwater.

24    Q.    That's 323.  I'm going to kind of cruise

77

1          through these ones.

2                  The one that has 334, what is that?

3    A.    Sticking up?

4    Q.    Yes.

5    A.    That's called a daggerboard.  Most sailing

6          boats are built with keels, big fins on the

7          bottom of the boat that keep the boat going

8          straight, because, of course, the wind is a

9          sideward force that is applied to the

10         rigging, and the sails work of the wing

11         pushes it forward but it needs a fin to keep

12         it going straight so it just doesn't float

13         sideways.

14                 In this case this boat has

15         daggerboards so it's like a keel but it

16         pulls up so you can go into shallower water.

17         And it also, on some boats it gives you the

18         ability to put the boat on the shore, let

19         the tide go out, and then you can sort of

20         clean the bottom from under the boat.

21    Q.    Does the boat having daggerboards like this

22         provide a higher pointing ability, and I'm

23          going to define that as the ability to sail

24          closer to the wind than you would be able to

                                                        78

1           otherwise without the daggerboards?

2    A.     No, not in any real effectual way, no.

3           There's a number of arguments that will be

4           made amongst sailers as to what is the most

5           effective design of a boat to sail close to

6           the wind.

7                   The example I would give is, if we

8           look at the high performance race boats that

9           are out there now most of them do not have

10          daggerboards.

11   Q.     Does the daggerboard provide any better

12          level of stability in rough conditions?

13   A.     Not really.  It would give you a benefit in

14          terms of drag which is the real sort of

15          benefit that I would see.  In situations

16          where, for instance, you're sailing downwind

17          and you don't need the boat to track

18          straight because it's already sailing in the

19          direction of the force of the wind, you

20          could pull the daggerboards up so they are

21          not slowing you down creating drag.

22          There are some finer points in

23     terms of the arguments of sailing faster.

24     We're talking about a quarter to a half a

                                                      79

1     knot here.  And that is hugely dependent on

2     conditions.  The benefits of having a

3     daggerboard up versus down when you're

4     sailing on the beam or sailing upwind, you

5     know, we could certainly argue in a flat

6     sea, for instance, or in ideal conditions

7     with the ideal boat.  But to apply those

8     things universally to sort of all boats and

9     all conditions is where it all falls apart.

10     And this is sort of where Internet forums

11     and armchair sailers get involved.  But

12     certainly there's no real advantage there on

13     a boat like this.

14          To give you a little background on

15     the design of this boat is what we could

16     call a performance cruiser.  It's designed

17     as a comfortable cruising boat with a number

18     of features that make it faster.  Some of

19     those features are more sales tactics than

20     they are effective.  They will certainly be

21          effective but to a very, very small degree

22          that often doesn't justify their cost.

23                  The daggerboards were one of

24          cataneus ways of making the boat a bit more

                                                    80

1           sporty.  I won't say they didn't serve a

2           benefit, they just don't serve a benefit to

3           really set it that far apart from other

4           cruising boats.

5     Q.    Have you had experience personally

6           captaining vessels with daggerboards?

7     A.    Yes.  Necker Belle had daggerboards.  I

8           actually brought one of these same boats

9           back, I believe, a couple of years ago.  It

10          had been stolen in Trinidad and abandoned in

11          the BVI.  So we got asked if we would move

12          it around for the police.

13    Q.    Did you handle that boat in heavy

14          conditions?

15    A.    No.

16    Q.    I'm going to continue scrolling.  Tell me if

17          there's anything that strikes you from the

18          perspective of your report.

19                  Is this or was this the nav

20          station?

21    A.    No, that was the interior of one of the

22          cabins.  In the background there you can see

23          the sort of lattice, if I'm right, that was

24          the starboard forward cabin.  Now, I would

                                                      81

1           have to look at some photos of one of these

2           boats in full condition to determine that.

3           I made that based on the tapered look of the

4           lattice there and also the curvature of the

5           hull on the outboard side there on the right

6           hand side of the photo.

7     Q.    I'm just going to finish scrolling through.

8           There's two more pictures here.  From the

9           pictures that we looked at it, did you see a

10          picture of the nav station?  I can back up,

11          if you'd like.

12    A.    You can if you'd like.  I don't recall

13          seeing one.  It may be in the background of

14          some of the salon photos.  But perhaps there

15          isn't.

16    Q.    Would it be your standard practice to take a

17          photo of the nav station when you're

18          inspecting a boat for a marine survey?

19    A.    Generally speaking, yes.  In a damage claim

20          like this, at this time, I would have been

21          most focused on sort of the high value

22          damages just anticipating that we are going

23          to recommend that the boat is a constructive

24          total loss.  But not in anticipation, of

82

1           course, of any dispute in coverage or

2           anything like that.

3                  I will say if I didn't have a photo

4           of the nav station I am quite happy to admit

5           that I should had a photo of the nav

6           station.  That would be in my standard

7           practice.  It's entirely possible I didn't

8           get one here.  It's early in the morning,

9           we're soaking wet, and the boat is a wash.

10    Q.    Is it fair to say that, did you see anywhere

11          in the photos that we looked at a photograph

12          of the starboard steering station in the

13          back of the boat?

14    A.    No.  I don't want to say no outright.  No, I

15          don't recall seeing one.  And I make that on

16          the basis that we know we saw the sheet

17          there blocking the view in that photo.  We

18          also saw the starboard side deck which may

19          have looked back to the nav station.  That

20          definitely would have been an area that I

21          would have been careful about climbing

22          around because, of course, that's where all

23          the waves were breaking.

24     Q.   That's the starboard side, correct?

                                                        83

1      A.   Where that drop of water is.

2      Q.   Is that covered there?

3      A.   Yes, there's a cover there.  And then, I

4           think, what you can see sticking up above

5           that drop of water is the top of the helm

6           station with the compass on it.

7      Q.   Oh, okay.  I guess, I need to ask you, in

8           this contraption that was created to protect

9           the interior from the water was the nav

10          station outside of it?

11     A.   Yes, it would have been.  Not the nav

12          station the starboard helm would have been

13          outside of it.

14     Q.   Is it fair to describe the starboard helm as

15          being exposed to the elements when you saw

16          the boat?

17    A.    Absolutely.

18    Q.    Okay.  I just want to make sure we

19          understand what the status was at that point

20          in time.

21                Do you remember taking other

22          photographs that were not in included in

23          what you just saw?

24    A.    No.  My standard practice, in this case I

                                                            84

1          actually used a separate camera, a

2          waterproof camera because I had to wade out.

3          So my standard practice is to dump all of

4          those photos when I write my report into a

5          folder on our office server because

6          otherwise I will mix them all up.  After a

7          few weeks it's hard to tell which boat is

8          which.  What we have provided is that folder

9          and everything in it.  I can't see how I

10         would have taken other photos, or I

11         certainly wouldn't delete things without

12         putting them on the server.  This should be

13         all inclusive.

14    Q.    Okay.  Good.  We can stop with those.  Let

15          me ask you a general question.

16                    I know you had a number of courses

17          and things that we already talked about.

18          What would you say is the basis for your

19          expertise on seaworthiness?

20     A.   Probably the most of the yacht master

21          training and experience.  In terms of -- I'm

22          trying to think of the right way to word

23          this.  In terms of as a seafarer looking at

24          it, in terms of looking at it from an

                                                    85

1           investigative standpoint that again would be

2           the sort of experience and mentorship along

3           with the various sort of small SPD courses

4           that I have done throughout my time with

5           Caribbean Marine Surveyors.

6      Q.   Do you speak any foreign languages?

7      A.   Not really.  I can speak survival French,

8           hello, good-bye, thank you, where's the

9           bathroom.  And I can get as far in Spanish

10          as asking for a beer, but that's it.

11     Q.   Do you have any people that you spend time

12          with, significant time with, who are good

13          English speakers but not native English

14          speakers?

15    A.    Absolutely.  70 percent of our population

16          here.

17    Q.    So in that context are you aware of

18          situations when those people act like they

19          understand but may not quite get it?

20    A.    Absolutely.

21    Q.    Have you had experience where they may use a

22          word differently than you would use it?

23    A.    Yes.

24    Q.    Did you notice when you met Mr. Andersson

                                                    86

1           and spent time with him any accent?

2     A.    Oh, absolutely.  I couldn't tell you what

3           that accent was.  I could tell you it was

4           European, I think.

5     Q.    Is it fair to say you didn't have any

6           conversation with him about where he came

7           from or anything like that?

8     A.    I don't believe so, no.  In these events, I

9           sort of try and keep it strictly business.

10    Q.    What was your impression of his, I don't

11          want to say mental being in a psychological

12          sense, how did he seem when you met with

13          him?

14    A.    He seemed relatively, what I would call,

15          calm, cool and collected.  He didn't seem,

16          you know, I've met a lot of people in these

17          instances, I've had people threaten to kill

18          me when I've gone out to investigate these

19          things.  I've met people that are quite

20          upset.  And that certainly wasn't him.  He

21          was obviously not happy about his loss.  But

22          he didn't seem lost, he didn't seem unclear

23          on sort of what he was saying.  He didn't

24          seem overly emotional or out of control of

                                                        87

1           his, I don't know what the word is,

2           faculties.  I don't know.

3     Q.    Would it be fair to say, you wouldn't really

4           know how it was going inside of him, how he

5           was really feeling?

6     A.    Absolutely.  He obviously had just been

7           through a traumatic experience so I will

8           absolutely acknowledge that.

9     Q.    Just to put it in context, as I recall, I'm

10          going to ask for your confirmation.  You

11          were there four days before Christmas,

12          right?

13   A.   Correct.  You have the date, I don't know if

14        it was exactly four days.  I remember it

15        being a few days before Christmas.  I

16        remember being concerned about Christmas.

17   Q.   About not getting home.

18   A.   It's 10 times worse now with Covid.

19   Q.   I'm sure.

20        What would you consider the best

21        evidence of the course of a boat that's on a

22        voyage like this one, a multi-day voyage

23        that this boat took?

24   A.   Ideally the ship's log or a satellite

88

1        tracker.  As an example, the yachts that I

2        manage, and it's somewhat common practice

3        here, we send a lot of boats down to Grenada

4        for hurricane season.

5        Most of the time whenever we send a

6        boat on a longer passage we will put a

7        satellite tracker on it, something like a

8        spotter tracker, and it just sort of pings

9        every half hour, every hour.  That way,

10       there's normally an SOS button on that piece

11       of equipment as well.

12                    If you end up in a bad situation

13          you might be in the water and you can't talk

14          on a satellite phone, VHS doesn't do you

15          much good unless there's somebody within

16          25 miles of you.  It's a very quick panic

17          button that also reports your position.

18          It's not something that I would necessarily

19          say, you know, everybody needs to have one.

20          It's a standard.  But it's certainly

21          something that is common practice here.

22    Q.    When you say a ship's log, how would you?

23    A.    A paper logbook.  That's standard seamanship

24          when you're offshore.  I know you're going

                                                      89

1           to come to electronic navigation in a

2           moment.

3                    One of the reasons that we have a

4           logbook is for when all of that fails.  Now

5           in this case, the logbook may well have been

6           wet anyway if there was one.  There's always

7           that question of, right, what happens if my

8           alternator fails and my battery is not

9           charged; or I blow a fuse and I don't have

10          that spare fuse; or if I get hit by

11          lightning.  That's a pretty common one.

12              Then there's a case of, how do I

13          know where I am?  Well, you have a paper

14          chart where you mark down where you were an

15          hour ago when you made your log entry.  It's

16          pretty easy to discern because you know in

17          your log what your course is, what your

18          leeway was, what your current was, what the

19          wind was, what your speed was, you can pluck

20          your position to a reasonable degree of

21          accuracy.  I would never do an offshore

22          passage without a paper chart and a log.

