**Samantha Thomas**

| | |
|---|---|
| **From:** | Bill Hodgens <wrhodgens@yachtinsure.com> |
| **Sent:** | 15 November 2018 18:21 |
| **To:** | Quote Team |
| **Subject:** | Andersson//////ICON |
| **Attachments:** | img20181115_13185174.pdf |
| **Categories:** | B.O.R Required |

Please quote…

*Bill Hodgens*
*W.R.Hodgens Marine Insurance. Inc.*
2019 SW 20th Street, Suite 102
Fort Lauderdale, FL 33315
954 523 6867- Fax: 954 523 6488
wrhodgens@yachtinsure.com
www.yachtinsure.com
*Located at Lauderdale Marine Center, the nation's premier boatyard!*



***PLEASE NOTE THAT YOU MAY NOT RELY ON EMAIL COMMUNICATION TO US TO REPORT A CLAIM OR TO GIVE US INSTRUCTIONS TO PLACE, BIND, CHANGE OR TERMINATE COVERAGE UNLESS WE HAVE SUBSEQUENTLY CONFIRMED TO YOU IN WRITING THAT WE HAVE RECEIVED YOUR MESSAGE AND WILL BE TAKING THE ACTION YOU HAVE REQUESTED.***

Andersson_UF000001

# Request For Quote
## from W.R. Hodgens Marine Insurance, Inc.

Date entered: Nov 15, 2018

### Client Information

| Name | Martin Andersson | | Date of Birth | 3/29/49 | Occupation | |
|---|---|---|---|---|---|---|
| Address | 184 Century Mill Rd | | | Email | mandersson031@gmail.com | |
| City | Bolton | State | MA | Zip | 1740 | County | Country |
| Phone | 774 249 4194 | Office | | Fax | | Drv Lic # / Drv Lic ST | |

### Vessel Information

| Mfr/Make | Catana 47 Sail Cat | Model | SAIL CAT | Usage | Private Pleasure | Charter Pass. | none |
|---|---|---|---|---|---|---|---|
| Model Year | 2000 | Date Bought | 11/18 | Purchase Price | 370000 | Current name of Vessel | | Vessel Type | Sailboat |
| Hull Material | Fiberglass | Length | 47 | Max Speed | 8 | Home Port | Grenada in summer | | |
| Surveyed? | No | Type: | | Date of Survey | | Auto Fire System | No | Flag | US | Hull Type | Catamaran | Live Aboard | No |
| Engine Info. | Engine Type | Inboard | Fuel | Diesel | No. of Engines | 2 | Engine Mfr. | Detroit | HP per Engine | 550x2 | |
| Other: | Trailer year: 0 | | | Tender/Dinghy Year: 0 | | | |

### Client History

| Years boating experience | 30 | Previous Boats Owned: (size & mfr) | 44 Leopard 5 years |
|---|---|---|---|
| Losses in past ten years: | No | Date of Loss(es) | Amount Paid | Loss paid by (insurance. co. name) |
| Loss Details | | | |
| Driving record (moving violations in past 5 years) | | | |

### Applicable Discounts

| Certified Courses | | | | |
|---|---|---|---|---|
| Laid-up: No Where: | From: To: | Other Operators? No | | |
| Navigation: | Fl and Bahamas and Carib no box | | | |

### Coverage Limits

| Hull, Machinery & Equip. | 365,000 | Liability | |
|---|---|---|---|
| Personal Property | | Limits of Liability: | $1,000,000 |
| Tender/Dinghy | 5,000 | Paid Crew | |
| Tender/Dinghy Motor | PE 500 | Paid Crew? | No |
| Trailer | | No. of Crew: | none |
| Other | | Limit of Liability: | |

| Present Carrier: | 0 | Premium: | | Expires: | |
|---|---|---|---|---|---|

Comments:   Private Pleasure...

end of quote request for: Martin Andersson    Referred by:

PLEASE ADVISE AP TO ADD $1000.00 IN CAP CHARTER P+I PASSENGERS

W.R. Hodgens Marine Insurance, Inc. 2015 SW 20th St. Suite 100, Fort Lauderdale FL 33315
(954) 523-6867  (800) 990-9283  (800) 990-WAVE  Fax (954) 523-6488  wrhodgens@yachtinsure.com  www.YachtInsure.com

Andersson_PH000002

W2B25