

# Quotation

Valid for 60 days only

| | |
|---|---|
| **Date:** | Monday November 19, 2018 |
| **Quote Number:** | 395722B |
| **From:** | Liam Gilhooly |
| **To:** | Melinda Ackwith, W R Hodgens Marine Insurance Inc |
| **Applicant:** | Martin Andersson |
| **Scheduled Vessel:** | 2000 47' Catana with TBA diesel engine |

**Cover and Respective Insured Limits:**

| Section | Sum Insured | Deductible |
|---|---:|---:|
| **A  Hull** | US$ 365,000 | US$ 14,600 |
| (Named Windstorm Deductible) | | US$ 29,200 |
| Tender/Dinghy | US$ 5,000 | US$ 500 |
| Non-Emergency Towing | US$ 500 | not applicable |
| **B  Third-Party Liability** CSL | US$ 1,000,000 | US$ 2,500 |
| Commercial Passenger Liability Extension within CSL | US$ 1,000,000 | US$ 2,500 |
| **C  Medical Payments** | US$ 10,000 | US$ 100 |
| **D  Uninsured Boaters** | US$ 365,000 | not applicable |
| **F  Personal Property** | US$ 5,000 | US$ 500 |

| | |
|---|---|
| **Total Premium:** | US$ 8,101 cancelling returns only + US$ 35 Certificate Fee |
| | In the event of cancellation by the Assured minimum of 25% of premium deemed earned. |
| **Laid Up Period:** | None |
| **Navigational Limits:** | Warranted that the Scheduled Vessel is confined to Florida, the Bahamas and the Caribbean Sea (excluding Cuba, Colombia, Haiti and Venezuela) - not to exceed 150 miles offshore. |
| **Insuring Agreement Wording:** | |
| | As per SYP/8/COM. Amended to include Captain Charter with liability to maximum six passengers within Combined Single Limit. Excluding liability to paid crew. |

Concept Special Risks Ltd
+44 (0) 1943 882 700  •  www.special-risks.com
Unity House  •  2 Station Court  •  Station Road  •  Guiseley  •  LEEDS  •  LS20 8EY  •  United Kingdom

Andersson_UF000012

**Additional Warranties, Terms and Conditions:**

INDICATION ONLY subject to receipt and underwriter acceptance of a fully completed Concept Application Form prior to binding.

Warranted that the Scheduled Vessel will be located and will only navigate south of 12 degrees 40 minutes north latitude from July 1st to November 1st.

**Insurance Provider:** Great Lakes Insurance SE

**The Above Subject To:** Satisfactory application form, valuation, out-of-water survey, Concept Letter of Compliance with Survey Recommendations, hurricane plan

**We accept surveys performed by qualified marine surveyors who are members of the following organizations:**

- S.A.M.S. — Society of Accredited Marine Surveyors, www.marinesurvey.org
- N.A.M.S. — The National Association of Marine Surveyors Inc, www.namsglobal.org
- S.N.A.M.E. — The Society of Naval Architects and Marine Engineers, www.sname.org

We prefer to receive surveys from members of these organizations, but in extenuating circumstances exceptions can be made. In such cases the underwriters will require full details of the surveyor's qualifications and experience. These must be provided for approval before the survey is performed. We will endeavour to assist where possible with finding a surveyor.

For more information regarding Concept Special Risks Ltd, policy wordings, endorsement wordings, standard forms and frequently asked questions, please see our website www.special-risks.com.