# Samantha Thomas

| | |
|---|---|
| **From:** | Bill Hodgens <wrhodgens@yachtinsure.com> |
| **Sent:** | 21 December 2018 20:55 |
| **To:** | Liam Gilhooly |
| **Cc:** | Bind |
| **Subject:** | BIND REQUEST ////////// Martin Andersson |
| **Attachments:** | doc01996920181221132950.zip; doc01996720181221132927.pdf; doc01996820181221132939.pdf; doc01996920181221132950.pdf; quote_395722_H0_0.pdf |

Hello Liam…
Please bind this today….
Happy to provide any info….
Thank you!

**Bill Hodgens**
*W.R.Hodgens Marine Insurance. Inc.*
2019 SW 20th Street, Suite 102
Fort Lauderdale, FL 33315
954 523 6867- Fax: 954 523 6488
wrhodgens@yachtinsure.com
www.yachtinsure.com
***Located at Lauderdale Marine Center, the nation's premier boatyard!***



***PLEASE NOTE THAT YOU MAY NOT RELY ON EMAIL COMMUNICATION TO US TO REPORT A CLAIM OR TO GIVE US INSTRUCTIONS TO PLACE, BIND, CHANGE OR TERMINATE COVERAGE UNLESS WE HAVE SUBSEQUENTLY CONFIRMED TO YOU IN WRITING THAT WE HAVE RECEIVED YOUR MESSAGE AND WILL BE TAKING THE ACTION YOU HAVE REQUESTED.***

**From:** Felice de Jong
**Sent:** Friday, December 21, 2018 3:47 PM
**To:** Martin Andersson ; Bill Hodgens
**Subject:** Re: Marine Insurance: Martin Andersson

Hello Bill,
Here are the insurance documents. My license is for a monohull so not applicable here.

Thank you and best wishes,
Felice


CONFIDENTIALITY STATEMENT: The information contained in this message may be privileged and confidential. It is intended only for the use of the individual named above. If you are not the intended recipient, any dissemination,

1

Andersson_UF000051

distribution or copying of this message is prohibited. If you have received this message in error, please advise the sender by reply e-mail, and delete this message and any attachments.

  Virus-free. www.avast.com

On Fri, Dec 21, 2018 at 10:17 AM Martin Andersson <mandersson031@gmail.com> wrote:

> Sent from my iPad
>
> Begin forwarded message:
>
>> **From:** Martin Andersson <mandersson031@gmail.com>
>> **Date:** December 21, 2018 at 7:33:50 AM GMT-7
>> **To:** felice@iroatech.com
>> **Subject: Fwd: Marine Insurance: Martin Andersson**
>>
>>
>> Sent from my iPad
>>
>> Begin forwarded message:
>>
>>> **From:** Bill Hodgens <wrhodgens@yachtinsure.com>
>>> **Date:** December 20, 2018 at 8:32:44 PM GMT-7
>>> **To:** Martin Andersson <mandersson031@gmail.com>
>>> **Subject: RE: Marine Insurance: Martin Andersson**
>>>
>>> Bueno~

2

QT 395722A

**Application Form**  PRIVATE USE — NO CREW

| ASSURED'S NAME: | ASSURED'S NATIONALITY: | ASSURED'S STATE OF RESIDENCE: |
|---|---|---|
| Martin Andersson | | MA |

FULL MAILING ADDRESS (Including ZIP/Post Code where available). IF COMPANY PROVIDE REGISTERED ADDRESS

184 CENTURY MILL RD
Bolton MA 1740

BENEFICIAL OWNER (this should be completed if vessel is insured in a company name or if the beneficial owner of the vessel is someone other than the Named Assured):

| EFFECTIVE DATE FROM: (mm/dd/yy) 12/20/18 | TO: (mm/dd/yy) 12/20/19 | 0.01hrs LST |
|---|---|---|
| VESSEL NAME: | HULL ID: 0 | LENGTH OVERALL: 47 |
| MANUFACTURER/MODEL: Catana 47 Sail Cat / | YEAR BUILT: 2000 | MODEL YEAR: 2000 |
| PURCHASE PRICE: 370000 | DATE OF PURCHASE: 11/18 | PRESENT VALUE: 365000 |
| MAXIMUM SPEED: 8 | VESSEL REGISTERED: 0 | VESSEL FLAG: US |

