# Samantha Thomas

| | |
|---|---|
| From: | Bill Hodgens <wrhodgens@yachtinsure.com> |
| Sent: | 18 December 2019 12:43 |
| To: | Claims |
| Cc: | mandersson031@gmail.com |
| Subject: | FW: Melody severe accidentFW: Concept Special Risks Renewal Quotation [413728] renewing risk 172119] for 'Martin Andersson' |

PLEASE NOTE BELOW THE FIRST NOTICE OF A LOSS/CLAIM ON THIS VESSEL...PLEASE CONTACT THE CLIENT...WE WILL SEND HIM A LOSS FORM....


Bill Hodgens
W.R.Hodgens Marine Insurance. Inc.
1425 South Andrews Ave Suite 250
Fort Lauderdale, FL 33316
954 523-6867          Fax 954 523-6488 wrhodgens@yachtinsure.com www.yachtinsure.com

LOCATED IN THE HEART OF FORT LAUDERDALE FLORIDA, THE WORLD CENTER OF YACHTING!

PLEASE NOTE THAT YOU MAY NOT RELY ON EMAIL COMMUNICATION TO US TO REPORT A CLAIM OR TO GIVE US INSTRUCTIONS TO PLACE, BIND, CHANGE OR TERMINATE COVERAGE UNLESS WE HAVE SUBSEQUENTLY CONFIRMED TO YOU IN WRITING THAT WE HAVE RECEIVED YOUR MESSAGE AND WILL BE TAKING THE ACTION YOU HAVE REQUESTED.

-----Original Message-----
From: Martin Andersson <mandersson031@gmail.com>
Sent: Wednesday, December 18, 2019 6:04 AM
To: Bill Hodgens <wrhodgens@yachtinsure.com>
Subject: Melody severe accident

Good morning,
Melody got severe damages last night in Boca Chica, DOminican Republic. Please advice how to proceed with accident report etc.
Please respond ASAP.
Martin Andersson

Sent from my iPad

Andersson_CF000001