# Samantha Thomas

| | |
|---|---|
| **From:** | Martin Andersson <mandersson031@gmail.com> |
| **Sent:** | 18 December 2019 14:02 |
| **To:** | Samantha Thomas |
| **Cc:** | wrhodgens@yachtinsure.com; Sarah Delacey-Simms; Mark Thomas; Shorif Uddin |
| **Subject:** | Re: Martin Andersson CSRYP/172119 |

Samantha,

Thanks for the email.
We came from Aruba. I had one crew member onboard in addition to me. We realized that the generator and the VHF did not work when approaching Santo Domingo, Dominican Republic. We could receive VHF but not transmit. Via satellite phone we contacted Boca Chica Marina to secure a slip for repairs. As we had no possibility to contact them on VHF when approaching we called via sat phone several times. The office was closed when we got closer and the person answering the phone only spoke Spanish but said they would meet us outside to assist in the approach.
I was at the helm and when approaching Boca Chica in the dark at about 6.30 pm there was nobody to meet us. We approached at maybe less than 2 knots knots from 1 nm outside when suddenly the depth rapidly became shallow. I tried to reverse full speed on both engines but a wave from behind pushed us onto a man made reef. The boat turned sideways and ended up half way on the reef. Swell from behind kept pounding the boat and we activated the Iridium SOS. After approximately 2 hours private people from shore helped us ashore via a small boat inside the man made reef.
If you want to try to save Melody we need to have permission to have the local Navy in Boca Chica, DR, to move it to a safer place.
Let me know how to proceed.
Also, I will try to complete the form as soon as I can print. Right now I am at Immigration to process arrival papers. The Navy is waiting instruction.
Please respond ASAP.
Thank you,
Martin Andersson

Sent from my iPad

> On Dec 18, 2019, at 9:04 AM, Samantha Thomas <Samantha.Thomas@special-risks.co.uk> wrote:
>
> Acknowledged with thanks.
>
> Please describe what happened, who was operating and where the Vessel is now so that we can determine the next steps.
>
> We look forward to receiving the claim form with full details of the loss in due course.
>
> Kind regards
> Sam
>
>
> Samantha Thomas BA (Hons) Dip CII
> Claims Assistant
>
> Concept Special Risks Ltd
> Unity House, 2 Station Court, Station Road Guiseley, LEEDS, LS20 8EY
> United Kingdom
> _____
> _____

1

Andersson_CF000004