# Samantha Thomas

| | |
|---|---|
| From: | Samantha Thomas |
| Sent: | 18 December 2019 13:04 |
| To: | mandersson031@gmail.com |
| Cc: | wrhodgens@yachtinsure.com; Sarah Delacey-Simms; Mark Thomas; Shorif Uddin |
| Subject: | Martin Andersson CSRYP/172119 |

Acknowledged with thanks.

Please describe what happened, who was operating and where the Vessel is now so that we can determine the next steps.

We look forward to receiving the claim form with full details of the loss in due course.

Kind regards
Sam

-----Original Message-----
From: Bill Hodgens <wrhodgens@yachtinsure.com>
Sent: 18 December 2019 12:43
To: Claims <Claim@special-risks.co.uk>
Cc: mandersson031@gmail.com
Subject: FW: Melody severe accidentFW: Concept Special Risks Renewal Quotation [413728] renewing risk 172119] for 'Martin Andersson'

PLEASE NOTE BELOW THE FIRST NOTICE OF A LOSS/CLAIM ON THIS VESSEL...PLEASE CONTACT THE CLIENT...WE WILL SEND HIM A LOSS FORM....


Bill Hodgens
W.R.Hodgens Marine Insurance. Inc.
1425 South Andrews Ave Suite 250
Fort Lauderdale, FL 33316
954 523-6867          Fax 954 523-6488 wrhodgens@yachtinsure.com www.yachtinsure.com

LOCATED IN THE HEART OF FORT LAUDERDALE FLORIDA, THE WORLD CENTER OF YACHTING!

PLEASE NOTE THAT YOU MAY NOT RELY ON EMAIL COMMUNICATION TO US TO REPORT A CLAIM OR TO GIVE US INSTRUCTIONS TO PLACE, BIND, CHANGE OR TERMINATE COVERAGE UNLESS WE HAVE SUBSEQUENTLY CONFIRMED TO YOU IN WRITING THAT WE HAVE RECEIVED YOUR MESSAGE AND WILL BE TAKING THE ACTION YOU HAVE REQUESTED.

-----Original Message-----
From: Martin Andersson <mandersson031@gmail.com>
Sent: Wednesday, December 18, 2019 6:04 AM
To: Bill Hodgens <wrhodgens@yachtinsure.com>
Subject: Melody severe accident

Good morning,
Melody got severe damages last night in Boca Chica, DOminican Republic. Please advice how to proceed with accident report etc.
Please respond ASAP.

1

Andersson_CF000002

## Samantha Thomas

| | |
|---|---|
| From: | Martin <mandersson031@gmail.com> |
| Sent: | 18 December 2019 13:27 |
| To: | Bill Hodgens |
| Cc: | Claims |
| Subject: | Re: Melody severe accidentFW: Concept Special Risks Renewal Quotation [413728] renewing risk 172119] for 'Martin Andersson' |

Can i go onboard and salvage personal items?

Sent from my iPhone

> On Dec 18, 2019, at 8:43 AM, Bill Hodgens <wrhodgens@yachtinsure.com> wrote:
>
> PLEASE NOTE BELOW THE FIRST NOTICE OF A LOSS/CLAIM ON THIS VESSEL...PLEASE CONTACT THE CLIENT...WE WILL SEND HIM A LOSS FORM....
>
>
>
> Bill Hodgens
> W.R.Hodgens Marine Insurance. Inc.
> 1425 South Andrews Ave Suite 250
> Fort Lauderdale, FL 33316
> 954 523-6867          Fax 954 523-6488
> wrhodgens@yachtinsure.com
> www.yachtinsure.com
>
> LOCATED IN THE HEART OF FORT LAUDERDALE FLORIDA, THE WORLD CENTER OF YACHTING!
>
> PLEASE NOTE THAT YOU MAY NOT RELY ON EMAIL COMMUNICATION TO US TO REPORT A CLAIM OR TO GIVE US INSTRUCTIONS TO PLACE, BIND, CHANGE OR TERMINATE COVERAGE UNLESS WE HAVE SUBSEQUENTLY CONFIRMED TO YOU IN WRITING THAT WE HAVE RECEIVED YOUR MESSAGE AND WILL BE TAKING THE ACTION YOU HAVE REQUESTED.
>
> -----Original Message-----
> From: Martin Andersson <mandersson031@gmail.com>
> Sent: Wednesday, December 18, 2019 6:04 AM
> To: Bill Hodgens <wrhodgens@yachtinsure.com>
> Subject: Melody severe accident
>
> Good morning,
> Melody got severe damages last night in Boca Chica, DOminican Republic. Please advice how to proceed with accident report etc.
> Please respond ASAP.
> Martin Andersson
>
> Sent from my iPad

