# Samantha Thomas

| | |
|---|---|
| **From:** | andrew@caribsurveyors.com |
| **Sent:** | 18 December 2019 14:56 |
| **To:** | Samantha Thomas; bill@caribsurveyors.com |
| **Cc:** | Sarah Delacey-Simms; Mark Thomas; info@caribsurveyors.com; Shorif Uddin |
| **Subject:** | RE: Martin Andersson CSRYP/172119 SADS |

Good Morning Sam,

    Thank you for the instruction, which we are pleased to accept. Please do forward contact details as soon as possible. We will begin making immediate arrangements to attend pending direct contact with the Assured.

Best Regards,

Andrew Ball
Caribbean Marine Surveyors Ltd.
www.caribsurveyors.com
IAMI #04122     SAMS SA     MCA Master 200GT     MECAL A3
Caribbean Marine Surveyors Ltd. are Licensed Loss Adjusters in the BVI

E: andrew@caribsurveyors.com
C: +1 (284) 346-6242

Emergency after hours/weekends only:
E: mayday.caribsurveyors@gmail.com
C: +1 (284) 346-3999

This electronic transmission is strictly confidential and intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you have received this transmission in error, please notify us and delete the received data as soon as possible.

-----Original Message-----
From: Samantha Thomas <Samantha.Thomas@special-risks.co.uk>
Sent: Wednesday, December 18, 2019 10:41 AM
To: bill@caribsurveyors.com
Cc: Sarah Delacey-Simms <Sarah.Delacey-Simms@special-risks.co.uk>; Mark Thomas <Mark.Thomas@special-risks.co.uk>; Andrew Ball (andrew@caribsurveyors.com) <andrew@caribsurveyors.com>; info@caribsurveyors.com; Shorif Uddin <Shorif.Uddin@special-risks.co.uk>
Subject: FW: Martin Andersson CSRYP/172119 SADS
Importance: High

Dear Bill

Would you be kind enough to handle this urgent matter in Boca Chica.

I have requested assureds contact info and will forward to you upon receipt.

Kind regards
Sam


Samantha Thomas BA (Hons) Dip CII

1

Andersson_CF000008