**Samantha Thomas**

| | |
|---|---|
| **From:** | Martin Andersson <mandersson031@gmail.com> |
| **Sent:** | 19 December 2019 14:02 |
| **To:** | Samantha Thomas |
| **Cc:** | Bill Hodgens |
| **Subject:** | Claim form |

Hello Samantha,

Please confirm that it is acceptable to get the Claim Form completed after the insurance assessment is done. Andrew Ball from Caribbean Marine Surveyors is scheduled to arrive at Boca Chica today and Melody, the boat, is scheduled to be hauled today as soon as I receive and accept the cost estimate from the salvage company. Dockside Boca Chica, Mr. Georgios Saitas, is the company that has organized the divers etc. his tel. +809.399.6531 .
Please advice if I need to follow any special rules/guide lines.
Thanks,


Sent from my iPad