| | |
|---|---|
| **From:** | Martin Andersson |
| **To:** | Andrew Ball |
| **Subject:** | Re: Melody |
| **Date:** | Friday, December 20, 2019 12:01:19 PM |

Ok,

On Fri, Dec 20, 2019, 09:29 Andrew Ball <andrew@caribsurveyors.com> wrote:
> Good Morning Martin,
>
> Quick update. My SJU-SDQ flight has now been delayed by almost 3 hours. Unlikely I'll be with you until early evening. Will make contact on arrival in DR.
>
> Best regards,
>
> **Andrew Ball**
> Caribbean Marine Surveyors Ltd.
> Caribbean Adjusters and Marine Surveyors Ltd.
> www.caribsurveyors.com
> IAMI #04122     SAMS SA MCA Master 200GT     MECAL A3
> Licensed Loss Adjusters
>
> E: andrew@caribsurveyors.com
> E2: andrew@caribbeanmarinesurveyors.com
> P: +1 (284) 346-2091
> C: +1 (284) 346-6242
>
> Emergency after hours/weekends only:
> E: mayday.caribsurveyors@gmail.com
> C: +1 (284) 346-3999
>
> This electronic transmission is strictly confidential and intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you have received this transmission in error, please notify us and delete the received data as soon as possible.
>
>> On 18 Dec 2019, at 13:08, Martin <mandersson031@gmail.com> wrote:
>>
>> Andrew,
>> Now I have a local phone number 1 829 453 2980
>> Martin
>>
>> Sent from my iPhone
>>
>> On Dec 18, 2019, at 12:10 PM, Andrew Ball <andrew@caribsurveyors.com> wrote:

Martin,

Received and noted. I will try and contact you on the number below in a few hours. Provided I can arrange some flights (I am in British Virgin Islands) and that the vessel is stabilized I will arrange your attend tomorrow.
Can you advise as to your salvage plan at present and as to your intentions following salvage? We are happy to advise on the same if requested as well.

Best regards,

**Andrew Ball**
Caribbean Marine Surveyors Ltd.
Caribbean Adjusters and Marine Surveyors Ltd.
www.caribsurveyors.com
IAMI #04122    SAMS SA MCA Master 200GT    MECAL A3
Licensed Loss Adjusters

E: andrew@caribsurveyors.com
E2: andrew@caribbeanmarinesurveyors.com
P: +1 (284) 346-2091
C: +1 (284) 346-6242

Emergency after hours/weekends only:
E: mayday.caribsurveyors@gmail.com
C: +1 (284) 346-3999

This electronic transmission is strictly confidential and intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you have received this transmission in error, please notify us and delete the received data as soon as possible.

> On 18 Dec 2019, at 11:41, Martin <mandersson031@gmail.com> wrote:
>
> Andrew,
> Tried to call the number but can't get through.
> Immigration is arranging for a salvage co to move
> Melody to a safe place.
> My phone might not work here but the number is 1 774 249 4194
> Thanks
> Martin
>
> Sent from my iPhone