## Samantha Thomas

| | |
|---|---|
| **From:** | Martin Andersson <mandersson031@gmail.com> |
| **Sent:** | 21 December 2019 16:24 |
| **To:** | Samantha Thomas |
| **Cc:** | Bill Hodgens; Sarah Delacey-Simms; Mark Thomas; Shorif Uddin |
| **Subject:** | Re: Martin Andersson CSRYP/172119 SADS |

Hello Samantha,

A few questions:
After meeting ashore with the navy on Tuesday evening I arrange for two security guards to be onboard to prevent theft and looting.
So far I have covered for this security until 17.00 on Monday 23rd .
The total cost is US$1,200.00 that I have paid in cash, no receipts.
Please let me know how long I should keep the security going.

Also, from what I understand from Andre after visually inspected the boat this morning, it is a "CTL".
How long do you envision me to stay in Boca Chica?

Thanks,
Martin

Sent from my iPad

> On Dec 19, 2019, at 10:47 AM, Samantha Thomas <Samantha.Thomas@special-risks.co.uk> wrote:
>
> Dear Martin,
>
> Thank you for the update. Yes that is fine, do not worry about the claim form.
>
> I have attached your duties in the event of a loss. Andrew will be able to assist should you have any questions.
>
> Kind regards
> Sam
>
>
> Samantha Thomas BA (Hons) Dip CII
> Claims Assistant
>
> Concept Special Risks Ltd
> Unity House, 2 Station Court, Station Road Guiseley, LEEDS, LS20 8EY
> United Kingdom
> _____
> _____
>
> Our Company Registration No is 952756 Registered in England & Wales.
> Registered Office Address: Unity House, 2 Station Court, Station Road,
> Guiseley, LS20 8EY Authorised and Regulated by the Financial Conduct Authority Firm No 312098.
>
> This message, including attachments, is intended for the
> above-mentioned addressees only. It may contain confidential
> information the review, dissemination or disclosure of which is strictly prohibited. Should you receive this message in error, please delete it and notify the sender to the e-mail address indicated above.

1