# Samantha Thomas

| | |
|---|---|
| **From:** | Samantha Thomas |
| **Sent:** | 23 December 2019 10:34 |
| **To:** | 'Martin Andersson' |
| **Cc:** | Bill Hodgens; Sarah Delacey-Simms; Mark Thomas; Shorif Uddin |
| **Subject:** | RE: Martin Andersson CSRYP/172119 SADS |

Dear Martin,

Thank you for your email.
In order for us to reimburse the cost of the security we will need receipts. You should keep the security going as long as you see fit.

We have not yet received the damage report from Andrew so we are unable to comment. Once we have received the report we will be in a position to determine the next steps.

Kind regards
Samantha


-----Original Message-----
From: Martin Andersson <mandersson031@gmail.com>
Sent: 21 December 2019 16:24
To: Samantha Thomas <Samantha.Thomas@special-risks.co.uk>
Cc: Bill Hodgens <wrhodgens@yachtinsure.com>; Sarah Delacey-Simms <Sarah.Delacey-Simms@special-risks.co.uk>; Mark Thomas <Mark.Thomas@special-risks.co.uk>; Shorif Uddin <Shorif.Uddin@special-risks.co.uk>
Subject: Re: Martin Andersson CSRYP/172119 SADS

Hello Samantha,

A few questions:
After meeting ashore with the navy on Tuesday evening I arrange for two security guards to be onboard to prevent theft and looting.
So far I have covered for this security until 17.00 on Monday 23rd .
The total cost is US$1,200.00 that I have paid in cash, no receipts.
Please let me know how long I should keep the security going.

Also, from what I understand from Andre after visually inspected the boat this morning, it is a "CTL".
How long do you envision me to stay in Boca Chica?

Thanks,
Martin

Sent from my iPad

> On Dec 19, 2019, at 10:47 AM, Samantha Thomas <Samantha.Thomas@special-risks.co.uk> wrote:
>
> Dear Martin,
>
> Thank you for the update. Yes that is fine, do not worry about the claim form.
>
> I have attached your duties in the event of a loss. Andrew will be able to assist should you have any questions.