# Samantha Thomas

| | |
|---|---|
| **From:** | Martin Andersson <mandersson031@gmail.com> |
| **Sent:** | 23 December 2019 11:51 |
| **To:** | Samantha Thomas |
| **Subject:** | Re: Martin Andersson CSRYP/172119 SADS |

Hello Samantha,

Thanks for the information. I will try to get receipts but my Spanish is limited. Is a piece of hand written paper sufficient?

Can you explain the "as long as I see fit". The dinghy is the only thing I believe would be of value to anybody unless they know what they are doing. Then maybe the mast and the new 200 ft anchor chain. I doubt that the navigation equipment is of value at this moment. The VHF was broken before arrival. So was the Raymarine GPS.

In case the boat is a total write off will it then be the outfit that is assigned by the insurance company to take over all responsibilities?

Thank you,
Martin


Sent from my iPad

> On Dec 23, 2019, at 6:34 AM, Samantha Thomas <Samantha.Thomas@special-risks.co.uk> wrote:
>
> Dear Martin,
>
> Thank you for your email.
> In order for us to reimburse the cost of the security we will need receipts. You should keep the security going as long as you see fit.
>
> We have not yet received the damage report from Andrew so we are unable to comment. Once we have received the report we will be in a position to determine the next steps.
>
> Kind regards
> Samantha
>
>
>
>
> Samantha Thomas BA (Hons) Dip CII
> Claims Technician
>
> Concept Special Risks Ltd
> Unity House, 2 Station Court, Station Road Guiseley, LEEDS, LS20 8EY
> United Kingdom
> _____
> _____
>
> Our Company Registration No is 952756 Registered in England & Wales.
> Registered Office Address: Unity House, 2 Station Court, Station Road,
> Guiseley, LS20 8EY Authorised and Regulated by the Financial Conduct Authority Firm No 312098.