# Samantha Thomas

| | |
|---|---|
| From: | Sarah Delacey-Simms |
| Sent: | 24 December 2019 15:16 |
| To: | Martin Andersson; Samantha Thomas; Andrew Ball |
| Cc: | 'Bill Bailey'; Mark Thomas; Shorif Uddin |
| Subject: | Martin Andersson CSRYP/172119 SADS |

Dear Martin,

Thank you for your email.

Please contact Bill at Caribbean Marine Surveyors for guidance (copied in for ease).
Until a coverage determination is made you need to take steps to protect your vessel which may include arranging for a salvage company to assist, this is your responsibility.

Kind regards
Sarah

**From:** Martin Andersson <mandersson031@gmail.com>
**Sent:** 24 December 2019 15:10
**To:** Samantha Thomas <Samantha.Thomas@special-risks.co.uk>; Sarah Delacey-Simms <Sarah.Delacey-Simms@special-risks.co.uk>; Andrew Ball <andrew@caribsurveyors.com>
**Subject:** Fwd: Video from Martin


Here's another one. The Navy is pushing me for an answer on when the insurance company will get back with information about moving the boat.
Thanks,
Martin
Sent from my iPad

Begin forwarded message:

> **From:** Martin Andersson <Mandersson031@gmail.com>
> **Date:** December 24, 2019 at 10:24:52 AM AST
> **To:** Martin A <mandersson031@gmail.com>
> **Subject: Video from Martin**

Andersson_CF000053