# Samantha Thomas

| | |
|---|---|
| **From:** | Martin Andersson <mandersson031@gmail.com> |
| **Sent:** | 26 December 2019 23:13 |
| **To:** | Samantha Thomas; Sarah Delacey-Simms |
| **Subject:** | Melody salvage |

Hello,
Can you confirm that I can decide what to do with Melody. I have an agreement to be signed tomorrow, Friday, with a local company that will remove and scrap the boat at no cost if they can take ownership of the same for $1.
Please advice,
Thanks,
Martin
Sent from my iPad

1

# Samantha Thomas

| | |
|---|---|
| From: | Samantha Thomas |
| Sent: | 27 December 2019 12:21 |
| To: | 'Martin Andersson' |
| Cc: | Sarah Delacey-Simms; Mark Thomas; Shorif Uddin; wrhodgens@yachtinsure.com |
| Subject: | RE: Melody salvage - Martin Andersson - CSRYP/172119 SADS |
| Attachments: | Andersson ROR .pdf |

Dear Martin,

Please see the attached reservation of rights letter in response to your claim.

You may proceed to accept the offer on an entirely without prejudice basis.
We are unable to confirm coverage at this stage.

Kind regards
Samantha

-----Original Message-----
From: Martin Andersson <mandersson031@gmail.com>
Sent: 26 December 2019 23:13
To: Samantha Thomas <Samantha.Thomas@special-risks.co.uk>; Sarah Delacey-Simms <Sarah.Delacey-Simms@special-risks.co.uk>
Subject: Melody salvage


Hello,
Can you confirm that I can decide what to do with Melody. I have an agreement to be signed tomorrow, Friday, with a local company that will remove and scrap the boat at no cost if they can take ownership of the same for $1.
Please advice,
Thanks,
Martin
Sent from my iPad

1

Andersson_CF000055