**Samantha Thomas**

| | |
|---|---|
| **From:** | Martin Andersson <mandersson031@gmail.com> |
| **Sent:** | 28 December 2019 16:29 |
| **To:** | Samantha Thomas |
| **Subject:** | Re: Melody salvage - Martin Andersson - CSRYP/172119 SADS |

Samantha,
There are several points that are not correct and I will respond to them after conferring with our lawyer.
As for now I intend to get Melody safely salvage.
Thanks,
Martin

Sent from my iPad

> On Dec 27, 2019, at 8:21 AM, Samantha Thomas <Samantha.Thomas@special-risks.co.uk> wrote:
>
> Dear Martin,
>
> Please see the attached reservation of rights letter in response to your claim.
>
> You may proceed to accept the offer on an entirely without prejudice basis.
> We are unable to confirm coverage at this stage.
>
> Kind regards
> Samantha
>
>
> Samantha Thomas BA (Hons) Dip CII
> Claims Technician
>
> Concept Special Risks Ltd
> Unity House, 2 Station Court, Station Road Guiseley, LEEDS, LS20 8EY
> United Kingdom
> _____
> _____
>
> Our Company Registration No is 952756 Registered in England & Wales.
> Registered Office Address: Unity House, 2 Station Court, Station Road,
> Guiseley, LS20 8EY Authorised and Regulated by the Financial Conduct Authority Firm No 312098.
>
> This message, including attachments, is intended for the
> above-mentioned addressees only. It may contain confidential
> information the review, dissemination or disclosure of which is strictly prohibited. Should you receive this message
in error, please delete it and notify the sender to the e-mail address indicated above.
>
> -----Original Message-----
> From: Martin Andersson <mandersson031@gmail.com>
> Sent: 26 December 2019 23:13
> To: Samantha Thomas <Samantha.Thomas@special-risks.co.uk>; Sarah
> Delacey-Simms <Sarah.Delacey-Simms@special-risks.co.uk>
> Subject: Melody salvage
>
>

Andersson_CF000064