# Samantha Thomas

| | |
|---|---|
| **From:** | Martin Andersson <mandersson031@gmail.com> |
| **Sent:** | 02 January 2020 16:03 |
| **To:** | Sarah Delacey-Simms; Samantha Thomas |
| **Cc:** | Felice de Jong |
| **Subject:** | Fwd: Melody documents |

Hello,
As the insurance company has not yet arrived to a decision and the authorities are pushing to remove the vessel I have a salvage company that will salvage the boat and keep it for a month in a secure place. I do not have the funds to pay cash.

As you can see in their draft document they ask the ownership to be transferred to them.

Please let me know ASAP if that is acceptable to the insurance company. If not, advice what should be my next steps.
Thank you,
Martin
Cell in DR: +1829.453.2980



Sent from my iPad

Begin forwarded message:

> **From:** Martin Andersson
> **Date:** December 31, 2019 at 7:14:55 AM AST
> **To:** shaun farmer
> **Subject: Re: Melody documents**
>
> Thanks, as soon as I get hold of the lawyer I will call you.
>
> On Tue, Dec 31, 2019, 04:36 shaun farmer <multihullyachtdesign@gmail.com> wrote:
>> fine , i will be in boca early after i get people moving here
>>
>>> On Tue, Dec 31, 2019 at 2:31 AM Martin Andersson <mandersson031@gmail.com> wrote:
>>> Shaun,
>>> Thanks, it has some changes that I just want my lawyer to check. Also, I think it should read "leaving" instead of "living" in the second paragraph under "Concept of contract".
>>> Also if the boat can't be removed in one piece there should be an explanation why, then how it will be cut up attaching pictures during the process.
>>> Otherwise it looks ok.
>>> Thanks,
>>> Martin
>>>
>>> Sent from my iPad