# Samantha Thomas

| | |
|---|---|
| **From:** | Samantha Thomas |
| **Sent:** | 02 January 2020 16:21 |
| **To:** | 'Martin Andersson'; Sarah Delacey-Simms |
| **Cc:** | Felice de Jong; Mark Thomas; wrhodgens@yachtinsure.com; 'Melinda Ackwith' |
| **Subject:** | RE: Melody documents - Martin Andersson |

Dear Martin,

Thank you for your email.
Just to clarify, we are managing general agents working for and on behalf of Great Lakes Insurance SE, the Insurer of the Vessel Melody.

In order for us to review the matter and come to a decision we require your full response to the issues addressed in the letter.
Until then, you need to act as a prudent uninsured which means proceeding as you deem to be fit.

Our surveyor has determined that the Vessel has very little residual value and it does appear that the salvage costs proposed are not economical. We therefore have no objection to proceeding in the manner that you suggest but the final decision rests with you.

We look forward to receiving your response in due course.

Kind regards
Samantha

---

**From:** Martin Andersson
**Sent:** 02 January 2020 16:03
**To:** Sarah Delacey-Simms ; Samantha Thomas
**Cc:** Felice de Jong
**Subject:** Fwd: Melody documents

Hello,
As the insurance company has not yet arrived to a decision and the authorities are pushing to remove the vessel I have a salvage company that will salvage the boat and keep it for a month in a secure place. I do not have the funds to pay cash.

As you can see in their draft document they ask the ownership to be transferred to them.

Please let me know ASAP if that is acceptable to the insurance company. If not, advice what should be my next steps.
Thank you,
Martin
Cell in DR: +1829.453.2980


Sent from my iPad

Andersson_CF000073