```
1/2/20, 11:34 - Messages to this chat and calls are now secured with end-to-end
encryption. Tap for more info.
1/2/20, 11:34 - Martin: Hello
1/2/20, 11:35 - Shaun: Yup
1/5/20, 09:35 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:37 - Shaun: <Media omitted>
1/5/20, 09:38 - Shaun: <Media omitted>
1/5/20, 09:39 - Shaun: <Media omitted>
1/5/20, 09:39 - Shaun: <Media omitted>
1/5/20, 09:40 - Shaun: <Media omitted>
1/5/20, 09:41 - Shaun: <Media omitted>
1/5/20, 09:41 - Shaun: <Media omitted>
1/5/20, 09:41 - Shaun: <Media omitted>
1/5/20, 09:42 - Shaun: <Media omitted>
1/5/20, 09:42 - Shaun: <Media omitted>
1/5/20, 09:42 - Shaun: <Media omitted>
1/5/20, 09:43 - Shaun: <Media omitted>
1/5/20, 09:43 - Shaun: <Media omitted>
1/5/20, 09:43 - Shaun: <Media omitted>
1/5/20, 09:44 - Shaun: <Media omitted>
1/5/20, 09:44 - Shaun: <Media omitted>
1/5/20, 09:44 - Shaun: <Media omitted>
1/5/20, 09:44 - Shaun: <Media omitted>
1/5/20, 09:44 - Shaun: <Media omitted>
1/5/20, 09:45 - Shaun: <Media omitted>
1/5/20, 09:45 - Shaun: <Media omitted>
1/5/20, 09:45 - Shaun: <Media omitted>
1/5/20, 09:46 - Shaun: <Media omitted>
1/5/20, 09:46 - Shaun: <Media omitted>
1/5/20, 09:46 - Shaun: <Media omitted>
1/5/20, 09:47 - Shaun: <Media omitted>
1/6/20, 06:04 - Shaun: <Media omitted>
1/6/20, 06:04 - Shaun: <Media omitted>
1/6/20, 06:04 - Shaun: <Media omitted>
1/6/20, 06:04 - Shaun: <Media omitted>
1/6/20, 06:04 - Shaun: <Media omitted>
1/6/20, 06:04 - Shaun: <Media omitted>
1/6/20, 06:04 - Shaun: <Media omitted>
1/6/20, 06:04 - Shaun: <Media omitted>
1/6/20, 06:04 - Shaun: <Media omitted>
1/6/20, 06:09 - Shaun: hi martin fone only works on wi fi at the moment, they got the
```

