**Samantha Thomas**

**From:** Martin Andersson <mandersson031@gmail.com>
**Sent:** 06 January 2020 17:00
**To:** Sarah Delacey-Simms; Samantha Thomas
**Subject:** Melody salvage #5

# Melody salvage #5



Raymarine GPS E120 - water damaged

1

Andersson_CF000116


Fenders total 6 salvaged - reusable



Quick windlass controls - condition unknown

Andersson_CF000118



Garmin radar GPS 720 - condition unknown