| | |
|---|---|
| **From:** | Martin Andersson |
| **To:** | Andrew Ball |
| **Cc:** | Bill Bailey |
| **Subject:** | Re: Melody GPS Unit |
| **Date:** | Thursday, February 20, 2020 3:06:50 PM |

Hmm, interesting. I thought you hand it removed after I gave you permission to do it?
Martin

Sent from my iPad

> On Feb 20, 2020, at 11:26 AM, Andrew Ball <andrew@caribsurveyors.com> wrote:
>
> Good Afternoon Martin,
>
> We are not in possession of your GPS unit as it was never received from salvors. I can only assume it is still on board.
>
> Best Regards,
>
> **Andrew Ball**
> Caribbean Marine Surveyors Ltd.
> Caribbean Adjusters and Marine Surveyors Ltd.
> www.caribsurveyors.com
> IAMI #04122      SAMS SA MCA Master 200GT      MECAL A3
> Caribbean Marine Surveyors Ltd are Licensed Loss Adjusters in the BVI
>
> E: andrew@caribsurveyors.com
> E2: andrew@caribbeanmarinesurveyors.com
> P: +1 (284) 346-2091
> C: +1 (284) 346-6242
>
> Emergency after hours/weekends only:
> E: mayday.caribsurveyors@gmail.com
> C: +1 (284) 346-3999
>
> This electronic transmission is strictly confidential and intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you have received this transmission in error, please notify us and delete the received data as soon as possible.
>
>> On 20 Feb 2020, at 12:25 PM, Martin Andersson <Martin.Andersson@clarit.org> wrote:
>>
>> Hello Andrew,
>>
>> When can I expect my GPS unit to be returned?
>> Please send it to:
>> 215 Stockton Blvd
>> Sea Girt, NJ 08750

USA

Thank you,
Martin Andersson

Martin Andersson
[www.clarit.org](www.clarit.org)
Tel: +1 302 571 0263
Cell: +1 774 249 4194

Andersson_AB000285