UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **GREE LAKES INSURANCE SE,**  Plaintiff/Counter-defendant )<br>)<br>)<br>)<br>v. )<br>)<br>**MARTIN ANDERSSON,**  Defendant/Counter-plaintiff. )<br>)<br>)<br>) | CIVIL ACTION<br>NO. 20-40020-TSH |

## JUDGMENT

Hillman, S.D.J.

In accordance with the Court's Memorandum of Decision and Order [Dkt. 183] issued on March 28, 2024, granting Defendant's Motion for Summary Judgment, it is hereby ORDERED:

Judgment entered for Martin Andersson. The amount of $375,594.30 has been stipulated by the parties to be the amount of breach of contract damages and that amount must now be entered as a judgment as damages for Count I of Andersson's counterclaim; Pre-judgment interest shall be calculated from the date Andersson should have been notified of GLI's decision, January 23, 2020; Damages will be doubled; Andersson is entitled to attorney's fees and costs related to this claim.

By the Court,

March 28, 2024                     /s/ Sandra Burgos
Date                               Deputy Clerk