UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

| | |
|---|---|
| **GREAT LAKES INSURANCE SE,** | Case No. 4:20-cv-40020-DHH |
| Plaintiff, | |
| vs. | |
| **MARTIN ANDERSSON,** | |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT

COME NOW the parties hereto, GREAT LAKES INSURANCE SE, and Defendant, MARTIN ANDERSSON, by and through their respective undersigned counsel, and hereby give notice that they have reached a settlement in principle and are negotiating the terms of a release. Once a final agreement is reached, further notice will be provided to the Court.

Dated:    May 9, 2024

| | |
|---|---|
| THE GOLDMAN MARITIME LAW GROUP | /s/ *Michelle Niemeyer* |
| *Attorneys for Plaintiff* | Michelle Melin Niemeyer |
| 233 Harvard Street | Counsel for Defendant Martin Andersson |
| Suite 211 | Michelle M. Niemeyer, P.A. |
| Brookline, MA 02446 | 244 Biscayne Blvd. #3009 |
| Tel (617) 566-4200 | Miami, FL 33132 |
| Cel (617) 671-8657 | Telephone: (305) 443-1818 |
| Fax (617) 566-4292 | Email: mniemeyer@paymyclaim.com |
| | Harvey Heafitz, Esq. |
| By: /s/ Michael I. Goldman | Attorney for Defendant Martin Andersson |
| MICHAEL I. GOLDMAN ESQ. | Davigian, Grillo & Semple LLP |
| | 365 Boston Post Road, Suite 200 |
| | Sudbury, MA 01778 |
| | Telephone: (978) 443-3773 |
| | Email: Harvey@dgslawllp.com |

1

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court using the CM/ECF System which will provide and electronic notice to all counsel, of record.

  Dated: May 9, 2024
  Brookline, Massachusetts

           THE GOLDMAN MARITIME LAW GROUP
           *Attorneys for Plaintiff*
           233 Harvard Street
           Suite 211
           Brookline, MA 02446
           Tel (617) 566-4200
           Cel (617) 671-8657
           Fax (617) 566-4292

           By:  /s/ Michael I. Goldman
              MICHAEL I. GOLDMAN ESQ.