# United States Court of Appeals
## For the First Circuit
_____

No. 24-1426

GREAT LAKES INSURANCE SE,

Plaintiff - Appellant,

v.

MARTIN ANDERSSON,

Defendant - Appellee.
_____

**JUDGMENT**

Entered: June 13, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellant Great Lakes Insurance SE is presently in default for failure to file an appearance form, docketing statement, and transcript report/order form. The court order issued on May 28, 2024 warned Appellant Great Lakes Insurance SE that failure to file an appearance form, docketing statement, and transcript report/order form by June 11, 2024, would result in this appeal's dismissal for lack of diligent prosecution. Appellant Great Lakes Insurance SE has failed to comply and has not requested an extension of time to do so.

Accordingly, it is ordered that the above-captioned appeal be dismissed. See 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Maria R. Hamilton, Clerk

cc:
Michael I. Goldman
Harvey B. Heafitz
Michelle M. Niemeyer