# United States Court of Appeals
## For the First Circuit

No. 24-1426

GREAT LAKES INSURANCE SE,

Plaintiff - Appellant,

v.

MARTIN ANDERSSON,

Defendant - Appellee.

**MANDATE**

Entered: July 8, 2024

    In accordance with the judgment of June 13, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Michael I. Goldman
Harvey B. Heafitz
Michelle M. Niemeyer