23    Q.    Let me just ask you a question related to

24          that.  Let's assume you're making, you

90

1           plotted your course on your chart, your

2           paper chart, and you're out there in the

3           ocean in your boat.  This is probably going

4           to be read by people who have never done

5           this and this is why I'm going into this

6           detail.

7               The chart, you would plot that

8           course by using a protractor to measure the

9           ankles, correct, and you figure out how many

10          degrees to go to a certain island or is to a

11          certain, then you would follow that.  But

12          while that's happening separate from what's

13          on a piece of paper, real conditions involve

14          things like currents and waves and

15          fluctuations in the wind and all that kind

16          of thing, right?

17     A.   What your referring to is passage planning

18          in terms of plotting the course that you're

19          going to take.  What I'm referring to is

20          keeping a record of where you traveled.

21     Q.   Here's my question to you.  How do you know,

22          you've got your paper chart and your paper

23          chart has your plotted course, but how do

24          you know exactly where to put the dot on the

                                                      91

1           chart at a time when?

2      A.   So there's a number of methods for this.

3           Effectively, in one sense you would plot

4           ahead based on something like a tidal stream

5           atlas or almanac that would tell you what

6           the current is going to do.  You would

7           measure the leeway off your stern which

8           basically the term is Australian sailing.

9          And all of that is an estimation.  And

10         periodically, in the old days you would back

11         that up with a sighting on a sexton.  People

12         have GPS that works, they will confirm with

13         the GPS so they don't have to take those

14         sites.

15              On a passage what we would do

16         normally right now is every hour, or at the

17         very least every watch change, which would

18         be every three or four hours, you would make

19         a log entry which would have your position,

20         your course over ground, your speed over

21         ground, essentially your speed through the

22         water, or at least a notation of what the

23         current is doing.  And the reason I pile

24         those things together is because the

                                              92

1          difference of your speed over ground versus

2          your speed through the water is defined by

3          the current.

4               You'll note your point of sail if

5          you're using engines what RPM they are at

6          because that's another definition of speed.

7          Because you sort of do this with the intent

```
 8        that any one of those numbers might be

 9        wrong, or you might misread it, etcetera.

10        So you're going to determine that's wrong by

11        looking back through this logbook and going

12        that one number doesn't make sense but

13        everything else adds up.

14               In terms of going back to the

15        hypothetical I get hit by lightning.  If I

16        get hit by lightning make sure the boat is

17        safe, get my bearings about me, and then I'm

18        going to look at that logbook when none of

19        my electronics is looking and go, where was

20        I, how long ago was that, where does that

21        put me now roughly.

22   Q.   And so you would do that and then you would

23        do this along the course as you go along?

24   A.   Yes.
```

                                                          93

```
 1   Q.   That's one way to keep track.

 2               Now, I'm going to ask you

 3        realistically in your experience in dealing

 4        with piloting vessels, being on vessels

 5        where people were chartering vessels,

 6        etcetera, how often is that really done?
```

```
 7    A.    In terms of inshore, never.  You're going to

 8          she 100 charter boats out behind me right

 9          now.  Nobody is keeping a log there.  That's

10          because they are within visual range of

11          shore at all times, they know where they

12          are.  If you're going offshore that is

13          absolute mandatory good seamanship right

14          there.

15    Q.    And what's the basis of you're saying that?

16    A.    Yacht master training, pretty much any

17          seamanship book that you look at.  If you

18          have a look at Chapman Seamanship, any of

19          the OA literature, MCA literature, if you

20          look at commercial regulation, most

21          commercial regulation won't specifically

22          speak to how the log is kept or how things

23          are chartered, but they will speak to the

24          necessity to have the log and the charts.
```

                                                            94

```
 1          And coming back just because I want to

 2          stitch it all together, I know you're going

 3          to come back to it.  In terms of electronic

 4          navigation, even most jurisdictions for

 5          commercial vessels electronic navigation is
```

6           only considered if it is a certified system

7           and there are two independent systems with

8           independent power supplies which isn't

9           something we find on recreation boats.

10          Obviously, that's a higher standard for

11          commercial use.  But it gives an idea, if we

12          dumb that down we are still looking at a

13          level of redundancy here.

14    Q.    We didn't see photographs of the helm

15          station, but do you have an understanding of

16          what the actual electronic configurations

17          were in this boat?

18    A.    I've seen the report, yes.  I've got a copy

19          of the prepurchase survey when Mr. Andersson

20          bought the boat.  I also managed to find a

21          YouTube video which was a listing of the

22          boat before he bought it, which was quite

23          understanding in terms of watching the point

24          of sail and the weather conditions and the

95

1           speed it was doing.  I've got a copy of the

2           electronic guy's report, I can't remember

3           his name now, that interrogated the various

4           GPS unit.

```
5    Q.    We had, with respect to the YouTube, we have

6          seen the other report obviously, but that

7          YouTube was that something you relied upon

8          in your expert opinion?

9    A.    No, that's something that I've looked at

10         since just to clear up any doubts in my

11         mind.

12   Q.    It wasn't relied upon when you created your

13         opinion?

14   A.    No, it was not part of this report at all.

15   Q.    Is it your understanding there were

16         redundant GPS systems on this boat?

17   A.    Yes, there were, according to that report

18         and according to the prepurchase survey, I

19         believe, there were three systems.  One was

20         positional only so there was no charting on

21         it.  That was a (inaudible) system which is

22         pretty commonly, a little unit that gives

23         you lateral and long and a speed and course

24         over ground.  Sometimes it will give you a
```

                                                          96

```
1          heading if it's a hooked up to a compass

2          unit.  And then there was a Garmin and a

3          Ring, I believe, onboard.
```

4    Q.    Did you fire up either of those systems and

5          take a look at them to see if they worked?

6    A.    I doubt there was any power on board when I

7          was on there.  The engine rooms were awash

8          which means the battery banks would have

9          been awash.

10   Q.    Do you know if they had separate power

11         supplies?

12   A.    I do not.  But it's not common on these

13         boats.  It wasn't noted on the prepurchase

14         survey.  To give it a separate power supply

15         you would need to have a separate fairly

16         large lead acid battery put somewhere in the

17         cabinetry or you would have to run wiring to

18         it and you have to have a separate charging

19         system.  I would expect that to come up at

20         the very least on a prepurchase survey.

21               Just to be clear, that's not

22         something that I really ever see on boats of

23         this size.  I'm not going to generalize it

24         to this boat, but just in my experience it

97

1          is not something sort of people do.

2    Q.    Are you aware of any kind of a requirement

3       by the policy to have a logbook or maintain

4       a log while you're on a crossing?

5   A.  Not specifically, no.  I'm not aware of any

6       wording that says anything about logbook.

7   Q.  Is another way to maintain a record of the

8       track by saving the track as the vessel is

9       sailing along in the chart plotter?

10  A.  There's certainly a way to maintain a record

11      as long as you have power to access it, yes.

12  Q.  Is that a common way the track is maintained

13      in boats like this?

14  A.  It is a way that people measure their track,

15      yes.

16  Q.  If you as a surveyor are going on the boat

17      after the fact, is the GPS unit with the

18      track where you would look to have a record

19      of that track that you could look it up

20      right away?

21  A.  It's not necessarily something we would rely

22      upon but it is something that would be

23      additionally useful to us for sure.

24  Q.  Why would you not rely upon it?

1   A.  Because it's not always there.

2     Q.    If it is there would that be the first thing

3           you would look at?

4     A.    Yes, absolutely.

5     Q.    At the time you were on the vessel you did

6           not remove the Garmin or the Ring Range GPS

7           track plotter units; is that correct?

8     A.    Correct.

9     Q.    Is there a reason you didn't?

10    A.    We had weight to the boat and we didn't have

11          any tools.  In normal course of business

12          what we would do is, once salvage is

13          appointed we would ask salvage to remove it

14          and retain it for us.  Because, of course,

15          they are out there on boats in nice flat

16          surfaces.  They might lift the whole yacht

17          first before they pull it off depending on

18          how the salvage was done.

19    Q.    Did you do that, did you make any effort

20          after the physical inspection to remove the

21          GPS units from the vessel?

22    A.    No.  We asked Mr. Andersson for permission

23          to do so because I foresaw that as being the

24          next step with salvage.  But underwriters

1       made decision not to get involved in

2       salvage, or at least not to involve us in

3       salvage.  Subsequently we never gave any

4       instruction on their behalf.

5   Q.  The removal of the GPS would have been part

6       of salvage but it also would have been part

7       of your investigation; is that correct?

8   A.  Correct.

9   Q.  And if you could have all the tools that you

10      wanted to give your opinion here today it

11      would have been helpful to have a GPS track,

12      correct?

13  A.  Oh, absolutely.

14  Q.  I want to go on to the question about paper

15      charts.  There were some references in your

16      opinions about paper charts.

17          Do you specifically recall having

18      any conversation with Mr. Andersson about

19      paper charts?

20  A.  Specifically, no.  Can I tell you where and

21      when, no.  I seem to have a recollection of

22      it coming up either in his statements or his

23      documents or in a conversation, but I

24      couldn't tell you accurately enough to rely

1           upon that.

2    Q.    Did you conduct any kind of search through

3           the hull of the boat to look for paper

4           charts?

5    A.    No, we did not.

6    Q.    Did you speak to anyone other than

7           Mr. Andersson who had been on the boat about

8           what charts might have been on the boat or

9           might not have been on the boat?

10   A.    No, we did not.

11   Q.    Where did you get the understanding that

12          there were no paper charts on the boat?

13   A.    I believe, from Mr. Andersson.

14   Q.    Did you write that down someplace?

15   A.    If I did then you have it.  Otherwise, no.

16          This is all two years old so it's getting a

17          little bit difficult to remember.  But if

18          it's not in the documents that you have then

19          we haven't written it down.

20   Q.    What does a chart cost?

21   A.    Depends where and to what detail.  But they

22          are not overly expensive.  I mean, a whole

23          chart pack can be anywhere from $100 to

24          $500, and that will cover a fairly massive

⬆

1       area.

2   Q.  And particularly, there are discussions

3       about local charts, for instance, and

4       navigation guides, and I'm just going to ask

5       if we characterize, if you were to compare,

6       say, the income of the average guy driving

7       his little fishing boat around in the

8       southern part of the Dominican Republic to

9       the American yacht owning public, would a

10      chart be expensive?

11  A.  To them, yes, absolutely.

12  Q.  Would charts be something that would be

13      worthy of stealing off a grounded vessel if

14      they were just sitting there if they weren't

15      ruined?

16  A.  Perhaps.

17  Q.  So it's possible if there were charts on the

18      boat they could have been stolen, correct?

19  A.  Oh, absolutely.  I wasn't there the whole

20      time.

21  Q.  Are you aware, were other things stolen from

22      the boat?

23  A.  Not to my knowledge.  I didn't think so.

24          Again, if I was aware of that I would have

1          noted it in the report.  I don't recall any

2          question of theft.  I recall that there was

3          security there.  If I remember correctly, I

4          will do the same thing as you to answer the

5          question more correctly and that's just

6          consult my report.  Then the security was

7          put onboard relatively quickly, I think.

8     Q.   Okay.  Now --

9     A.   Not to say I haven't seen security steal

10         things in other cases.

11    Q.   Okay.  This isn't the place for a factual

12         discussion about why the security was there

13         but that it's own thing.

14              How many miles is the Dominican

15         Republic, the area where you were, Boca

16         Chica Dominican Republic from St. Martin?

17    A.   Oh, boy.  Estimation, maybe 250, 300.  I'd

18         have to look at a chart to tell.  St. Martin

19         to BVI is 75 miles, add another 15 one end

20         of the BVI to the other, add another about

21         75 to Puerto Rico and then on to the

22         Dominican.

23   Q.   Is it fair to say it's a good distance?

24   A.   Oh, yeah.

103

1   Q.   I'm going to just give an example.  Is it

2        about as far as from Cape Cod to New York?

3   A.   Perhaps.  I have to look at a chart to be

4        honest.  I haven't sailed up there in a long

5        time.