COVERAGES WILL NOT BE PROVIDED UNLESS REQUESTED HEREUNDER

| COVERAGES | LIMIT (US Dollar) |
|---|---|
| HULL PHYSICAL DAMAGE | 365000 |
| TENDER/DINGHY | 5000 |
| MEDICAL PAYMENTS (maximum ($50,000) | 10,000 |
| PERSONAL PROPERTY | 5000 |
| TRAILER | — |
| BREACH OF WARRANTY (APPLICABLE LOSS PAYEE MUST BE DETAILED ON PAGE 4) | — |
| THIRD PARTY LIABILITY | 1,000,000 |
| LIABILITY TO PAID CREW | NONE |
| COMMERCIAL PASSENGER LIABILITY | NONE |
| UNINSURED BOATERS (minimum $100,000) | 365,000 |
| NON-EMERGENCY TOWING | 500 |
| OTHER (please specify) | |

PLEASE TICK THE APPROPRIATE BOXES

| PRIMARY POWER | SAIL | X | TYPE OF VESSEL | SAILBOAT | |
|---|---|---|---|---|---|
| | OUTBOARD | | | MOTOR YACHT | |
| | INBOARD | X | | SPORTSFISHER | |
| HULL MATERIAL: | FIBREGLASS | X | | HOUSEBOAT | |
| | WOOD | | | CATAMARAN | X |
| | KEVLAR | | | OTHER (give details) | |
| | CARBONFIBRE | | LAST SURVEYED (mm/dd/yy) | ASHORE OR AFLOAT | |
| | FERROCEMENT | | | | |
| | METAL | | | | |

VESSEL ENGINE/OUTBOARD DETAILS

| | HP | MANUFACTURER | FUEL | YEAR | SERIAL NO# |
|---|---|---|---|---|---|
| #1 | | Catana 47 Sail Cat | Diesel | 0 | 0 |
| #2 | | | | | |

| | DATE PURCHASED | PURCHASE PRICE | PRESENT VALUE |
|---|---|---|---|
| #1 | 0 | 0 | 0 |
| #2 | | | |

Andersson_UF000053

| TENDER/DINGHY INFORMATION ||||
|---|---|---|---|
| MANUFACTURER | YEAR | HULL ID/SERIAL NUMBER | LENGTH |
|  |  |  |  |

| TENDER/DINGHY ENGINE/OUTBOARD DETAILS |||
|---|---|---|
| MANUFACTURER | HP | SERIAL NUMBER |
|  |  |  |

| TRAILER INFORMATION ||||||
|---|---|---|---|---|---|
| MANUFACTURER | YEAR BUILT | DATE PURCHASED | PURCHASE PRICE | PRESENT VALUE | SERIAL NUMBER |
|  |  |  |  |  |  |

PRIMARY MOORING LOCATION OF VESSEL (INCLUDING ZIP/POST CODE WHERE AVAILABLE) BETWEEN JULY 1st – NOV 1st
PLEASE SPECIFY WHETHER VESSEL WILL BE ASHORE/AFLOAT (MOORED) OR ON A HOIST. IF YOU ARE UNABLE TO PROVIDE A ZIP/POST CODE, PLEASE ADVISE LONGITUDE & LATITUDE.

GRENADA (SUMMER)    FL / Bah + CARIB PER QS.