Andersson_CF000003

# Samantha Thomas

| | |
|---|---|
| **From:** | Martin Andersson <mandersson031@gmail.com> |
| **Sent:** | 18 December 2019 14:02 |
| **To:** | Samantha Thomas |
| **Cc:** | wrhodgens@yachtinsure.com; Sarah Delacey-Simms; Mark Thomas; Shorif Uddin |
| **Subject:** | Re: Martin Andersson CSRYP/172119 |

Samantha,

Thanks for the email.
We came from Aruba. I had one crew member onboard in addition to me. We realized that the generator and the VHF did not work when approaching Santo Domingo, Dominican Republic. We could receive VHF but not transmit. Via satellite phone we contacted Boca Chica Marina to secure a slip for repairs. As we had no possibility to contact them on VHF when approaching we called via sat phone several times. The office was closed when we got closer and the person answering the phone only spoke Spanish but said they would meet us outside to assist in the approach.
I was at the helm and when approaching Boca Chica in the dark at about 6.30 pm there was nobody to meet us. We approached at maybe less than 2 knots knots from 1 nm outside when suddenly the depth rapidly became shallow. I tried to reverse full speed on both engines but a wave from behind pushed us onto a man made reef. The boat turned sideways and ended up half way on the reef. Swell from behind kept pounding the boat and we activated the Iridium SOS. After approximately 2 hours private people from shore helped us ashore via a small boat inside the man made reef.
If you want to try to save Melody we need to have permission to have the local Navy in Boca Chica, DR, to move it to a safer place.
Let me know how to proceed.
Also, I will try to complete the form as soon as I can print. Right now I am at Immigration to process arrival papers. The Navy is waiting instruction.
Please respond ASAP.
Thank you,
Martin Andersson

Sent from my iPad

> On Dec 18, 2019, at 9:04 AM, Samantha Thomas <Samantha.Thomas@special-risks.co.uk> wrote:
>
> Acknowledged with thanks.
>
> Please describe what happened, who was operating and where the Vessel is now so that we can determine the next steps.
>
> We look forward to receiving the claim form with full details of the loss in due course.
>
> Kind regards
> Sam
>
>
> Samantha Thomas BA (Hons) Dip CII
> Claims Assistant
>
> Concept Special Risks Ltd
> Unity House, 2 Station Court, Station Road Guiseley, LEEDS, LS20 8EY
> United Kingdom
> _____
> _____

1

Andersson_CF000004

## Samantha Thomas

| | |
|---|---|
| From: | Martin Andersson <mandersson031@gmail.com> |
| Sent: | 18 December 2019 14:04 |
| To: | Bill Hodgens |
| Cc: | Claims |
| Subject: | Re: Melody severe accidentFW: Concept Special Risks Renewal Quotation [413728] renewing risk 172119] for 'Martin Andersson' |