MA000001

chain off
1/6/20, 06:50 – Martin: Great, can you take a picture of that as well?
Thanks
1/6/20, 07:30 – Shaun: <Media omitted>
1/6/20, 07:31 – Shaun: <Media omitted>
1/6/20, 07:31 – Shaun: <Media omitted>
1/6/20, 13:12 – Shaun: <Media omitted>
1/6/20, 13:19 – Shaun: ill do the listy on an excel sheet when your done turn it into
something more oficial with a company stamp ect.
1/6/20, 13:19 – Martin: Ok
1/7/20, 08:26 – Shaun: <Media omitted>
1/7/20, 08:46 – Martin: Ok, anything I can do?
1/7/20, 08:53 – Shaun: At the moment no
Im fixing the car
And waiting for michel
1/7/20, 08:55 – Martin: Ok let me know the result of your meeting
1/7/20, 08:55 – Shaun: will do
1/7/20, 13:39 – Martin: The document is ready except for pics of outboard, mast and
maybe some other things
1/7/20, 13:39 – Shaun: Ok cool
1/7/20, 13:39 – Shaun: <Media omitted>
1/7/20, 15:11 – Martin: So will the boat be removed tomorrow? If not, when?
1/7/20, 15:23 – Shaun: No take 3 days for bags to arrive , michel will bring the boat
from romana 1 day before
1/7/20, 15:23 – Shaun: So i want to finish all by weekend
1/7/20, 15:23 – Shaun: Nino is talking with another guy if he has the bags it could be
sooner
1/7/20, 15:26 – Martin: Ok, thanks.
1/7/20, 18:30 – Martin: Btw- have you a draft of the agreement yet? I am working on one.
1/7/20, 18:30 – Shaun: Almost finished
1/8/20, 08:25 – Martin: Are you in Boca now? When do you want the pc?
1/8/20, 08:26 – Shaun: no leo is on the boat, im replacing the brakes on the car and
finishing the salvage contract for the insurance company, then i will come to boca
1/8/20, 08:26 – Martin: Ok
1/8/20, 08:49 – Shaun: SENT YOU THE CONTRACT CHANGE ANYTHING YOU THINK NEEDS CHANGING
1/8/20, 19:47 – Martin: Got a draft and will send you that tomorrow morning
1/8/20, 20:29 – Shaun: Ok
1/9/20, 11:40 – Martin: Still waiting fir the edited version. Are you going to be in
Boca today? Any news on when you plan to salvage the boat? I saw the boom and the SSB
antenna on the dock.
1/9/20, 11:41 – Shaun: yes i thought it wise to remove it
1/9/20, 11:41 – Shaun: someone got the toilets
1/9/20, 11:41 – Martin: Bummer, wasn't Leo there?
1/9/20, 11:42 – Shaun: they were broken so leo stayed on the boat last night and
hopefully the marina de guerra tonight
1/9/20, 11:42 – Shaun: night before last
1/9/20, 11:42 – Shaun: no
1/9/20, 11:42 – Shaun: guy who was cvoming btoday who has the bags here is coming
tomorrow
1/9/20, 11:43 – Shaun: so leo is carrying tanking stuff off the boat
1/9/20, 11:43 – Shaun: have to keep people there
1/9/20, 11:43 – Shaun: we may remove the engines, not sure yet
1/9/20, 11:44 – Shaun: ill be in boca in the afternoon
1/9/20, 11:44 – Martin: Ok let me know when you get here
1/9/20, 11:44 – Shaun: ok will do
1/9/20, 13:18 – Martin: Shaun, can you get the coordinates of the boat?
1/9/20, 13:27 – Shaun: Yes ill do that now
1/9/20, 13:33 – Martin: Great!
1/9/20, 13:49 – Shaun: 18.26,40N  69.36,24W
1/9/20, 13:50 – Shaun: <Media omitted>
1/9/20, 13:50 – Martin: Thanks
1/9/20, 13:53 – Shaun: no problem im waiting for my car when it arrives all come there
1/9/20, 13:54 – Martin: Ok, by then I should have emailed the dovument to you
1/9/20, 14:02 – Shaun: ok
1/9/20, 15:44 – Martin: Shaun, is your full name Shaun Michael Darmer?
1/9/20, 15:45 – Martin: Farmer
1/9/20, 15:46 – Shaun: Farmer yes
1/9/20, 15:47 – Shaun: Passport 555404015
1/9/20, 15:47 – Shaun: British
1/9/20, 15:55 – Martin: Lastly, I hope, marital status and your address?
1/9/20, 15:58 – Shaun: Single