6   Q.   But it's a long way?

7   A.   Oh, yeah.

8   Q.   I'm trying to give an example that would be

9        relevant to a judge in Massachusetts so

10       that's why I'm saying Cape Cod to New York.

11   A.   I would consider it a passage.  It is not

12       pilotage.  In that aspect what I mean is,

13       pilotage is within an area you know, it's

14       relatively close to home, you can do it in

15       one trip, sort of a day trip.  Whereas, a

16       passage is it's overnight, it's a long

17       distance.  You have to do a little bit more

18       planning to make sure you can do it safely

19       and effectively.

20   Q.   Is it fair to say that good seamanship would

21       involving having local charts where you plan

22          to be sailing?

23     A.   Correct.

24     Q.   Is it expected to have local charts hundreds

104

1           of miles away from where you plan to be

2           sailing?

3      A.   No.

4      Q.   Do you have a boat?

5      A.   Not anymore.

6      Q.   Did you have a boat?

7      A.   I was a part owner in Ma Ha, which is the

8           57-foot catamaran we were talking about.

9      Q.   And I'm going to hold off on this one.

10              One of the comments you made in one

11          of your opinions, and I just want to get at

12          this in sort of isolation as a concept.  You

13          mention that in your opinion the vessel, or

14          the voyage was, and I quote, "poorly planned

15          and executed."  Is that in your mind

16          negligent?

17     A.   I think that might be a good word to

18          describe it, to be honest.  I know that's a

19          very specific term.  I'm careful about just

20          outright saying yes.  Ultimately, the way I

21          look at this, you know, he headed offshore,

22          some nasty weather came up on him very fast

23          which was effectively forecast.  He took a

24          course which was near impossible to make in

                                                        105

1           any vessel under sail let alone a catamaran.

2           Somebody got very sick and it ended rather

3           poorly.  That to me would be negligent.

4      Q.   We're going to go through the details of

5           your opinion.  Some of the things you said I

6           want to get to the basis of where that

7           information came from, where those

8           understandings came from.

9                I'm going to ask you first before

10          we get to that, did you do any research

11          outside of your inspection of the vessel and

12          the documents that were provided by Mr.

13          Bailey or by the insurance company in coming

14          up with your report?

15     A.   Depends what the report references.  But I

16          know we would have provided everything that

17          we were aware of.

18               Let's be clear about which report

19          we're talking about.  You should have

20      everything on every report.

21   Q.  Let's talk about in general both reports.

22       When you were writing these things did

23       you --

24   A.  Both reports, not the damage report,

106

1        correct?

2    Q.  Do you recall doing any outside research?

3    A.  Not at that time, no.  We might have pulled

4        up the weather, but I think we probably did

5        that in the effort to do the first report,

6        the damage report.

7    Q.  And to the extent that you relied on the

8        work for the first report, you include that

9        because it forms part of the basis?

10   A.  Right.  So you have that, correct?

11   Q.  Yes.  I believe, I do.

12           Were there any books that you

13       consulted?

14   A.  I don't believe so.

15   Q.  Did you talk to anyone other than

16       Mr. Andersson?

17   A.  Probably, Mr. Bailey.  We would have

18       discussed it in the office.

19   Q.   Did you consult with anyone related to, for

20        instance, the performance characteristics of

21        the boat itself?

22   A.   No.

23   Q.   Did you rely on any facts that you didn't

24        see yourself?

                                                    107

1    A.   I don't believe so.

2    Q.   When I say that, you had conversation with

3         Mr. Andersson so you would have relied on

4         what he told you or what you remember from

5         that conversation, correct?

6    A.   Correct.  We would have relied on that; we

7         would have relied on what we saw onboard and

8         obviously prior knowledge and experience

9         comes into this a fair amount as well.

10                   (Short recess taken.)

11                   (Exhibit 39 marked

12                   for identification.)

13   Q.   Mr. Ball, I'm going to pull that up so you

14        can take a look at it real quick.

15   A.   I've got it here in front of me as well.

16   Q.   Do you see it now?

17   A.   I see it.  Caribbean Marine Surveyors,

18        Limited.

19   Q.   That report will be marked as Exhibit 39.

20        It's dated Friday, September 4th.

21             Can you tell us what that is,

22        Mr. Ball?

23   A.   This is a report that we were asked to

24        prepare on the policy navigational limits

108

1         and the shortest path within and as to

2         whether or not that fit this vessel.

3    Q.   Can you describe generally what the system

4         was that you used to make, to see if that

5         was the case or not, in your opinion?

6    A.   So we took a measurement of 150 nautical

7         miles from sort of the closest points of

8         land within the Caribbean basin and

9         generated a, sort of a low resolution idea

10        of where that 150 nautical mile boundary was

11        in relation to the island chain.  We then

12        tried to measure the shortest path within

13        that boundary from Aruba to the Dominican

14        Republic.  We measured the mileage on that

15        across the time that we were, at least

16        that's been described as far as the

```
17          departure time of the vessel and the arrival

18          time in the Dominican Republic.  Then

19          effectively a speed distance and time

20          calculation to determine how fast the boat

21          would have needed to be going to make that

22          distance in the allotted time.

23     Q.   Was it your understanding or your conclusion

24          that, for instance, a straight line across
```

♠

109

```
1           if he had left, which isn't what Mr.

2           Andersson is saying he did, but if he had

3           gone straight over from Aruba to the

4           Dominican Republic would that have violated?

5      A.   As informed of the policy wording, yes.

6      Q.   When you said you drew the lines, did you

7           essentially measure out circles around the

8           closest points to the Caribbean so you could

9           see where the edges were to create this

10          perimeter?

11     A.   Correct.  We basically tried to create 150

12          nautical mile, you could call it a coastal

13          area if you'd like, from the shores of the

14          Caribbean through the Caribbean chain, and

15          then measured the shortest possible distance
```

16      from the departure and the arrival point

17      through that boundary.

18              I think that chart is attached to

19      this report, correct?

20  Q.  Yes, I'm going to show you that.  Let me do

21      that now.  We will take a peak at that.

22              There were two charts attached and

23      I'm going to pull up both of them.  I think

24      what I have here is going to show you what

                                                    110

1       you need.  Can you see this?

2   A.  Yes.  That's the other chart.  This is not

3       the one that shows the shortest distance.

4   Q.  Let me shift over to the other one.  There

5       were two, like I said, so we will go to the

6       other one.

7               We're going to mark this chart or

8       picture of this chart as Exhibit 40.

9               (Exhibit 40 marked

10              for identification.)

11              MR. GOLDMAN:  For the sake of the

12      record, can you read the Bates stamped or

13      have the witness read the Bates stamp so we

14      know which map.

15          MS. NIEMEYER:  The Bates number is

16     CF000160.

17          MR. GOLDMAN:  Thank you.

18  Q.  Can you explain, Mr. Ball, what this is?

19  A.  Sure.  What we've done here is taken a

20     compass at the same distance of 150 nautical

21     miles at along the south side of the chain,

22     we sort of hit the outlying northerly

23     points, outlying westerly points on the

24     island on the east side of the chain,

                                        111

1      etcetera, and drawn 150 mile marks from

2      those point to give a broad idea of where

3      the 150 mile boundary might sit.

4           The exercise started just to ensure

5      that one couldn't just go straight across

6      from A to B.  If you look slightly to the

7      west it wouldn't have been far off.

8  Q.  Six miles if you want to know exactly.

9  A.  And so we then drew a course through that

10     boundary, through what we saw at the

11     shortest point; keeping in mind that the

12     thickness of a pencil on a chart is probably

13     worth a couple of miles on its own.  It is a

14          very low resolution chart.  But, again, it

15          was a broad idea of how many miles it would

16          be from Aruba to, I can't remember if we

17          plotted to Boca Chica, or we probably

18          plotted perhaps to, I think, he went to

19          Santo Domingo first, right, before he went

20          to Boca Chica.  They are relatively close

21          anyway.

22     Q.   On the eastern edge of this where you were

23          creating a western, let's say, the western

24          border of that no-fly zone of sorts, what

                                                    112

1           were the islands that you used?

2      A.   I'd have to follow back each compass point,

3           I'm afraid.  But we basically made an effort

4           to hit every one that would sort of have

5           relevance.  We definitely would have used

6           Grenada.  It looks like perhaps the next

7           arch might have been somewhere around St.

8           Vincent; perhaps Dominique, maybe

9           Martinique, and we sort of went all of the

10          way up through Martinique probably

11          Guadeloupe and then up to Antigua, Barbuda,

12          St. Bart's, etcetera, where the arch starts

13          to turn a bit more southerly in its

14          relevance.

15     Q.   How did you determine what was relevant when

16          you said every one had relevance?

17     A.   Well, safe harbor we sort of treated every

18          island as some sort of safe harbor or as

19          land.  Because you can get in the lead of

20          each island anyway.

21     Q.   Is there a reason that you were looking for

22          safe harbor?

23     A.   Safe harbor is what we would normally

24          consider in terms of a distance to account

                                          113

1          for navigational limit.  Now, I'm sure

2          that's a point for you guys to determine.

3          For me, the purpose of a distance from shore

4          is a distance from safety.  If there was,

5          for instance, a rock in the middle of the

6          ocean, I would not count that as safe harbor

7          but that might be something that attorneys

8          argue.

9     Q.   Are you aware of a Venezuelan island chain

10          called Isla Aves islands?

11    A.   Yes.

```
12    Q.   Are they on this chart?

13    A.   They are probably not.  It's very, very

14         small.  To give a little context, the first

15         time I came across Isla Aves, I started to

16         wonder what the tiny light in the middle of

17         the ocean was because it wasn't on my

18         charts.  If it's on here, you can tell me

19         it's on here.

20    Q.   I'm looking because I want to get us to a

21         place where we can see.

22    A.   That's it there.

23    Q.   I'm circling with my cursor, can you see

24         that?
```

                                                     114

```
1     A.   Yes, I can.

2     Q.   I wasn't sure if it would delay.

3                So this is this place where it says

4          Aves Island or Bird Island where I was just

5          referencing.  Is it fair to say you did not

6          use Aves Island as land?

7     A.   I don't think it even actually cropped up in

8          our head when we were drawing this.  But

9          come to think of it now, I think, well,

10         most policies exclude Venezuela, right?
```

11   Q.   Is Venezuela land?

12   A.   Yes, absolutely.  There's land there.

13        People live there.

14   Q.   You definitely can't go to land and you

15        can't go hangout there and safe harbor

16        there.  Would you consider it land?

17   A.   Yes, absolutely.

18   Q.   Did you review the policy language before

19        you created this map?

20   A.   Not to that level of specificity, no.

21   Q.   I'm going to just go to a piece of the

22        policy for a moment.  I'll stop sharing that

23        for a second and go to this other page.  I'm

24        referring to already marked Exhibit 7, which

                                                    115

1         is a copy of the policy, and I'm at Bates

2         label page AB000153.  I will represent this

3         is not the policy form, it's actually the

4         claims guidance that was attached to the

5         policy that was provided to the insurance.

6         And it says, what does miles offshore mean?

7         Do you see that?

8    A.   Yes.

9    Q.   Where we have advised a mile offshore limit

10          this means that this is the farthest your

11          vessel must be from land within your defined

12          navigation limits.  For example, Lake

13          Michigan only not to exceed 15 miles

14          offshore.

15                  If we consider that Aves Island to

16          be land, would that have been another

17          location you would have drawn a circle

18          around?

19    A.    On the basis of land, absolutely.

20    Q.    I'm going to get rid of that and we will go

21          back to our chart.  We are back to the

22          chart.  You see where Aves Island falls in

23          relation to the lines that you've drawn in

24          for other islands, right?

                                              116

1     A.    I do.

2     Q.    Would including Aves Island in your

3           consideration make a significant difference

4           in the distance that was calculated?