PLEASE ADVISE IF THIS VESSEL IS FITTED WITH MANUFACTURER RECOMMENDED FIRE PREVENTION/EXTINGUISHING EQUIPMENT
(if no provide explanation):
YES    NO

PLEASE DETAIL ANY ANTI-THEFT PRECAUTIONS WHICH ARE IN PLACE

ALL WATERS TO BE NAVIGATED DURING THIS POLICY PERIOD (YOU MAY ATTACH AN ITINERARY)

FL  Bah + CARIB

WILL THE VESSEL BE LAID UP (OUT OF USE) DURING THIS POLICY PERIOD – IF SO DETAIL EXACT DATES, LOCATION AND ADVISE WHETHER ASHORE OR AFLOAT.

| # | GENERAL INFORMATION ||||
|---|---|---|---|---|
| 1 | IS THIS VESSEL USED FOR FARE PAYING PASSENGERS? | YES | NO | IF YES, NUMBER OF PASSENGERS PER TRIP  MAXIMUM:  AVERAGE:  NUMBER OF TRIPS PER YEAR  MAXIMUM:  AVERAGE: |
| 2 | IS THIS VESSEL CHARTERED TO OTHERS WITH A CAPTAIN? | YES | NO | IF YES, COMPLETE CAPTAIN CHARTER SUPPLEMENTARY SHEET |
| 3 | DOES THIS APPLICANT EMPLOY PAID CREW | YES | NO | IF YES, HOW MANY? |
| 4 | IS THIS VESSEL CHARTERED TO OTHERS WITHOUT A CAPTAIN (BAREBOAT)? | YES | NO | IF YES, COMPLETE BAREBOAT CHARTER SUPPLEMENTARY SHEET |
| 5 | IS THIS VESSEL USED FOR WATERSKIING OR DIVEBOAT CHARTER? | YES | NO | IF YES, PROVIDE DETAILS |
| 6 | IS THIS VESSEL USED FOR ANY OTHER COMMERCIAL OR BUSINESS PURPOSES? | YES | NO | IF YES, PROVIDE DETAILS |

Andersson_UF000054

← PLEASE ANSWER

| # | | | | GENERAL INFORMATION CONTINUED |
|---|---|---|---|---|
| 7 | WILL THIS VESSEL BE OPEATED SINGLE HANDEDLY AT NIGHT? | YES ✗ | NO ✓ | IF YES, ADVISE WHEN, WHERE AND HOW OFTEN? ✗ |
| 8 | DOES ANYONE RESIDE ABOARD THE VESSEL | YES ✓ | NO | IF YES, FOR HOW LONG DURING THE POLICY PERIOD? 7 months |
| 9 | WILL THIS VESSEL PARTICIPATE IN ANY RACES/REGATTAS/RALLYS/SPEED TRIALS DURING THIS POLICY PERIOD? | YES | NO ✓ | IF YES, COMPLETE RACING SUPPLEMENTARY SHEET |
| 10 | WAS ANY INSURANCE DECLINED, CANCELLED OR NON-RENEWED IN THE LAST 5 YEARS? | YES | NO | IF YES, PROVIDE DETAILS |
| 11 | HAVE YOU OR ANY NAMED OPERATOR BEEN INVOLVED IN A LOSS IN THE LAST 10 YEARS (INSURED OR NOT) | YES | NO ✓ | IF YES, PROVIDE DETAILS |
| 12 | HAVE YOU OR ANY NAMED OPERATED BEEN CONVICTED OF A CRIMINAL OFFENCE OR PLEADED NO CONTEST TO A CRIMINAL ACTION? | YES | NO ✓ | IF YES, PROVIDE DETAILS |