Please send the form!
Thanks,
Martin

Sent from my iPad

> On Dec 18, 2019, at 8:43 AM, Bill Hodgens <wrhodgens@yachtinsure.com> wrote:
>
> PLEASE NOTE BELOW THE FIRST NOTICE OF A LOSS/CLAIM ON THIS VESSEL...PLEASE CONTACT THE CLIENT...WE WILL SEND HIM A LOSS FORM....
>
>
>
> Bill Hodgens
> W.R.Hodgens Marine Insurance. Inc.
> 1425 South Andrews Ave Suite 250
> Fort Lauderdale, FL 33316
> 954 523-6867          Fax 954 523-6488
> wrhodgens@yachtinsure.com
> www.yachtinsure.com
>
> LOCATED IN THE HEART OF FORT LAUDERDALE FLORIDA, THE WORLD CENTER OF YACHTING!
>
> PLEASE NOTE THAT YOU MAY NOT RELY ON EMAIL COMMUNICATION TO US TO REPORT A CLAIM OR TO GIVE US INSTRUCTIONS TO PLACE, BIND, CHANGE OR TERMINATE COVERAGE UNLESS WE HAVE SUBSEQUENTLY CONFIRMED TO YOU IN WRITING THAT WE HAVE RECEIVED YOUR MESSAGE AND WILL BE TAKING THE ACTION YOU HAVE REQUESTED.
>
> -----Original Message-----
> From: Martin Andersson <mandersson031@gmail.com>
> Sent: Wednesday, December 18, 2019 6:04 AM
> To: Bill Hodgens <wrhodgens@yachtinsure.com>
> Subject: Melody severe accident
>
> Good morning,
> Melody got severe damages last night in Boca Chica, DOminican Republic. Please advice how to proceed with accident report etc.
> Please respond ASAP.
> Martin Andersson
>
> Sent from my iPad

1

Andersson_CF000005

# Samantha Thomas

| | |
|---|---|
| **From:** | Samantha Thomas |
| **Sent:** | 18 December 2019 14:24 |
| **To:** | 'Martin Andersson' |
| **Cc:** | wrhodgens@yachtinsure.com; Sarah Delacey-Simms; Mark Thomas; Shorif Uddin |
| **Subject:** | RE: Martin Andersson CSRYP/172119 |
| **Attachments:** | Claim Notification Form - Concept NL.pdf |

Dear Martin,

Thank you for your prompt response.
Please act as a prudent uninsured and Immediately take all possible steps to minimise the loss and protect the Scheduled Vessel from further loss.

We will be appointing an adjuster today, I will provide their details in due course.

I have attached loss form for completion.

Kind regards
Samantha

-----Original Message-----
From: Martin Andersson <mandersson031@gmail.com>
Sent: 18 December 2019 14:02
To: Samantha Thomas <Samantha.Thomas@special-risks.co.uk>
Cc: wrhodgens@yachtinsure.com; Sarah Delacey-Simms <Sarah.Delacey-Simms@special-risks.co.uk>; Mark Thomas <Mark.Thomas@special-risks.co.uk>; Shorif Uddin <Shorif.Uddin@special-risks.co.uk>
Subject: Re: Martin Andersson CSRYP/172119

Samantha,

Thanks for the email.
We came from Aruba. I had one crew member onboard in addition to me. We realized that the generator and the VHF did not work when approaching Santo Domingo, Dominican Republic. We could receive VHF but not transmit. Via satellite phone we contacted Boca Chica Marina to secure a slip for repairs. As we had no possibility to contact them on VHF when approaching we called via sat phone several times. The office was closed when we got closer and the person answering the phone only spoke Spanish but said they would meet us outside to assist in the approach.
I was at the helm and when approaching Boca Chica in the dark at about 6.30 pm there was nobody to meet us. We approached at maybe less than 2 knots knots from 1 nm outside when suddenly the depth rapidly became shallow. I tried to reverse full speed on both engines but a wave from behind pushed us onto a man made reef. The boat turned sideways and ended up half way on the reef. Swell from behind kept pounding the boat and we activated the Iridium SOS. After approximately 2 hours private people from shore helped us ashore via a small boat inside the man made reef.
If you want to try to save Melody we need to have permission to have the local Navy in Boca Chica, DR, to move it to a safer place.
Let me know how to proceed.
Also, I will try to complete the form as soon as I can print. Right now I am at Immigration to process arrival papers.
The Navy is waiting instruction.
Please respond ASAP.
Thank you,
Martin Andersson

Sent from my iPad

1

Andersson_CF000006