1/9/20, 15:59 – Shaun: Hongo del caribe
La toro
Caraterra mella km25
Santo domingo
1/9/20, 16:36 – Martin: Do you have a copy of your pp?
Also, copy of the registration of the company and some kind of proof that you are
authorized to sign this kind of agreement.
1/9/20, 16:44 – Shaun: Im in boca chica
So tomorrow i can send you both
1/9/20, 16:45 – Shaun: Also nino can sign if u want he is the presidente of the company
1/9/20, 17:02 – Martin: I don't care but the lawyer  just wants to know. Ok so you are
not coming to Boca tonight? Or is it going to be late?
1/9/20, 17:16 – Martin: As long as you are authorized to sign we are good. Otherwise we
have to change everything, I.guess.
1/9/20, 17:29 – Shaun: No i can im in boca now
1/9/20, 17:37 – Shaun: Its a lega registered company with legal stamp ect.
1/9/20, 17:37 – Shaun: Took one engine out just now
1/9/20, 17:38 – Shaun: Paying the navy guys now to watch the boat
1/9/20, 17:39 – Shaun: Just waiting for the bags
1/9/20, 17:39 – Martin: Ok, so can we get a copy of the registration as well? How did
get the engine out in the dark?
1/9/20, 17:40 – Shaun: Took it out in the afternoon brought it shore tonight
1/9/20, 17:40 – Shaun: Yes i have all in my computer at home
1/9/20, 17:41 – Martin: Ok, can you bring those tomorrow morning?
1/9/20, 17:42 – Shaun: Yes if i go back tonight i can email them
1/9/20, 17:42 – Shaun: With a copy of my passport
1/9/20, 17:43 – Martin: Great, i'd like to finalize this tomorrow.
1/9/20, 17:43 – Shaun: Ok
1/9/20, 17:44 – Martin: Thanks
1/9/20, 17:44 – Shaun: Then we have to notorize it that can be done tomorrow also
1/9/20, 17:45 – Shaun: Im at crystals shop
1/9/20, 18:12 – Martin: We donthave to go to Santo Domingo gor tgat?
1/9/20, 18:19 – Martin: Are you at her shop now? If so , I can bring your pc over
1/9/20, 18:19 – Shaun: No rada will sort that ninos wife
1/9/20, 18:20 – Shaun: No leave it with her tomorrow
1/9/20, 18:34 – Martin: Ok wgat time tomorrow?
1/10/20, 06:31 – Shaun: sent the paperwork
1/10/20, 06:31 – Shaun: mid day i should be there i think
1/10/20, 06:31 – Shaun: depends on what time the guy comes who has the bags
1/10/20, 06:32 – Martin: Ok thanks
1/10/20, 07:59 – Martin: Shaun, I need the Certificate of incorporation
1/10/20, 08:02 – Shaun: Ill send all
1/10/20, 08:07 – Shaun: Sent them
1/10/20, 08:24 – Martin: Thanks, according to the lawyer the managing director needs to
sign the document. Is that A. Mazzonello?
1/10/20, 08:41 – Shaun: Yes and thats no problem
1/10/20, 08:41 – Martin: So we need a copy of his pp or other id
1/10/20, 08:42 – Shaun: Ok ill get a copy of his id
1/10/20, 09:00 – Martin: Thanks
1/10/20, 09:01 – Shaun: Company name is caribe catamaran yacht design sd srl
1/10/20, 09:02 – Shaun: <Media omitted>
1/10/20, 09:36 – Martin: Cristal has your pc but I don't have a copy of the items file
but you can email that later. See you and Mazonello at noon.
1/10/20, 09:37 – Shaun: Ok
1/10/20, 10:25 – Martin: Can we meet at the cafe next to the Banco Popular at noin? The
name of the place is Cafeteria del parque
1/10/20, 10:26 – Shaun: <Media omitted>
1/10/20, 10:35 – Martin: Any idea approximately at what time?
1/10/20, 11:10 – Shaun: <Media omitted>
1/10/20, 11:11 – Martin: Ok thanks
1/10/20, 12:38 – Martin: Can you give me time now?
1/10/20, 13:16 – Shaun: Still waiting fir the guy ill ask nino
1/10/20, 13:39 – Shaun: Ninos going to the bank to get dollars
1/10/20, 13:40 – Shaun: When he gets back we come to you
1/10/20, 13:50 – Martin: Ok about what time will you arrive  in Boca?
1/10/20, 13:59 – Shaun: He should be here in an hour the we come
1/10/20, 14:16 – Martin: Ok thanks
1/10/20, 15:52 – Shaun: On my way
1/28/20, 14:17 – Martin: Shaun, please give me an update of the salvage operation.
Thanks,
Martin