5     A.    I'm going to be careful with my words here.

6           It would definitely shorten the distance; in

7           terms of significance, that's another

8           speed/time distance calculation I would want

```
 9            to draw out before I said is it significant

10            or is it not.  It is certainly considerably

11            shorter distance with that included.

12    Q.    You can't know sitting here right this

13            moment whether or not that calculation

14            works, correct?

15    A.    Correct.

16    Q.    But is it fair to say that that inclusion

17            may place the validity of your opinion in

18            question?

19    A.    It would certainly place the validity of

20            this calculation in question, yes.  My

21            opinion based on this calculation.  Whether

22            or not my opinion would differ based on a

23            different calculation, I can't say without

24            doing the calculation.
```

                                                        117

```
 1    Q.    That was the part where you talked about the

 2            distance you felt it was a certain distance

 3            and the boat had to go a certain speed to

 4            get that far, in your opinion, you felt it

 5            couldn't have covered the space that

 6            quickly, correct?

 7    A.    Correct.
```

8    Q.   Now, I want to go to something I saw here.

9         The red line that you see here, is that

10        where you presume would be the shortest

11        distance based on this?

12   A.   Based on the boundaries that we drew the

13        shortest distance within that boundary

14        before you could change direction closer to

15        the designation.

16   Q.   I noticed here that the red line starts at

17        what I'll call the top left where the

18        northwestern most point of Aruba, correct?

19   A.   Correct.

20   Q.   Is there a reason that you had the departure

21        from the northwestern point of Aruba?

22   A.   Benefit of the doubt more than anything.

23        The distance between the north or the south

24        is not massively relevant in the overall

                                                    118

1         scheme of, you know, does it shave a couple

2         of hours versus a couple of days I feel.

3         And it's obviously closer to the

4         destination.

5    Q.   Do you have an understanding of where

6         Mr. Andersson actually hopped off from Aruba

```
7            so-to-speak?

8    A.      I think, we probably have that in the

9            report, yes.  But, again, the point of this

10           exercise was not to chart out pilotage per

11           se, it was just to chart out a large scale

12           passage plan.

13   Q.      I'm going to go to the other chart that you

14           provided.

15                   We will mark that chart as 41.

16                   (Exhibit 41 marked

17                   for identification.)

18                   MS. NIEMEYER:  41 has Bates number

19           CF000159.

20   Q.      Do you see that?

21   A.      Yes.

22   Q.      What was the point of this chart?

23   A.      I believe what we did here was we took,

24           there were a couple of different statements
```

                                                          119

```
1            or accounts from Mr. Andersson.  One of

2            which was, in broad terms, what he told us

3            following the incident and then later

4            signed.  And another, I think, if I remember

5            correctly, was in a court filing.
```

6          Basically, one of the accounts, and it may

7          have just been missing detail but we take it

8          at face value.  If I headed for St. Martin,

9          things got bad, and I got blown off and

10         ended up heading to Santo Domingo, in a

11         broad sense.

12              The other account, all of a sudden

13         we were going to Grenada and we got blown

14         off.  I know where this came from.  This

15         came from, there was a deposition record

16         where, I guess, Michael had been asking sort

17         of hour by hour questions so we tried to

18         extract what we could from that to give an

19         idea of what the different courses might

20         have been based on that information and how

21         they would play into the navigational limits

22         as well.

23              There's a report that goes with

24         this.  And in the report, I think it

                                                120

1          probably details out what the points on the

2          chart are and how we got there.  It's quite

3          some time ago when I drew it up, but,

4          obviously, I wouldn't just make the points

5        on the paper without trying to qualify them

6        as to some idea how we got there.

7    Q.  I was just going to point out that the date

8        of this predates when the depositions were

9        taken.  Here's what I'm going to do here.

10        I'm going to open that document also.

11   A.   It should probably say what it's referenced

12        from in the report.

13   Q.  Right.  Exactly.

14            (Pause)

15   A.   I have a document here, which is, U.S.

16        District Court, District of Massachusetts,

17        Great Lakes versus Andersson Martin.  It's

18        got, first title on it is answer, then

19        admitted, admitted, denied, denied.  This

20        says it was filed on the 12th of May, 2020.

21        That's where we got most of that

22        information, because I realize in the report

23        it just says based on statements made by the

24        insured.

121

1    Q.  It was Mr. Andersson's counterclaim.  Okay.

2        I'm just going to go here to my screen, I'm

3        going to share my screen instead of what I

```
 4            was sharing so you can see.  What I want to

 5            do is get your report next to the --

 6    A.      I have the report in my hand, if that helps.

 7    Q.      It doesn't help screen real estate because

 8            others won't be able to see it.  Hold on one

 9            second.  I'm going to get this to open.

10            That's 161 and 159.  Let's get 159 open.

11                 (Pause)

12    Q.      As we go through here, I'm going to walk

13            through this report with you.  You did this

14            in September of 2020 and you said you

15            reviewed the counterclaim.  And what it said

16            in the counterclaim, depositions hadn't been

17            taken yet so you couldn't have reviewed any

18            deposition statements.  You had spoken with

19            Mr. Andersson and you had investigated the

20            vessel, correct?

21    A.      Correct.

22    Q.      As we go through here you mention right in

23            the beginning here, "I've attached a chart

24            in the images section of the report labeled
```

                                                        122

```
 1            chart one detailing the boundaries."

 2                      That was the one we looked at
```

3        first, correct?

4    A.   Correct.

5    Q.   So that's the one that has Bates number 160

6         and has circles on it.

7    A.   Correct.

8    Q.   And that was the basis for this calculation

9         where we've agreed that you need to

10        recalculate if Aves Island is part of your

11        calculation?

12   A.   Correct.

13   Q.   The second conclusion that the distance of

14        805 nautical miles traveled for the period

15        of time, etcetera, this is also something

16        that you would have to redo that calculation

17        to know whether it's valid, right?

18   A.   Correct.

19   Q.   And I wanted to just ask, you mention

20        environmental conditions reported and

21        recorded by weather stations in the area, at

22        the time records winds out of the east at

23        speeds consistent, etcetera.

24             What level of research did you do

123

1        regarding the weather?

2   A.   There's a source we used called Wind Guru,

3         which has basically on-line they have, not

4         for every weather station, but they have

5         historical reporting for weather stations.

6         I don't know if they still have this far

7         out.  But so we would have probably looked

8         at Aruba, maybe Grenada, Martinique, we

9         would have taken hot spots that had some

10        sort of historical data just to ensure that

11        everything was as reported, which according

12        to the report I think it was.

13   Q.   Did you record or document that in any way,

14        did you keep a printout?

15   A.   No, I don't believe so.

16   Q.   Did you write it down?

17   A.   In the report.

18   Q.   So you didn't write down the readings or

19        anything, you just said it was consistent?

20   A.   Correct.

21   Q.   Okay.  So we don't have any specific

22        knowledge about the weather other than that

23        it was generally consistent with what

24        Mr. Andersson said; is that correct?

1    A.    Correct.

2    Q.    Does the weather tend to be different in

3          different locations as you move through the

4          Caribbean sea?

5    A.    Very slightly.  I mean, it's a fairly large

6          geographical area and wind and swells, not

7          necessarily swells in this case, but wind

8          generally working in a circular fashion

9          based on the coriolis effect.

10               The wind direction at the southern

11         end of the Caribbean may be 15, 20 degrees

12         different than the northern Caribbean.  Not

13         always.  But that's why we would check.

14   Q.    We don't have any record of what backs up

15         this report?

16   A.    Correct.  I don't have any of that recorded.

17         We might be able to go back and find it

18         still.

19   Q.    You mention now, okay, it was previously

20         reported in the signed statement that he

21         left Aruba bound for St. Martin on a course

22         to steer 50 degrees and adjusted further

23         west as necessary due to sea conditions

24         ending in the Dominican Republic.

```
 1                    What made it, what did he say to
 2           you that made you believe that his course to
 3           steer would be 50 degrees?
 4    A.     Let me have a look at the -- I'm just
 5           reading from his statement.  I will shorten
 6           it down a little bit to the relevant part.
 7                    It says, "Once around the point
 8           made a northeasterly heading with intended
 9           destination course to steer of 050 degrees
10           to St. Martin."
11    Q.     Did you ever ask him whether he had any
12           intention to steer that course the entire
13           way or whether he was planning a different
14           course at some point?  His ultimate
15           destination was clearly St. Martin?
16    A.     Right.
17    Q.     But did you clarify that with him in any
18           way?
19    A.     No, not beyond the fact that 050 from Aruba
20           is a direct line to St. Martin.
21    Q.     Could that be coincidental?
22    A.     Absolutely.
23    Q.     And is it your understanding, or do you have
24           an understanding of different uses of the
```

1         words course and route?

2    A.   Yes, they are absolutely different.  They

3         are different words with different meanings.

4    Q.   Can you explain from your understanding what

5         those words mean?

6    A.   To me, a route is actually a series of

7         courses.  A route is a number of courses

8         connected together to get from, you could

9         say, from A to B or A to Z, I guess.

10        Whereas, a course is one direct line.

11        Keeping in mind, in a nautical sense there

12        are also multiple definitions of course;

13        course to steer, course over ground.

14   Q.   Okay.  So could you understand a course to

15        St. Martin to include a route of a number of

16        points to get you there?

17   A.   Yes, absolutely.

18   Q.   I want to point to a place on the third page

19        of this report.  You mention shortly after

20        departure, in fact, you quote that here.

21        Where did that quote come from?

22   A.   That may have also been from that written

23        statement.  Yes, that is, in fact, the next

24          paragraph of that same statement.

1    Q.    Can you read that to us?

2    A.    Sure.

3              It says, "Shortly after departure

4          it was found that the vessel was not making

5          good way to windward and that the crew was

6          becoming seasick.  The course of the vessel

7          was adjusted to a more northerly course to

8          Ponte, Puerto Rico.

9    Q.    The reason I'm asking you about this, I'm

10         going to open up since you're seeing my

11         whole screen you'll see this, the

12         handwritten notes.  And, Mr. Ball, this is

13         marked as Exhibit 30.

14             These handwritten notes are notes

15         that were taken by you when you met with

16         Mr. Andersson, correct?

17   A.    Correct.

18   Q.    Is it possible in writing your written

19         statement, the transcription of this

20         so-to-speak into typed form, that you made

21         assumptions that weren't in your handwritten

22         notes or weren't said?

23   A.   Well, I'm reading the handwritten notes

24       here.  And my notes say crew seasick; not

128

1       making way to wind, which is windward;

2       changed course north to Ponce.

3   Q.   Does it say anywhere that that is shortly

4       after departure?

5   A.   Not specifically, no.  Of course, that is in

6       what we sent to Mr. Andersson to verify as

7       well.

8   Q.   Is there anything in what was written down

9       that defines with specificity what happened

10      during those time frames; particularly,

11      right after departure or what most of us

12      would consider to be shortly after departure

13      as opposed to the entire second day?

14   A.   I suppose another question would be what is

15      the definition of shortly.  We can all see

16      what's written in the statement there.

17      That's what it is all based on.

18   Q.   I'm not sure what this noise is but somebody

19      is either touching something or there's wind

20      or something.  I can't hear you.

21   A.   It's me, I had the report on the keyboard.

22          Sorry.  And there is wind as well.

23                  We can all read what's handwritten

24          there.  Those are the notes that I took.

129

1           The data that's there is what was collected

2           in its entirety.  The gaps in that, if there

3           are gaps, obviously between the handwritten

4           statement and the typed one would be the

5           reason that we would send it to him to

6           verify rather than just transcribing the

7           handwritten part into our report, which, of

8           course, he has verified or he did at the

9           time anyway.

10     Q.   Okay.  This is where language usage may have

11          been an issue.  But that's not your problem.

12                  Would your opinion be different,

13          for instance, it says here, crew seasick,

14          not making way to wind, changed course north

15          to Ponce.  Does that imply to you that he

16          was far enough east that he needed to go

17          north to get to Ponce?