ALL OPERATORS MUST BE DETAILED - IF THERE ARE MORE THAN TWO OPERATORS PLEASE REQUEST ADDITIONAL OPERATOR SHEETS

| No. | Full Name | Date of Birth (mm/dd/yy) | Violations/Suspensions (including Auto) in the last 5 years |
|---|---|---|---|
| 1 | Alv Boxter | 05/29/1949 | none |
| | | Years of Boat Ownership: 15 | Years of Boating Experience: 30 |
| | | Boating Qualifications (for example USCG 100Ton): Please see enclosed documents | |
| | | Lengths and Manufacturers of Vessels previously owned or operated: Leopard 444, 46; Oceanstar 56, Beneteau 47 ++ | |
| | | Have you been involved in a Loss in the last 10 years (insured or not)? If YES, please give details and: no | |
| | | Have you ever been convicted of a criminal offence or pleaded no contest? If YES, please give details: no | |
| 2 | | Date of Birth (mm/dd/yy) | Violations/Suspensions (including Auto) in the last 5 years |
| | | Years of Boat Ownership | Years of Boating Experience |
| | | Boating Qualifications (for example USCG 100Ton) | |
| | | Lengths and Manufacturers of Vessels previously owned or operated | |
| | | Have you been involved in a Loss in the last 10 years (insured or not)? If YES, please give details and | |
| | | Have you ever been convicted of a criminal offence or pleaded no contest? If YES, please give details | |

WARNING: THIS IS A NAMED OPERATOR ONLY POLICY

Andersson_UF000055



# Quotation

Valid for 60 days only

| | |
|---|---|
| **Date:** | Monday November 19, 2018 |
| **Quote Number:** | 395722A |
| **From:** | Liam Gilhooly |
| **To:** | Melinda Ackwith, W R Hodgens Marine Insurance Inc |
| **Applicant:** | Martin Andersson |
| **Scheduled Vessel:** | 2000 47' Catana with TBA diesel engine |

**Cover and Respective Insured Limits:**

| Section | Sum Insured | Deductible |
|---|---:|---:|
| **A Hull** | US$ 365,000 | US$ 14,600 |
| (Named Windstorm Deductible) | | US$ 29,200 |
| Tender/Dinghy | US$ 5,000 | US$ 500 |
| Non-Emergency Towing | US$ 500 | not applicable |
| **B Third-Party Liability** CSL | US$ 1,000,000 | US$ 500 |
| **C Medical Payments** | US$ 10,000 | US$ 100 |
| **D Uninsured Boaters** | US$ 365,000 | not applicable |
| **F Personal Property** | US$ 5,000 | US$ 500 |

| | |
|---|---|
| **Total Premium:** | US$ 6,927 cancelling returns only + US$ 35 Certificate Fee |
| | In the event of cancellation by the Assured minimum of 25% of premium deemed earned. |
| **Laid Up Period:** | None |
| **Navigational Limits:** | Warranted that the Scheduled Vessel is confined to Florida, the Bahamas and the Caribbean Sea (excluding Cuba, Colombia, Haiti and Venezuela) - not to exceed 150 miles offshore. |
| **Insuring Agreement Wording:** | |
| | As per SYP/8/PPO |

Concept Special Risks Ltd
+44 (0) 1943 882 700   •   www.special-risks.com
Unity House   •   2 Station Court   •   Station Road   •   Guiseley   •   LEEDS   •   LS20 8EY   •   United Kingdom

Andersson_UF000056

**Additional Warranties, Terms and Conditions:**

INDICATION ONLY subject to receipt and underwriter acceptance of a fully completed Concept Application Form prior to binding.

Warranted that the Scheduled Vessel will be located and will only navigate south of 12 degrees 40 minutes north latitude from July 1st to November 1st.

| | |
|---|---|
| **Insurance Provider:** | Great Lakes Insurance SE |
| **The Above Subject To:** | Satisfactory application form, valuation, out-of-water survey, Concept Letter of Compliance with Survey Recommendations, hurricane plan |

**We accept surveys performed by qualified marine surveyors who are members of the following organizations:**

- S.A.M.S. — Society of Accredited Marine Surveyors, www.marinesurvey.org
- N.A.M.S. — The National Association of Marine Surveyors Inc, www.namsglobal.org
- S.N.A.M.E. — The Society of Naval Architects and Marine Engineers, www.sname.org

We prefer to receive surveys from members of these organizations, but in extenuating circumstances exceptions can be made. In such cases the underwriters will require full details of the surveyor's qualifications and experience. These must be provided for approval before the survey is performed. We will endeavour to assist where possible with finding a surveyor.

For more information regarding Concept Special Risks Ltd, policy wordings, endorsement wordings, standard forms and frequently asked questions, please see our website www.special-risks.com.