MA000003

1/28/20, 14:18 - Shaun: Hi martin bad week im at a funeral
But we now are allowed to move it so ill be back at the base tomorrow and we start
moving day after
1/28/20, 14:19 - Shaun: Wifes mother died
1/28/20, 14:30 - Martin: Sorry to hear that.
Thanks, please keep updated
1/28/20, 14:36 - Shaun: Ok
1/31/20, 06:54 - Shaun: <Media omitted>
1/31/20, 06:54 - Shaun: <Media omitted>
2/7/20, 14:21 - Martin: Thanks Shaun, any updates on Melody?
2/8/20, 06:56 - Shaun: started the move, starboard hull colapsed underneath , will
remove mast monday as not to risk it falling down then drag boat off
2/8/20, 08:45 - Martin: Ouch! Any pictures?
2/8/20, 08:45 - Shaun: Monday
2/9/20, 09:52 - Martin: Thanks
2/9/20, 10:01 - Shaun: ok ill let you know how it goes tomorrow, we constantly cleaning
the reef also lots of small debri escaping
2/9/20, 10:15 - Martin: Sad to hear. Still no decision from the insurance company.
2/9/20, 10:19 - Shaun: Yes we are still fighting our insurance company and its been 7
months now
2/9/20, 11:06 - Martin: Wow, and still no decision? That's crazy! Especially when it
comes to a human life!
2/9/20, 11:07 - Shaun: have another hearing in a week they may make the first offer,
have to wait and see
2/9/20, 11:21 - Shaun: working on a smaller design , same concept but 55 feet
2/9/20, 12:10 - Martin: I hope you get the insurance resolved soon.
I look forward to seeing the progress of the 55'
2/9/20, 12:20 - Shaun: It will have 4 doubles and 4 wc
Also small kitchen beloe and room for a max of 80 pasengers on deck, sail or motor
version
Motor version starts at 150.000us basic plus engines
2/11/20, 18:27 - Martin: Any progress Melody?  it's getting close to the 30 days so I
need some short report and pictures, please.
2/11/20, 18:27 - Shaun: ojk im waiting for leo he will be here in a few mins
2/11/20, 18:27 - Shaun: tomorrow hopefully remove the mast
2/11/20, 18:28 - Shaun: all the wood was cleared from the reef  also all the loose stuve
in the boat removed
2/11/20, 20:50 - Martin: Thanks, please provide some pictures.
2/11/20, 21:28 - Shaun: ok will do
2/15/20, 17:21 - Martin: Shaun, please provide progress report as agreed. I need it .
Thanks,
Martin
2/15/20, 17:31 - Shaun: Hi Martin we removed the mast today , that was a task but on
land now
2/15/20, 17:31 - Shaun: Try and move it tuesday
2/15/20, 17:33 - Shaun: <Media omitted>
2/15/20, 17:33 - Shaun: <Media omitted>
2/15/20, 17:33 - Shaun: <Media omitted>
2/15/20, 17:33 - Shaun: <Media omitted>
2/15/20, 17:33 - Shaun: <Media omitted>
2/15/20, 17:33 - Shaun: <Media omitted>
2/15/20, 17:33 - Shaun: <Media omitted>
2/15/20, 17:33 - Shaun: <Media omitted>
2/15/20, 17:33 - Shaun: <Media omitted>
2/15/20, 17:33 - Shaun: <Media omitted>
2/15/20, 17:33 - Shaun: <Media omitted>
2/15/20, 17:34 - Shaun: Starboard side relaxed when I loosened the stats, the mast was
keeping the shape of the boat
2/15/20, 17:43 - Martin: Wow, thanks a lot. I am glad you got the mast safely ashore.
Can you give some written notes about the salvage as well?
2/15/20, 19:28 - Shaun: Ok I'll do that tomorrow dislocated my shoulder today
Still sore boom hit me
2/16/20, 08:08 - Martin: <Media omitted>
2/16/20, 08:08 - Martin: <Media omitted>
2/16/20, 08:09 - Martin: Ouch, not fun.
2/16/20, 08:10 - Shaun: Better today I was lucky  mast is on the beach where fortunate is
2/16/20, 08:10 - Shaun: Heavy 15 people to move it
2/16/20, 08:11 - Shaun: Need a semi to move it
2/20/20, 20:53 - Shaun: <Media omitted>
2/20/20, 20:54 - Shaun: <Media omitted>
2/21/20, 08:31 - Martin: <Media omitted>
2/21/20, 08:34 - Martin: Shaun, the two units on the wooden board are both GPS. The

MA000004

Garmin radar is the third. If you can download or send one that contains the routing
history will be good enough.
Thanks,
Martin
2/21/20, 08:34 - Shaun: Ill send you the 2
2/21/20, 08:34 - Shaun: I need your address
2/21/20, 13:45 - Martin: 215 Stockton blvd
Sea Girt, NJ 08750
USA
My US cell phone is 1 774 249 4194
Thanks
2/21/20, 16:19 - Shaun: Ok
3/9/20, 11:15 - Martin: Shaun, when did send the GPS? It's not here yet.
Thanks
Martin
3/13/20, 10:31 - Martin: Shaun, I really need the GPS unit. Please send it to
215 Stockton blvd
Sea Girt, NJ 08750
USA
Thanks,
Martin
3/18/20, 10:00 - Martin: Shaun, please confirm that you are sending the GPS.
thanks,
Martin
3/20/20, 10:35 - Martin: Shaun, please at least save the GPS units until my trial is
over so I can have access to the information.
Thanks,
Martin