18     A.   Not really.  I suppose, potentially it would

19          have taken a few days to get that far east.

20     Q.   At this point, let's assume that he's a day

21          and a half, he left in the late afternoon,

22          and at least a full day.

23     A.   When we went through this with him, we went

24          through this in chronological order.  It's

130

1           basically to say, okay, tell me what

2           happened.  Where did you start?  Here's a

3           couple of questions about the boat, about

4           the crew, what happened next.  If there's

5           information missing, much like what you do,

6           I will ask, what about this one thing.  I do

7           try not to ask leading questions.  I won't

8           say, was the sky blue.  I will say, what

9           color was the sky or was there a sky.

10                 Taking into account that this is in

11          chronological order, we talked about a

12          departure on Saturday.  We go through those

13          two paragraphs.  And the next paragraph

14          speaks about the weather deteriorating into

15          the Sunday.  Within that bracket we're only

16          talking really about the first 24 hours at

17          most.  We're talking about leaving at 5:30

18          on a Saturday night.  That would be

19          relatively shortly after departure.

20    Q.    A day later and a three day trip, but,

21          again, that's open for interpretation.  I

22          wanted to make sure we're clear what we mean

23          by that.  It could be interpreted as very

24          immediately after departure in which case

131

1           it's a whole different story.  That's a

2           question I want to ask you.

3                 If we're assuming that, if our

4           understanding is that the crew became

5           incapacitated at some time well into Sunday,

6           is that, in your mind, the same kind of

7           situation as far as go back to Aruba as it

8           would have been if he turned out of the

9           channel and hit an hour or so and the crew

10          was incapacitated?

11    A.    Perhaps not Aruba depending where he was.

12          But certainly go to the closest safe port.

13          Once you're at the point you're the only

14          person that can keep watch, realistically

15          the average human being can only maintain an

16          adequate watch for so long before they

17          themselves are incapacitated due to fatigue.

18          Mr. Andersson described some pretty nasty as

19        well which adds to that fatigue, and he's

20        trying to care for this other crew member,

21        in fact, I think, he said that in his

22        statement.  The question to me is not so

23        much do we turn and go back to Aruba, it's

24        we're probably not even past the 50 percent

132

1         point, the halfway point on our journey, why

2         are we not heading to the closest safe

3         harbor so we can find some flat water, drop

4         the anchor, regroup and replan, while then

5         we can maintain an adequate watch onboard.

6    Q.   Did you ever speak with Mr. Noah, the crew

7         member?

8    A.   No, we had no luck contacting him.

9    Q.   Do you know whether Mr. Noah was

10        sufficiently capable to maintain a watch

11        after the course was changed?

12   A.   The only details I have on Mr. Noah was by

13        what Mr. Andersson has given us because we

14        haven't managed to contact him.

15   Q.   Do you recall, did you, I don't see it in

16        these notes but I want to ask about if you

17        remember this and if it was part of what

18          formed your opinion.

19                  Do you remember whether you had any

20          conversation about Mr. Noah's condition over

21          that timeframe and whether it improved, for

22          instance, when the course was changed?

23     A.   If we had conversation about it, it would

24          have been in the documents that we provided.

                                                    133

1           Any record of anything, any correspondence,

2           any report, you have that now.  I'm not

3           trying to be obstructive.  It's more that

4           it's been a long time.  The best I can do is

5           go back and check the information that you

6           have, to the best of my recollection.

7     Q.    Sure.  In creating this later report and as

8           an expert witness and the subsequent report

9           we are going to look at it, is it fair to

10          say that there was no additional

11          investigation, no additional interview or

12          discussion with anyone else?

13    A.    Correct.  This report was about the charting

14          exercise and the documents we had been

15          provided.  We would have reviewed that

16          initial, I don't know what you call it, I'm

17          not a lawyer, the court documents there, we

18          would have reviewed because it had been

19          quite an elapsed time since the incident.

20          We would have reviewed our previous reports,

21          our previous photos.

22                  It's the same thing for these

23          depositions.  The best I can do is to sort

24          of refresh my memory and be helpful is to

134

1          review the entire case again.  And so, yeah,

2          try and sort of fill in some blanks based on

3          what we have documented and recorded

4          previously.

5   Q.     I want to get to the bottom line of what you

6          had to say here.  Your ultimate conclusions

7          here, essentially, tell me if I'm wrong,

8          were that it wouldn't have been possible for

9          the boat to go the distance that was

10         necessary in the time that there was and --

11  A.     The first conclusion is really a

12         speed/distance/time calculation.  It's a

13         mathematical question.

14                 I would almost say that there is

15         not a whole lot of opinion in there.  It's

16          based on the facts of the performance of the

17          boat and the information that has been

18          provided to us.  Now, we know there's some

19          grayness in that information in terms of

20          people's recollection, etcetera.

21     Q.   What did you base the facts of the

22          performance of the boat on?

23     A.   Prior experience, probably the

24          manufacturer's literature, we might have

                                                        135

1           gone on the boat's website.  It's a standard

2           cruising catamaran, we've got lots of them

3           around here.

4                   We did find at one point, we didn't

5           reference it at any point, but there was

6           somebody that had listed this boat as like

7           some sort of rocket ship.  That's not

8           uncommon that people will suggest that boats

9           go very, very, very fast, and they may even

10          have achieved that surfing down a wave for

11          half a second in a nasty following sea, but

12          not in the sense that you would be able to

13          sustain any kind of high speed especially

14          through poor conditions.

15          Our assessment is made on the

16      design of the boat, our experience with this

17      very model of boat and similar boats, and

18      the conditions that have been described.

19  Q.  Your second conclusion here is essentially

20      the same.  It is applying that application

21      to the situation?

22  A.  You can't go that fast, and if you did, it

23      wouldn't be safe anyway.

24  Q.  Why not?

                                                    136

1   A.  The boat would be ripped apart in the

2       described conditions if it somehow managed

3       to attain that speed.

4   Q.  When you say it would be ripped apart in the

5       described conditions, can you tell me more

6       about that?

7   A.  Sure.  I would have to go back to the report

8       and see what the described conditions were.

9           (Pause)

10  A.  Item number one, we spoken about, average

11      cruising speed, fair weather, basically, an

12      assessment of the boat and its capabilities.

13      Then we move on to -- we see at one point he

14          stated that when he left the wind was 15

15          knots with a wave height of four to

16          six feet.  Then he says that by the night of

17          the 15th wave heights were 10 to 12 feet

18          with a wind velocity of 25 knots.  That's

19          quite rough depending on the wake period.

20          So to do, on the basis that you would do 11

21          knots or 11.2 knots as a sustained speed

22          offshore in a 10 to 12 foot see with 25

23          knots of wind you would quite simply

24          structurally destroy the boat and the rig.

                                                    137

1      Q.   Are you saying this because you would have

2           to sail at an angle to the wind that would

3           be destructive to the boat?

4      A.   Correct.

5      Q.   So as a prudent mariner you would bear off,

6           would you?

7      A.   You would seek safe harbor, yes.

8      Q.   Would it also be reasonable to bear off so

9           the conditions weren't quite so rough?

10     A.   Correct, but that's not really what was

11          described to us.  Because bearing off to any

12          significant degree, I mean, we can't

13      maintain that speed anyway.  But to bear off

14      to any significant degree would either take

15      you north, and I suppose this comes back to

16      your argument about Isle Aves and that

17      calculation, or south which would take you,

18      depends how far along you are, but Curacao,

19      not Venezuela, there's not a lot of room to

20      go without turning back to Aruba.

21   Q.  If you're in 12 foot seas with 25 knots

22      winds, I believe, I saw it somewhere in

23      something you wrote but I'm not going to go

24      looking for it at this moment, but it was

                                                138

1       your opinion that sailing directly downwind

2       was the most stable point of sail; is that

3       correct?

4    A.  Most comfortable point of sale for the crew,

5       yes.  The most stable would be what we would

6       call a broad reach until you get into some

7       really big breaking seas which is basically

8       putting the wind off your back quarter.  It

9       means that if there is a following wave you

10      would have the option to slow your speed as

11      you go into the trough, you can basically

12          turn to the side.  Does this sort of make

13          sense?

14     Q.   Yes.

15     A.   We're basically discussing relative speed

16          here.  The boat and its movement in relation

17          to the wavelength, the wave form of the

18          wave.

19                    It's a similar argument to upwind.

20          Obviously if you're going upwind you're

21          going very fast between trough and craft.

22          You're just slamming, slamming, slamming.

23          The idea is to slow that down.

24                    In a very, very large sea with a

                                                    139

1          short period if you go directly downwind you

2          run the risk of running the bow into the

3          trough and having, probably not the right

4          term, stern go over the bow.

5     Q.   Just to be clear.  Waves often run the

6          direction of the wind but they don't always,

7          correct?

8     A.   Correct.  So what we experience a lot in the

9          Caribbean is a swell more than, I would call

10         it a wind wave almost a chop.  It's what

```
11          makes some of the great surfing here.  We

12          rarely ever get wind out of the north.

13          However, consistently through the winter

14          months there is a north swell and that

15          generates by weather systems hundreds if not

16          thousands of miles to the north that just

17          gets pushed down.

18     Q.   Okay.  So the waves probably were not coming

19          straight at the boat with the wind direction

20          they were coming from a different direction

21          which was mostly from the north?

22     A.   Correct.  It depends what the swell forecast

23          was that day, but that's a fairly reasonable

24          assumption without other knowledge.
```

140

```
1      Q.   Did you look at the swell forecast in making

2           this opinion?

3      A.   When we looked at the weather we probably

4           would have confirmed if there was swell

5           data, whether it was inline or not with our

6           expectation.  But we haven't recorded that

7           anywhere.

8      Q.   It wasn't part of the report, correct?

9      A.   Correct.
```

10   Q.   What you just mentioned you used the phrase

11        pitch pole, which I was going to use, can

12        you explain what that means?

13   A.   It's basically when the bow of the boat gets

14        driven into the tropical wave and the crest

15        of the wave carries the stern over the bow.

16             I will preface that with this boat,

17        471, I think, a 47-foot boat.  The waterline

18        length is pretty close to 47-foot.  A

19        12-foot sea is not at risk of pitch poling

20        this boat.

21   Q.   You mention that downwind would be

22        comfortable for a crew member.  It appeared

23        in some of the written statements like if

24        you meant that it was safer that way, but is

                                                141

1         that really true, would you consider going

2         downwind in heavy conditions the safest

3         point of sail for a catamaran?

4    A.   That depends on how heavy the conditions

5         are.  A 12-foot sea, absolutely.  It slows

6         down the wave period; it slows down the

7         motion and the forces applied to the boat.

8         It also lowers your apparent wind; in other

9          words, your speed in relation to the speed

10         direction of the wind is less.  So the force

11         is applied to the boat are less.

12                  Again, this comes back to my

13         comment about waterline length and pitch

14         poling.  Once you get into some very, very

15         large breaking waves, let's say, 25, 30,

16         35 feet, then you have to start worrying

17         about pitch poling this boat.  But a 12-foot

18         wave is not going to pitch pole the boat, it

19         might break over the bow, but that's what

20         the boat is built for.

21    Q.   Could it cause damage to the boat?

22    A.   So can sailing upwind.  That's probably not

23         the answer you're looking for.

24    Q.   Okay.

                                                    142

1     A.   Absolutely, a cubic meter of water is a

2          metric ton.  Yachts are consistently in a

3          hazardous treacherous environment and that

4          is one of the reasons that heading towards

5          safe harbor when the conditions become less

6          than favorable, let's say, and especially

7          when your crew becomes unable to perform is

8          the prudent step.

9                    MR. GOLDMAN:  Excuse me for

10         interrupting.  You have very bad wind, I

11         didn't hear part of the answer.  Can we

12         verify the court reporter heard his entire

13         answer.

14                    THE COURT REPORTER:  Yes.

15    Q.   I want to ask since you weren't there and

16         what you have as evidence is what you were

17         told and a minimal amount of weather

18         research, would you say that it's fair to

19         say that the captain of a ship as they are

20         in the conditions is the best one to assess

21         whether they believe the boat is safely

22         sailed in a certain point of wind or not

23         especially one that has been sailing the

24         boat?

                                                   143

1     A.   A qualified and experienced captain, yes,

2          absolutely.  Basically, the assertions that

3          we've made, the opinions that we've made are

4          mainly based on Mr. Andersson's own

5          evidence.  Further backed up, the weather, I

6          guess, would be classified as fact-checking,

7          let's say.  And the reports I assume because

8          we didn't note otherwise, the reports

9          obviously agreed with what he described.

10                    Now, if what he described is

11         accurate then we make a comparison of the

12         capabilities of the vessel to that

13         description and then what a prudent mariner

14         would do regardless of who that person is.

15                    Does that sort of make sense?

16    Q.   Yes.

17                    Now, this third part of your

18         statement talks about the signed statement,

19         bound directly for St. Martin on a course to

20         steer of 50 degrees and adjusted further

21         west as necessary due to sea conditions.

22         And you say here this reported course has,

23         and we talked about that directly and where

24         your understanding of that was, it says that

                                                      144

1          there wasn't, the reported course has not

2          taken into account leeway or current which

3          would have taken further to the west and

4          further off navigational limits.

5                     If Mr. Andersson's language caused

6        him to tell you that his course was to St.

7        Martin without saying I'm going on this

8        planned route, is there a reason that you

9        believe he didn't take into account leeway

10       or current?

11   A.  I believe, I was trying to interject, I

12       believe that the information regarding

13       leeway and current came from Mr. Goldman's

14       questions in those initial court documents.

15       I could be wrong.  It might be something

16       that came later.  I thought that document

17       had a series of questions of, do you

18       understand what leeway means or.

19   Q.  That would be a deposition which was taken

20       after you wrote this report.

21   A.  That would be later then.  I strongly doubt

22       we would have pulled that out of nowhere,

23       and it's obviously not in his signed

24       statement.  The only other source of data on

                                                145

1        that would have been his court filing or his

2        counterclaim, or whatever you call it.

3    Q.  Are you looking at it now?

4    A.  There's a lot of it, but I am looking at it.

5    Q.   It was hard to understand what the basis of

6         you're saying that came from.  That's why I

7         was asking.

8    A.   It's been so long, I agree.

9              We certainly don't make information

10        up out of nowhere and we try not to

11        generalize or jump to conclusions.

12        Presumably it would have come from somewhere

13        in the information we were provided which

14        would be the information you were provided

15        as well.

16   Q.   Is it possible that you assumed that based

17        on an understanding that Mr. Martin intended

18        to sail directly from St. Martin, from Aruba

19        to St. Martin in a line at 50 degrees?

20   A.   Honestly, it's been so long.  I don't want

21        to definitively say no.  I think it is very

22        unlikely we would have made such an

23        assumption.  But I think it's unfair for me

24        to say that we did or didn't.

                                                  146

1              Is that fair?

2    Q.   Yes.  Let's move on to the next one.

3              (Pause)

4    Q.   The next one it talks about different

5         accounts of the wind and the courses, while

6         they differ they all take the vessel outside

7         navigational limits according to your

8         understanding.  I find it difficult not to

9         be distracted from the singular point that

10        based upon the shortest possible course in

11        the described, reported and recorded

12        conditions, etcetera, you don't believe he

13        could have reached the speed to cover the

14        distance.  That's really the crux of your

15        opinion, correct?

16   A.   Yes, this entire report is based on speed,

17        distance and time.  That was the focus of

18        the report.  There's some other arguments of

19        seaworthiness and fatigue to be made, they

20        are not in this report.

21   Q.   And really the entire conclusion of this is

22        a question based on the existence of the

23        question of how you would recalculate that?

24   A.   Correct.  With all this coming to light, I

                                                  147

1         would want to resubmit this report and

2         calculate that in.

```
 3    Q.    This next question has to do with, you say
 4          at no point during the reported waves have I
 5          been provided with any evidence or assertion
 6          that it would not have been possible or, in
 7          fact, prudent to turn to the closest safe
 8          harbor and seek refuge.
 9                Given what you said about the level
10          of the waves, that that level of wave was
11          not so high that it would be likely to sink
12          the boat or pitch pole the boat.  If you
13          were to understand that the change in course
14          had improved the crew member's condition
15          enough that he was alright to stand watch,
16          would you still have said what you said
17          here?
18    A.    No, probably not.  That would be a very gray
19          area, I think.  I think it would be fair to
20          make the argument that continuing on on a
21          different course and stabilizing the boat
22          may have been reasonably safe depending on
23          how long Mr. Noah had been "incapacitated".
24                The element of this is not really
```

148

```
 1          about Mr. Noah, obviously everybody cares
```

2          about his safety as well, but it's about

3          the, I am reluctant to use the term

4          seaworthiness because I know it's a very

5          specific legal term, but let's just use it

6          in an opinionated sense, the seaworthiness

7          of the vessel which is dependent upon the

8          seaworthiness of the crew.  And the main

9          factor in the seaworthiness of the crew in

10         this regard is fatigue.  Single-handing the

11         boat for an extended period of time leads to

12         fatigue.

13             The question is, one would sort of

14         be, how sure are you that this person is

15         going to recover, how can you be sure.  So

16         would the prudent question not just be

17         shouldn't we just go to safe harbor now

18         before we become even more fatigue and put

19         ourselves in further danger.

20             I guess, in a real world scenario

21         the balance is, of course, about time and

22         money and do I have time to stop and catch

23         my breath and replan.  When it comes to

24         seaworthiness that's not really a factor,

1           it's a question of could you have done it.

2                   That fair to say, does that make

3           sense?

4    Q.    I understand what you're saying.  Did you

5           ever ask -- we know you didn't speak with

6           Mr. Noah.  I believe, I know the answer to

7           this but I want to confirm it.

8                   Did you ever ask Mr. Andersson

9           whether he had the opportunity to sleep?

10   A.    No, I don't believe I did.  I don't believe

11          that came up in the course of this report.

12          If I did, it would have been in that

13          statement that he signed because that was

14          pretty much the crux of what we had from

15          him.  If we had any additional data it would

16          have come through his counterclaim, as you

17          called it.  I think, additional statements

18          have come to light through the depositions,

19          I think.  But obviously they were after this

20          report.

21   Q.    I'm going to move on to your other report.

22          Close this one.  Keep that chart open just

23          in case.

24                  I want to make sure, Linda, did we

1     mark?

2           (Pause)

3           MS. NIEMEYER:  This next report is

4     dated August 16, 2021.

5           (Exhibit 42 marked

6           for identification.)

7  Q.  This is our incident assessment it says at

8     the top.

9           MR. GOLDMAN:  Can I interrupt for

10    one second.  Before you get started, I have

11    his report of September 4th as Exhibit 39,

12    is that correct?

13          THE COURT REPORTER:  Yes.

14          (Pause)

15          MS. NIEMEYER:  I'm going to have to

16    ask you, Linda, to help me with this as we

17    go through.  At the end we are going to talk

18    about the exhibit so I will get you what you

19    need.

20 Q.  Number 42 is the August 16th report.

21    Mr. Ball, did you write this report?

22 A.  Sure did.

23 Q.  When you did write this report, did you rely

24    upon any additional information beyond what

1        we've already discussed?

2    A.   I believe that that was the basis of writing

3         this report was new information.  What we

4         have written in that first paragraph is what

5         we relied on to write the report.

6    Q.   So knowledge and interpretation of details

7         observed, that was your personal

8         observation.

9    A.   Yes.

10   Q.   The signed statement on December 23rd.  Did

11        you also rely upon your handwritten notes

12        and any difference in the language in those

13        notes?

14   A.   No, I would have relied on the one that he

15        signed.

16   Q.   The original condition evaluation for

17        purchase survey, that's the prepurchase

18        survey we talked about?

19   A.   Yes, correct.

20   Q.   Court documents filed by the insured's

21        attorneys that would be the, well, on

22        December 5, 2020, what was that?

23   A.   That's my mistake because we use a British

24        system.  What I have here for your

                                              152

1         counterclaim is 5/12/20.

2    Q.   Okay.  That was the counterclaim?

3    A.   Correct.

4    Q.   And transcripts of a partial deposition

5         which was June 4th, that's the deposition

6         you referred to before, correct?

7    A.   Correct.

8    Q.   We have all those things.  If you need to

9         refer back to any of them, I can pull those

10        up so we can see them.

11            When you talk about navigational

12        limits here you say here Mr. Andersson was

13        unaware of his exact position or course.  I

14        want to just ask you a general question

15        about that.  Mr. Andersson was asked

16        questions in half hour increments.  When

17        you're sailing a ship or you're sailing a

18        sailboat and I know you mentioned logs, but

19        are you aware every half hour of where you,

20        exactly how fast you're moving, etcetera,

21        etcetera, the questions that were asked in

22        that deposition?

23   A.   In terms of am I aware of what I'm doing 7.5

24        or 7.8 knots, no.  Am I aware that I'm doing

153

1         six to eight knots, yes.  This is something

2         that I would record in writing hourly ina

3         logbook.  But it's also something that, as

4         long as you're on watch obviously, if you're

5         not on watch you're probably asleep and

6         completely unaware but somebody is aware.

7         But, yes, I'm going to be aware of where I

8         am and how fast I'm going and in what

9         direction I'm going.

10   Q.   Would you have an idea of how fast you're

11        going at any given moment in time?

12   A.   Again, am I aware of whether I'm doing 7.1

13        knots going up the wave or 8.2 going down,

14        no, I am not going to pay attention to that

15        in short intervals.  But, again, am I doing

16        five knots, eight knots, 10 knots, yes,

17        absolutely.

18   Q.   Would you expect that if you were on a

19        multi-day voyage apart from the log would

20        you have an independent recollection in your

21        head of those kind of details?

22     A.    To say specifically what speed and course

23           were you doing at 9:30, probably not.  But

24           at the same time if I can say, well, I left

                                                            154

1            at 5:00 and we did a watch change at 10:00

2            then I can approximate, yes, roughly where

3            things happened within the different, let's

4            call them milestones.

5      Q.    Would you remember those two years later?

6      A.    I don't remember much about this two years

7            later.  I'll preface that with, one of the

8            things that we come across and it's one of

9            the reasons that we did that statement right

10           after the incident and why we relied on it

11           so heavily is that this is a traumatic

12           experience, is that this is a traumatic

13           experience and memory has a way of fading

14           and also almost recreating and changing

15           itself.  There's some interesting books

16           written about it, but the concept that we

17           can have this conversation and in 10 years

18           you will probably remember it just the same,

19           if you remember it at all, but you might

20           remember me wearing a red shirt instead of a

21          blue shirt.  Things just change.

22                  I think on one side this is an

23          event that is probably going to play in Mr.

24          Andersson's head again and again and again

                                                    155

1           and there will be some details, some minute

2           details which he probably or should remember

3           explicitly.  There are others that he will

4           think he remembers and has wrong anyway.

5                   We kind of have to take all of that

6           with a grain of salt but at the same time we

7           have to get as much information as we can in

8           order to inform ourselves, if that makes

9           sense.

10      Q.  Knowing that this is a traumatic experience,

11          is there anything you do in collecting the

12          information to assure that you're getting

13          the best recollection that you can?

14      A.  If I come across and assure he's sort of

15          having an episode, I'm not going to sit down

16          and take a statement obviously.  There's

17          only so much I can do, you know, I'm not a

18          mental health counselor.  But at the same

19          time, I am always looking for signals that

20          somebody is maybe not in their right mind

21          and I would note that if I saw that.

22                  Again, to come back to what I

23          assume is the crux of that question, when I

24          to Mr. Andersson, given the circumstances,

                                                    156

1          he was reasonably cool, calm and collected.

2          If I remember correctly, and we talked about

3          a time-line and the photos will show that,

4          but I think we went out to the boat sort of

5          right at sunrise, as the photo showed, we

6          would have looked at the boat and then

7          probably come ashore and dried off before

8          meeting up again.

9                  On one side he's just seeing his

10          boat breaking apart.  On the other side he's

11          had a moment to collect himself and think

12          about this before we sit down.  It is one of

13          the reasons we sort of went to this coffee

14          shop; the boat is out of sight, it's out of

15          mind, you're removed from it, it's a calm

16          environment.  Sort of the best you can do in

17          a bad situation.

18     Q.   And to pave that scenario a bit more, is it

19          your understanding that Mr. Andersson was

20          there at that point by himself away from

21          home?

22     A.   Yes, absolutely.

23     Q.   Was it your understanding that he did not

24          speak Spanish?

                                          157

1      A.   I think he did say that.  Long time ago.

2      Q.   And did you have any awareness about the

3           Navy having placed demands upon Mr.

4           Andersson to salvage the boat and take it

5           out of there before he could leave the

6           country?

7      A.   I don't recall.  That's pretty normal

8           especially in places like the Dominican

9           Republican, there's normally some saber

10          rattling because they like money.

11     Q.   You understand that Christmas was days away?

12     A.   Yes.

13     Q.   Do you have an understanding about the time

14          frame or amount of time that Mr. Andersson

15          was given to read and sign and return to you

16          the written statement that you have referred

17          to that he signed?

18    A.    If I recall, and you have copies of the

19          e-mails as well, I believe, that should all

20          be in the package, but I would have taken

21          this statement on the handwritten notes,

22          probably gone back to the hotel and typed it

23          up.

24                I don't believe that I would have

158

1           put a time frame on this.  Underwriters may

2           have said something or he may have inferred

3           something, but it's not normal that I would

4           write this up and say get it back to me

5           tonight or whatever.  I would say read this,

6           make sure you understand, if you agree with

7           it sign it and send it back to me.  If not,

8           let us know what you don't agree with.

9     Q.    Once you sent the statement, once you sent

10          the report that was sent with that unsigned

11          statement at the time to the insurer which

12          was the 23rd of December, was that your last

13          involvement?

14    A.    I believe so.

15    Q.    Did you ever speak with Mr. Andersson other

16          than e-mailing him that statement, did you

17          have any conversations with him about it?

18     A.   I think, at one point it may have been

19          handled with one of his representatives that

20          e-mailed and said do you have my GPS, and we

21          e-mailed back and said, no, we don't.  We

22          didn't have any substantive conversation or

23          bring any, deliver any new information to

24          each other beyond that.

                                                    159

1      Q.   You mentioned, did you have the GPS.  You

2           mentioned earlier that he gave you

3           authorization to take the GPS, correct?

4      A.   Yes.

5      Q.   But you said you never did take it?

6      A.   Correct.

7      Q.   Was there ever a time when you recommended

8           that it be taken?

9      A.   No, I don't believe so.  In a normal

10          situation here we would move to salvage and

11          we would assist underwriters to organize

12          salvage.  At which point, we would ask the

13          salvage to save the GPS devices for us.

14          Obviously, because salvage or underwriters

15          never perform salvage, I don't believe Mr.

16        Andersson did either, then no instruction

17        was given to take the GPS.

18   Q.   You weren't involved in that point to know?

19   A.   Correct.

20   Q.   You mention, I'm going to go back to the

21        report.

22   A.   Sure.

23   Q.   You talk about the transcript and then you

24        talk a bit about, you say, it is the duty of

160

1         a prudent mariner to ensure that up-to-date

2         charts and publications such as almanacs and

3         cruising guides are kept onboard.   The

4         insured has reported that there were no

5         paper charts onboard for the Dominican

6         Republic.

7              Do you have documentation where you

8         took notes about that?

9    A.   No, I don't.

10   Q.   Do you know whether there were any -- we

11        mentioned already generally paper charts.

12        You didn't, it sounds like, look for those,

13        correct?

14   A.   No, we didn't try and go through the vessel

15      because it was already falling apart.

16      Again, that's something that we might look

17      at during salvage again but that never

18      happened.

19   Q.   Where the intended cruising route doesn't

20      come anywhere near the Dominican Republic,

21      would it be your expectation that there

22      would be paper charts for the Dominican

23      Republic in the planning of that voyage?

24   A.   No, I would expect there to be paper charts

161

1       for the destination and in between and maybe

2       a couple of safe ports in between.

3           Just to put that into context

4       because I kind of know where you're going

5       with this, I think.  The question sort of

6       goes two ways; one is, okay, sorry, let me

7       put this another way.  You're in a foreign

8       port that you don't know; you have no local

9       knowledge; you don't have anybody to guide

10      you in; it's dark; it's rough.  A prudent

11      mariner is either going to stay offshore or

12      anchor in safe water.  But proceeding to

13      closer to shore in an area they don't know

14          is a ridiculous risk.  It's sort of half

15          dozen one of the other, I guess, either you

16          can have charts that say, right, I knew

17          where I was going and something went wrong,

18          or you can say I didn't know where I was but

19          I went close to shore in the dark anyway.

20     Q.   How far from shore was this breakwater?

21     A.   Probably 2, 300 feet.

22     Q.   What is your understanding of about what was

23          going on at the time when the boat went

24          aground?

                                                162

1      A.   It sounds like everybody was pretty tired

2           and they were waiting for somebody to guide

3           them in, if I remember correctly.

4      Q.   Did you have an understanding about whether

5           Mr. Andersson had a local chart on his GPS?

6      A.   I don't believe I had that understanding

7           then, no.  Obviously we do now.

8      Q.   And have you reviewed the information that

9           was provided?

10     A.   I have.  And so that chart shows the bottom

11          shelving up very rapidly and then it shows

12          an area of no chart data surrounded by

13        islands in a very shallow area.  Again,

14        having no data is like having no chart.

15        Granted that is part of that chart, which I

16        think was, I can't remember now, it was a

17        2015 chart, it was quite a few years old.

18              Anyway, we since confirmed that

19        that breakwater is actually naturally

20        occurring.  It's something that's probably

21        been there for thousands of years, it's not

22        like somebody made it in the last 10 years

23        and it didn't get on the latest version.  So

24        that's a different thing.

                                                    163

1              Again, as a mariner I read that

2        chart and go, right, bottom shelving up

3        here, there's no data there which means that

4        area is either a wash or there is just no

5        data.  Then there's a shallow area beyond

6        it, let's not go over there.

7    Q.   As someone who is involved heavily in the

8        yachting industry and having worked with a

9        number of charter vessel, etcetera, would

10       you consider it reasonable for someone to

11       rely upon their Garmin chart as accurate?

12    A.    Provided it's updated, yes.  I go back to

13          this, I mean, in terms of reasonable, we see

14          this relatively often where this very

15          question comes up.  Was it on the chart; was

16          it not.  Well, it wasn't on the chart but

17          it's on the new chart and the chart wasn't

18          updated.

19                The requirement for up-to-date

20          charts is one that is spread across all

21          mariners.  Especially in a commercial aspect

22          you're actually required to keep a log of

23          when you update your charts.  Again, it's

24          sort of prudent mariner.

                                                    164

1                 I won't hesitate to say that there

2           are plenty of people that do not update

3           their charts.  But I wouldn't say that

4           alleviates them of any responsibility to do

5           so.

6     Q.    Would it be your expectation that a

7           recreational sailer would update their

8           charts every time a new chart version came

9           out?

10    A.    No, but I would expect them to at least

11          update their charts annually.

12    Q.    Is there documentation somewhere where

13          you're relying on it for that as a guideline

14          or rule?

15    A.    I'm sure we can probably dig something up,

16          but it would probably pertain in a legal

17          sense to commercial vessel.  Again,

18          probably, look at Chapman Seamanship or, for

19          instance, the Yacht Master Syllabus.  But

20          most of the publications you will find on

21          seamanship speak to charts should include

22          that.

23    Q.    You mention that you have confirmed this was

24          a naturally occurring breakwater.  We all

                                                      165

1           thought it was manmade.  But it would have

2           been there if it was on older charts or

3           newer charts it should be on the chart,

4           right, it was there in 2015 and probably

5           there in 2000?

6     A.    This came up last week because I'm sort of

7           sitting there going, how is this not on the

8           chart it can't be that new.  So I e-mailed

9           the guide shop that is there on the beach

10          and said, hey, you know, what can you tell

11          me about this breakwater, when was it built.

12          And he said it's always been there, it's

13          naturally occurring, it's basically a dead

14          reef.  So all of a sudden now we are sort of

15          looking at it going, well, that's not really

16          a case of up-to-date charts.  That's the

17          case of an accurate survey or reading and

18          having the chart.

19              So that's when I went back, because

20          for some reason I read the report from the,

21          sorry, I can't remember his name the guy

22          that interrogated the GPS and wrote the

23          report, I read his report but I had not seen

24          the photos that came with it.  So I looked

                                                    166

1          at the photos which showed the chart image

2          and that's what I'm referring to when I say,

3          well, we can see it shelf up, we can see an

4          area of no data.  While the chart isn't

5          quite as great as the Navionics ones which

6          color in a different color, that still shows

7          an area of shallow water.

8      Q.   Let me ask you also, and I think this is

9          somewhat relevant, when we looking at

10         photographs -- give me one second.

11                (Pause)

12    Q.   Do you see the posts here?

13    A.   It's a mangroves nursery.

14    Q.   Just to identify the photograph, I'm showing

15         Mr. Ball AB000363 which was part of

16         Exhibit 36.  You said that's a mangroves

17         nursery.

18    A.   I did some research last week on this

19         breakwater because it was perplexing me a

20         little bit.  There's a number of articles

21         about coastal erosion.  We do the same thing

22         here, it's pretty common in the Caribbean.

23         Mangroves have been cut down and killed due

24         to pollution and all sorts, but they are

                                                  167

1          great at holding shorelines together and

2          stopping coastal erosion.  So an erosion

3          area quite common to plant mangroves and

4          they use the PVC pipes to give them a bit

5          more of a protected environment to take

6          route.

7     Q.   So those were not intended to be some sort

8         of navigational marker sort of world style

9         to show people that they should stay away

10        from the breakwater?

11   A.   No, not at all.  And those are also on the

12        inside of the breakwater.  They are not on

13        the seaward side.

14   Q.   Right.  And that was actually my point was,

15        when you're looking from far away you might

16        have thought those were sticking out but

17        they would have looked like that's where it

18        was not closer?

19   A.   Perhaps, yeah.  If I remember correctly and

20        it's possible I don't, Mr. Andersson said

21        that he didn't see the breakwater.  And

22        that's something that caught my interest

23        before because -- when you come to this

24        breakwater in the dark, like I explained,

168

1         there's a series of hotels and resorts on

2         the beach.  They put off quite a lot of

3         light.  So you have an area of in rough seas

4         at the very least breaking water, where the

5         water is breaking on the breakwater which

6         you can see because of all that light and

7        you can see the flat water behind it.  The

8        sea doesn't naturally go from rough to flat

9        without something very close to the

10       waterline stopping it, at least without some

11       weird current or something.

12              Now, honestly, given everything

13       else that's described, they are probably

14       quite tired when they arrived and they might

15       not have seen it.  But I would have expected

16       the breakwater, regardless of where the

17       breakwater itself was lit or marked, to be

18       fairly visible in the hazard because of the

19       very visible change in water condition.

20       Does that make sense?

21    Q.  It does if the water condition was like it

22       is now.  But do you know if it was when they

23       got there, what the actual condition was?

24    A.  I don't, but there's two sides.  One is,

                                                169

1        it's flat on both sides and you can see the

2        breakwater itself.  Or the other is, it's

3        rough on the outside of the breakwater and

4        all of a sudden it becomes flat when you get

5        to the breakwater.  There's a visible change

6        there or a visible hazard.  This is

7        hypothetical without going out there in

8        similar conditions.

9   Q.   Sure.  And in the end a mistake like that is

10       a mistake, correct?  Not seeing something

11       and hitting it, isn't that what insurance is

12       for?

13   A.   Correct.  Navigational errors are fair.  If

14       it was, well, it's a whole other thing, but

15       if fatigue came into it that would be a

16       separate issue.

17            (Off the record discussion.)

18   Q.   We talked about, I just want to make sure we

19       talked about the things that are here.  We

20       talked about the wind and waves.  We talked

21       about the -- okay.  So you say your data

22       obtained from the National Boyd Data Center,

23       the National Geographic Atmosphere

24       Administration utilizing the Caribbean

                                         170

1        Valley Station indicates wind speeds,

2        etcetera.  Is that the only station you

3        checked?

4   A.   I think if we read further on there might be

5      more stations.  That's certainly the only

6      one I documented.  The reason --

7   Q.   That's why I asked.

8   A.   The reason being is, the National Boyd Data

9      Center speaks to wave height and they would

10     have spoken to wave height quite

11     specifically in the area of the grounding.

12         Let's read what I said before I

13     assume.  We're talking about -- Oh, okay.

14     This Boyd, I believe, is close to St.

15     Martin.  There are not many Boyd data, data

16     Boyd in the Caribbean, or at least not those

17     that the public has access to get the data

18     which is why I would have been so specific

19     about the position because it's not really

20     as close to any of our presumed courses, but

21     it's the best data we have.  And, obviously,

22     wave height data is a little bit more broad

23     than wind data.

24   Q.   Wave height can be variable depending on

171

1      where you are, correct?

2   A.   Yes.  I mean, you're going to get the land

3      effect of the wave.  What we were interested

4        here was the swell.  So we're talking about

5        how the swell covers a large area and it's

6        different from what's caused by the wind and

7        it comes from far away.  That's te data that

8        we are looking for here because it wouldn't

9        be largely different from what is in Boca

10       Chica.

11   Q.  From Boca Chica.  Is this relevant at all

12       then to the conditions that were happening

13       down near Aruba as the vessel was moving

14       east and deciding whether or not to change

15       course?

16   A.  This is the closest data that we have in the

17       Caribbean basin.

18   Q.  So it's almost the complete opposite end of

19       the chart, correct?

20   A.  Of the Caribbean, yes.

21   Q.  The Eastern Caribbean?

22   A.  Yes, pretty much the opposite end of the

23       Caribbean.  If you draw a square around it

24       and put corners on it.  But in terms of wave

                                                    172

1        action the Caribbean isn't that big of a

2        place.  At least that caused by a swell

3        rather than wind and local weather which is

4        other data which we consulted.

5    Q.    And you've talked about the boat that it was

6        designed as an offshore catamaran.  This has

7        really all been covered by us with the

8        exception of the amount of fuel that was

9        onboard.

10           You mention here that the insured

11        notes in his deposition he's not aware of

12        what leeway is.  I don't recall how that was

13        asked but it may have been a language issue.

14        That's something that's a question for him

15        at some point.

16           Are you aware of Mr. Andersson's

17        history as far as boating?

18    A.    I believe, I've read some documents maybe in

19        his counterclaim where he has a Swedish Navy

20        something.  I would have been aware of that

21        when we wrote this because I don't think

22        we've had any new documents since we wrote

23        this report.

24           There is something that we come

173

1        across, and honestly, I can't remember what

2          was in the documentation we were given.  But

3          it's not uncommon we come across people,

4          especially, to be honest, in the States,

5          where we will get somebody that says, well,

6          I was in the Navy and I've got this piece of

7          paper that says I was in the Navy.  And as

8          we look further we find, okay, well, that

9          person wasn't the watch keeping officer they

10         were the cook, or just to make an example.

11         While on the surface it looked like it is

12         information that would be complimentary to

13         the argument it's not.  Does that make

14         sense?

15                    I'm not suggesting that's the cases

16         in this case, I'm just saying that's

17         probably why we wrote things in there

18         because we're trying to qualify it.

19    Q.   It may make sense but I wasn't sure how much

20         you had really spoken with him or checked in

21         on what were his qualifications; how did he

22         know sailing; how long had he sailed; any of

23         that information?

24    A.   We wouldn't have done that in the statement.

1          To be honest, in a normal circumstance we

2          probably would have relied on the documents

3          submitted to insured when he filed the

4          claim, or sorry, when he filed his policy

5          had we moved into an adjustment stage.

6                    In this case, you know, we were

7          looking at the incident itself.  The rest is

8          sort of questions you can ask later.

9                    The only information I have on his

10         qualifications, as far as I can remember, is

11         what is in the depositions in the court

12         filings.

13    Q.   I just want to go through this summary.

14         Your final conclusion was the vessel sailed

15         outside navigational limits, which you're

16         not sure of now because of Aves Island,

17         correct?

18    A.   Yes.  That's beyond me, that's an argument

19         for you guys.

20    Q.   You state here that the passage planning was

21         inadequate.  What was your basis for that?

22    A.   The weather, and the safe harbor, the

23         charting, the log keeping.  I think, I would

24         imagine if we wrote this in the summary we

1           qualified it in the report, correct?

2    Q.    Yes.

3    A.    That answer is going to be a lot more

4           accurate than what I give you now.

5    Q.    And we've discussed those issues in the

6           report and outside of it.

7                 The conditions reported would not

8           have rendered the vessel anywhere near a

9           state where it was unsafe to return to a

10          nearby safe port provided it was well

11          maintained and had adequate crew.

12   A.    Correct.

13   Q.    My question about that is, that same

14          statement about those conditions, I believe

15          you stated and I just want to confirm, that

16          also would not have rendered it

17          inappropriate to continue on the voyage as

18          long as the crew member was able to maintain

19          watch and allow Mr. Andersson to sleep once

20          they had changed course for his comfort?

21   A.    Correct.  That comes into the qualification

22          of adequate crew.

23   Q.    And the voyage was unseaworthy from the

24          outset and the situation worsened as the

```
 1          voyage continued.
 2                    Why do you say it was unseaworthy
 3          from the outset?
 4    A.    Honestly, I can't remember.  What does the
 5          report say?
 6    Q.    It may be because you assumed that the crew
 7          member was incapacitated immediately upon
 8          departure, that was the only thing I could
 9          see and I wanted to make sure that we had an
10          understanding of what you meant there.
11    A.    I need to go back and have a look.  Because
12          I would argue with myself on that one now
13          just on the basis that that's not the
14          outset, that's after the outset.
15                    I think it was probably in relation
16          to the actual passage planning.  Again, I'm
17          going to have to go back and look.  But
18          effectively if you don't have a viable
19          passage plan when you depart, I would not
20          consider you seaworthy.  That is part of
21          going offshore is knowing where you're
22          going, knowing what the conditions are going
23          to be, and what you're going to do if things
```

24      go wrong.

1               And it seems quite along of things

2       seem to have gone off the rails here;

3       whether it be the weather, the crew, the

4       course.  I don't think we should factor in

5       the boat.  It would seem that prior planning

6       was not undertaken to the level that it

7       should have been, otherwise a lot of this

8       stuff shouldn't have happened.

9    Q. Would you agree that you can't plan whether

10      or not a crew member will get sick?

11   A. I agree that entirely.  Seasickness is a

12      weird thing.  You can't predict it.  The

13      weather I would say is a huge contributing

14      factor there.

15   Q. That was my next question to you.

16              As far as that goes, did you have

17      an understanding of and did you document

18      what the weather report was at the time, not

19      what the actual weather was but what the

20      predictions were for the time frame when

21      Mr. Andersson set off?

22   A. I definitely know that we don't have any

23        separate documentation as to the

24        predictions.  And if we didn't speak to the

                                                    178

1         predictions in our report then we didn't

2         specifically look at the predictions.  If

3         the predictions were there we would have

4         written them in the report.

5                  However, the weather described is

6         really not that terrible or that unusual for

7         the Caribbean, especially when you go

8         offshore.  10 to 12 foot seas and 25 knots

9         of wind are a gusty day out on the ocean.

10        That's not a Caribbean sea storm per se.

11   Q.   You already said that, assuming Mr. Noah had

12        recorded it's not unreasonable to have

13        continued on the voyage.  Given that, is it

14        unreasonable to have set out to begin with

15        in these conditions that you said really

16        aren't that bad?

17   A.   Can you say that again?

18   Q.   The conditions that he had in front of him

19        as what you understand the prediction to be,

20        what he ended up with, is it unreasonable to

21        have set out in those conditions?

22    A.    I think the argument of reasonability here

23          is really not so much about setting out it's

24          about being prepared for those conditions.

179

1           It's reasonable that you're going to

2           encounter those conditions.  We've had

3           assertions it was unsafe and you couldn't

4           turn around because it was so dangerous.

5           The crew member has become not just seasick

6           but reportedly incapacitatedly seasick.

7                 In terms of prior planning and

8           preparation again, you know, these are not

9           conditions that should be unexpected.  This

10          isn't a freak weather system coming through

11          and really whipping it up, this is just a

12          blowy day.

13    Q.    The seasickness of a crew member could be

14          completely unexpected, true?

15    A.    Yes, absolutely.

16                MS. NIEMEYER:  I have no further

17          questions.  It's like 1:59.

18                Will you have other questions?

19                MR. GOLDMAN:  No, I have nothing.

20                MS. NIEMEYER:  Standing order for

21          the transcript.

22                  (Whereupon the deposition was

23          concluded at 2:00 p.m.)

24

↟

                                                180

1          ERRATA SHEET DISTRIBUTION INFORMATION

2          DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS

3

4              ERRATA SHEET DISTRIBUTION INFORMATION

5                  The original of the Errata Sheet has

6          been delivered to Michael Goldman, Esquire.

7                  When the Errata Sheet has been

8          completed by the deponent and signed, a copy

9          thereof should be delivered to each party of

10         record and the ORIGINAL forwarded to

11         Michelle Niemeyer, Esquire, to whom the

12         original deposition transcript was

13         delivered.

14

15              INSTRUCTIONS TO DEPONENT

16                  After reading this volume of your

17         deposition, please indicate any corrections

18         or changes to your testimony and the reasons

19         therefor on the Errata Sheet suppled to you

20          and sign it.  DO NOT make marks or notations

21          on the transcript volume itself.  Add

22          additional sheets if necessary.  Please

23          refer to the above instructions for errata

24          sheet distribution information.

                                                  181

1          PLEASE ATTACH TO THE DEPOSITION OF:

2          Andrew Ball

3          CASE:  Great Lakes Insurance

4          DATE TAKEN:  January 21, 2022

5                        ERRATA SHEET

6          Please refer to page 181 for errata sheet

7          instructions and distribution instructions.

8

9           PAGE        LINE    CHANGE       REASON

10

11

12

13

14

15

16              I have read the foregoing transcript

17          of my deposition and except for any

18          corrections or changes noted above, I hereby

19          subscribe to the transcript as an accurate

20          record of the statements made by me.

21               Executed this    day of         , 2022.

22

23

24                         ANDREW BALL

                                                      182

1          COMMONWEALTH OF MASSACHUSETTS)

2          SUFFOLK, SS.                    )

3

4               I, Linda Bernis, a Registered

5          Professional Reporter and Notary Public in

6          and for the Commonwealth of Massachusetts,

7          do hereby certify that ANDREW BALL, the

8          witness who remotely appeared, was duly

9          sworn by me and that such deposition is a

10          true record of the testimony given by the

11          witness.

12               I further certify that I am neither

13          related to or employed by any of the parties

14          in or counsel to this action, nor am I

15          financially interested in the outcome of

16          this action.

17               In witness whereof, I have hereunto

18          set my hand and seal this 10th day of

19          February, 2022.

20

21

22                              Notary Public

23          My Commission expires:

24          July 25, 2025